```
 ---------------------------------------------------------------------
| AVSO351                                            CV 2006 000023.00 |
 ---------------------------------------------------------------------
                                     JUDGE: H. EDWARD MCFERRIN
 ---------------------------------------------------------------------
                    ALABAMA JUDICIAL DATA CENTER
                       CASE ACTION SUMMARY
                          CIRCUIT CIVIL
 ---------------------------------------------------------------------
  IN THE CIRCUIT  COURT OF  LOWNDES     COUNTY
    TRENESAH THOMAS VS. MITSUBISHI MOTOR NORTH AMERICA, INC., ET AL
 FILED:  03/02/2006 TYPE: PRODUCTS LIABILITY   TYPE TRIAL: JURY    TRACK:
*************************************************************************
 DATE1:              CA:                   CA DATE:
 DATE2:              AMT:       $.00  PAYMENT:
 DATE3:
*************************************************************************
 DEFENDANT  006: TAKATA, INC.
                 C/O THE PRENTICE HALL         ATTORNEY: *** PRO SE ***
                 CORP. SYSTEM, INC
                 WILMINGTON, DE  19808-0000
                 PHONE: (334)000-0000
 ENTERED: 03/02/2006 ISSUED: 03/02/2006 TYPE:   CERTIFIED
 SERVED:             ANSWERED:           JUDGEMENT:
 ---------------------------------------------------------------------
 DEFENDANT  007: TAKATA RESTRAINT SYSTEMS, INC.
                 C/O THE CORP. COMPANY         ATTORNEY: *** PRO SE ***
                 1209 ORANGE STREET
                 WELLINGTON, DE  19801-0000
                 PHONE: (334)000-0000
 ENTERED: 03/02/2006 ISSUED: 03/02/2006 TYPE:   CERTIFIED
 SERVED:             ANSWERED:           JUDGEMENT:
 ---------------------------------------------------------------------
 DEFENDANT  008: TAKATA SEAT BELTS, INC.
                 C/O PRENTICE-HALL CORP.       ATTORNEY: *** PRO SE ***
                 2711 CENTERVILLE RD/#400
                 WILMINGTON, DE  19808-0000
                 PHONE: (334)000-0000
 ENTERED: 03/02/2006 ISSUED: 03/02/2006 TYPE:   CERTIFIED
 SERVED:             ANSWERED:           JUDGEMENT:
 ---------------------------------------------------------------------
 DEFENDANT  009: DON JACKSON IMPORT CARS, INC.
                 C/O DANIEL S. GLICKMAN        ATTORNEY: *** PRO SE ***
                 4339 HALIFAX TERRACE
                 ROSWELL, GA  30075-0000
                 PHONE: (334)000-0000
 ENTERED: 03/02/2006 ISSUED: 03/02/2006 TYPE:   CERTIFIED
 SERVED:             ANSWERED:           JUDGEMENT:
 ---------------------------------------------------------------------
```

| 03/02/2006 | FILED THIS DATE: 03/02/2006 | (AV01) |
| 03/02/2006 | ASSIGNED TO JUDGE: H. EDWARD MCFERRIN | (AV01) |
| 03/02/2006 | JURY TRIAL REQUESTED | (AV01) |
| 03/02/2006 | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) |
| 03/02/2006 | ORIGIN: INITIAL FILING | (AV01) |
| 03/02/2006 | THOMAS TRENESA ADDED AS C001 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR C001: STRICKLAND MICHAEL G | |
| 03/02/2006 | LISTED AS ATTORNEY FOR C001: STEVENS BLAINE CELON | |
| 03/02/2006 | MITSUBISHI CORPORATION ADDED AS D001 | (AV02) |
| 03/02/2006 | PROCESS SERVE ISSUED: 03/02/2006 TO D001 | (AV02) |

```
 ---------------------------------------------------------------------
:UJ    03/02/2006                                  CV 2006 000023.00
```


EXHIBIT
A

```
AVSO351                                                      CV 2006 000023.00

                                             JUDGE: H. EDWARD MCFERRIN
--------------------------------------------------------------------------
                  ALABAMA JUDICIAL DATA CENTER
                      CASE ACTION SUMMARY
                         CIRCUIT CIVIL
--------------------------------------------------------------------------
   IN THE CIRCUIT  COURT OF   LOWNDES     COUNTY

   TRENESAH THOMAS VS. MITSUBISHI MOTOR NORTH AMERICA, INC., ET AL
FILED:  03/02/2006 TYPE: PRODUCTS LIABILITY    TYPE TRIAL: JURY     TRACK:
**************************************************************************
DATE1:                    CA:              CA DATE:
DATE2:                    AMT:       $.00  PAYMENT:
DATE3:
**************************************************************************
PLAINTIFF   001: THOMAS TRENESA
                                       ATTORNEY: STRICKLAND MICHAEL G
                                       STR032   P.O. BOX 99
            AL  00000-0000                                        E
          PHONE: (334)000-0000         MONTGOMERY, AL  36101
ENTERED:  03/02/2006 ISSUED:           TYPE:             (205)269-3230
SERVED:              ANSWERED:          JUDGEMENT:

                                       STEVENS BLAINE CELONE
                                       P O BOX 99

                                       MONTGOMERY, AL  36101
                                                    (334)269-3230
--------------------------------------------------------------------------
DEFENDANT   001: MITSUBISHI CORPORATION
                 MITSUBISHI SHOJI BLDG.
                 6-3/MARUNOUCHI 2 CHOME    ATTORNEY: *** PRO SE ***
                 CHIYODA-KU, AL  00100-8086
          PHONE: (334)000-0000
ENTERED:  03/02/2006 ISSUED:  03/02/2006 TYPE:     PROCESS SE
SERVED:              ANSWERED:            JUDGEMENT:
--------------------------------------------------------------------------
DEFENDANT   002: TAKATA CORPORATION
                 NO 25 MORI BLDG. 4-30
                 ROPPONGI 1-CHOME         ATTORNEY: *** PRO SE ***
                 MINATO-KU, AL  00106-0000
          PHONE: (334)000-0000
ENTERED:  03/02/2006 ISSUED:  03/02/2006 TYPE:     PROCESS SE
SERVED:              ANSWERED:            JUDGEMENT:
--------------------------------------------------------------------------
DEFENDANT   003: MITSUBISHI MOTOR NORTH AMERICA, INC.
                 C/O THE CORP. COMPANY    ATTORNEY: *** PRO SE ***
                 2000 INT. PK DR. STE 204
                 MONTGOMERY, AL  36109-0000
          PHONE: (334)000-0000
ENTERED:  03/02/2006 ISSUED:  03/02/2006 TYPE:     CERTIFIED
SERVED:              ANSWERED:            JUDGEMENT:
--------------------------------------------------------------------------
DEFENDANT   004: DAIMLER CHRYSLER CORPORATION
                 C/O THE CORP. COMPANY    ATTORNEY: *** PRO SE ***
                 2000 INT. PK DR. STE 204
                 MONTGOMERY, AL  36109-0000
          PHONE: (334)000-0000
ENTERED:  03/02/2006 ISSUED:  03/02/2006 TYPE:     CERTIFIED
SERVED:              ANSWERED:            JUDGEMENT:
--------------------------------------------------------------------------
DEFENDANT   005: TAKATA NORTH AMERICAN, INC.
                 1209 ORANGE STREET       ATTORNEY: *** PRO SE ***

                 WELLINGTON, DE  19801-0000
          PHONE: (334)000-0000
ENTERED:  03/02/2006 ISSUED:  03/02/2006 TYPE:     CERTIFIED
SERVED:              ANSWERED:            JUDGEMENT:
--------------------------------------------------------------------------
RUJ   03/02/2006                                          CV 2006 000023.00
```

```
--------------------------------------------------------------------
| AVSO351                                            CV 2006 000023.00 |
|                                                                    |
|                                     JUDGE: H. EDWARD MCFERRIN       |
| ---------------------------------------------------------------    |
|                   ALABAMA JUDICIAL DATA CENTER                     |
|                       CASE ACTION SUMMARY                          |
|                         CIRCUIT CIVIL                              |
| ---------------------------------------------------------------    |
|  IN THE CIRCUIT COURT OF   LOWNDES    COUNTY                       |
|  TRENESAH THOMAS VS. MITSUBISHI MOTOR NORTH AMERICA, INC. ET AL    |
| FILED: 03/02/2006 TYPE: PRODUCTS LIABILITY  TYPE TRIAL: JURY   TRACK: |
| *****************************************************************  |
| DATE1:            CA:              CA DATE:                        |
| DATE2:            AMT:      $.00  PAYMENT:                         |
| DATE3:                                                             |
| *****************************************************************  |
```

| Date | Action | Code |
|------|--------|------|
| 03/02/2006 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) |
| 03/02/2006 | ADDR1 CHANGED FROM: MITSUBISHI SHOJI BLDG. | (AV02) |
| 03/02/2006 | ADDR2 CHANGED FROM: 6-3/MARUNOUCHI 2 CHOME | (AV02) |
| 03/02/2006 | ADDR CITY CHANGED FROM: CHIYODA-KU | (AV02) |
| 03/02/2006 | MITSUBISHI MOTOR NORTH AMERICA,INC. ADDED AS D003 | |
| 03/02/2006 | LISTED AS ATTORNEY FOR D003: PRO SE | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D003 | (AV02) |
| 03/02/2006 | DAIMLER CHRYSLER CORPORATION ADDED AS D004 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR D004: PRO SE | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D004 | (AV02) |
| 03/02/2006 | TAKATA NORTH AMERICAN, INC. ADDED AS D005 | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D005 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR D005: PRO SE | (AV02) |
| 03/02/2006 | TAKATA, INC. ADDED AS D006 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR D006: PRO SE | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D006 | (AV02) |
| 03/02/2006 | TAKATA RESTRAINT SYSTEMS, INC. ADDED AS D007 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR D007: PRO SE | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D007 | (AV02) |
| 03/02/2006 | TAKATA SEAT BELTS, INC. ADDED AS D008 | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D008 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR D008: PRO SE | (AV02) |
| 03/02/2006 | DON JACKSON IMPORT CARS, INC. ADDED AS D009 | (AV02) |
| 03/02/2006 | LISTED AS ATTORNEY FOR D009: PRO SE | (AV02) |
| 03/02/2006 | CERTIFIED MAI ISSUED: 03/02/2006 TO D009 | (AV02) |
| 03/02/2006 | CIVIL COVER SHEET | |
| 03/02/2006 | SUMMONS & COMPLAINT | |

RUJ    03/02/2006

CV 2006 000023.00

AVSO353

# ALABAMA JUDICIAL DATA CENTER
## FEE SHEET
### CIRCUIT CIVIL

CASE:CV 2006 000023.00

IN THE CIRCUIT COURT OF LOWNDES COUNTY    JUDGE: H. EDWARD MCFERRIN

TRENESAH THOMAS VS. MITSUBISHI MOTOR NORTH AMERICA, INC., ET AL
PATTY:STRICKLAND MICHAEL G                DATTY:*** PRO SE ***
P.O. BOX 99
            E
MONTGOMERY, AL  36101

| CIVIL FEE SUMMARY | DATE AMT | DATE AMT | DATE AMT | DATE AMT | CONTINUATION | DATE AMT | DATE AMT | DATE AMT | DATE AMT |
|---|---|---|---|---|---|---|---|---|---|
| DOCKET FILING FEE | | | | | | | | | |
| SM(<)      $37.00 | | | | | OTHER SERVICES | | | | |
| SM(>)     $111.00 | | | | | COMMISSION ON SALE | | | | |
| DIST      $202.00 | | | | | JUDGEMENTS | | | | |
| CIRC      $201.00 | | | | | POST JUDGEMENT FEE | | | | |
| JU/CS      $94.00 | | | | | ATTACHMENTS | | | | |
| LAW LIBRARY TAX | 2.00 | | | | GARNISHMENTS | | | | |
| JURY DEMAND | | | | | EXECUTION | | | | |
| SERVICE FEES | | | | | APPEAL COSTS | | | | |
| EACH DEF OVER | | | | | LOWER COURT COSTS | | | | |
| | | | | | OTHER | | | | |
| CERT MAIL | | | | | COURT ADM FUND | | | | |
| SUBPOENA EACH | | | | | FAMILY COURT | | | | |
| ABND VEH    $37.00 | | | | | SHERIFF'S FEE | | | | |
| WORKERS | | | | | | | | | |
| COMP       $149.00 | | | | | TOTAL COSTS | | | | |

| CASH RECEIPTS/FROM | DATE RECEIVED | RECEIPT NUMBER | AMOUNT RECEIVED | GARNISHEE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DISBURSEMENTS PAID TO | DATE PAID | CHECK NO | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

RUJ   03/02/2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Corporation Trust Co., agent for
Takata Restraint Systems, Inc.
1209 Orange Street
Wellington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                                      ☐ Agent
                                                       ☐ Addressee

B. Received by ( Printed Name )         C. Date of Delivery
                                         07 MAR 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0001 0090 0716

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATE POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Ruby Jones
Lowndes Co. Circuit Clerk
P.O. Box 876
Hayneville, AL 36040

CV 06-23

BOOB

LAW OFFICES

# MORROW, ROMINE & PEARSON, P.C.

122 SOUTH HULL STREET
POST OFFICE BOX 4804
MONTGOMERY, ALABAMA 36103-4804
WEBSITE: WWW.MRPLAW.COM
WRITER'S EMAIL ADDRESS: RSMORROW@MRPLAW.COM

ROGER S. MORROW
WESLEY ROMINE
JOEL H. PEARSON
MEREDITH L. TOLAR

TELEPHONE: (334) 262-7707
FACSIMILE:  (334) 262-7742

March 14, 2006

Hon. Ruby Jones, Clerk
Circuit Court of Lowndes County
P.O. Box 876
Hayneville, AL 36040-0876

RE:    **Trenesa Thomas, as Administratrix of the Estate of Dora Parker Bernard, now deceased, v. Mitsubishi Motors North America, Inc., Don Jackson Import Cars, Inc., et al.**
**Circuit Court of Lowndes County, Alabama**
**CV-06-23**

Dear Ms. Jones:

The law firm of MORROW, ROMINE & PEARSON, P.C., has been retained to represent Defendant Don Jackson Import Cars, Inc., in the above-styled case.

Please forward to us an entire copy of your file, along with a cost bill for copying and postage charges that you incur, and I will see that the bill is paid immediately.

Thank you for your assistance in this matter.

Sincerely,

Kristi M. Lee
Legal Assistant to Roger S. Morrow

/kml



**SENDER: COMPLETE THIS SECTION**

- Complete items ___ and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Trust Co., agent for
Takata North America, Inc.
1209 Orange Street
Wellington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
07 MAR 2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

70__  0390  0001  0090  0693

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel S. Glickman, reg. agent for
Don Jackson Import Cars, Inc.
4339 Halifax Terrace
Roswell, GA 30075

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Mejia_ 3849        ☑ Agent
                        ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
                                       3-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)            ☐ Yes

2. Article Number
   (*Transfer from service label*)     7005 0390 0001 0090 0662

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and ... Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prentice-Hall Corp System, Inc.
Takata Seat Belts, Inc,
2711 Centerville Road, Ste 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Laura Cooper
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

WILMINGTON, DE
MAR 0 6 2006

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 0390 0001 0090 0709

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Company, agent
Daimler Chrysler Corporation
2000 Interstate Park Dr., Ste 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
               ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 3-6-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0001 0090 0631

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)    C. Date of Delivery<br>*3 6 06*<br>D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |

**1. Article Addressed to:**

The Corporation Company, agent
Mitsubishi Motor North America
2000 Interstate Park Dr., Ste 204
Montgomery, AL 36109

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (*Extra Fee*)**   ☐ Yes

**2. Article Number**
*(Transfer from service label)*

7005 0390 0001 0090 0969

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and . Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Prentice-Hall Corp System, Inc.
Takata, Inc,
2711 Centerville Road, Ste 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x *Laura Cooper*  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 0 6 2006

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0001 0090 0723

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here   MAR 3 2006

Sent To: Corporation Trust Co., agent for
Takata North America, Inc.
Street, Apt. or PO Box: 1209 Orange Street
City, State: Wellington, DE 19801

PS Form

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60  CV 06-23 |

Postmark Here   MAR 2006

Sent To: Corporation Trust Co., agent for
Takata Restraint Systems, Inc.
Street, Ap or PO Box: 1209 Orange Street
City, State: Wellington, DE 19801

PS Form

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60  CV 06-23 |

Postmark Here   MAR 3

Sent To: The Corporation Company, agent
Mitsubishi Motor North America
Street, Apt. or PO Box: 2000 Interstate Park Dr., Ste 204
City, State: Montgomery, AL 36109

PS Form 38

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here

Sent To: Prentice-Hall Corp System, Inc.
Takata, Inc,
Street, Apt. or PO Box N: 2711 Centerville Road, Ste 400
City, State, 2: Wilmington, DE 19808

PS Form 380



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ₃

**OFFICIAL USE**

| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark MAR 2006 AL

GV06-23

Sent To
Daniel S. Glickman, reg. agent for
Don Jackson Import Cars, Inc.
Street, Apt. or PO Box
4339 Halifax Terrace
City, State
Roswell, GA 30075

PS Form 3

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ₃

**OFFICIAL USE**

| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark MAR 2006 AL USPS

Sent To
Prentice-Hall Corp System, Inc.
Takata Seat Belts, Inc,
Street, Apt. or PO Box
2711 Centerville Road, Ste 400
City, State
Wilmington, DE 19808

PS Form 3

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ₃

**OFFICIAL USE**

| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark MAR 2006 C HAYNEVILLE AL USPS

Sent To
The Corporation Company, agent
Daimler Chrysler Corporation
Street or PO
2000 Interstate Park Dr., Ste 204
City,
Montgomery, AL 36109

PS Fo                    Instructions

# IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
          )
       *Plaintiff,* )
          )
v.                        )     CASE NO.: CV-06-_23_
          )
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
          )
       *Defendants.* )

---

## CIVIL SUMMONS

---

      This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

NOTICE TO:        Daniel S. Glickman, registered agent for
                    DON JACKSON IMPORT CARS, INC.
                    4339 Halifax Terrace
                    Roswell, GA 30075

      The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

*Michael G. Strickland*
*STRICKLAND & KENDALL, L.L.C.*
*420 South Lawrence Street*
*Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

*Ruby Jones*

DATED: _3/2/06_            _____
                                CIRCUIT COURT CLERK

# IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                               )

      *Plaintiff,* )

                                )

v.                             )       CASE NO.: CV-06-23

                                )

MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                                )

      *Defendants.* )

---

## CIVIL SUMMONS

---

    This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

<u>NOTICE TO:</u>      The Prentice-Hall Corporation System, Inc., registered agent for
                     TAKATA SEAT BELTS, INC.
                     2711 Centerville Road, Suite 400
                     Wilmington, DE 19808

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

*Michael G. Strickland*
*STRICKLAND & KENDALL, L.L.C.*
*420 South Lawrence Street*
*Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

                                            *Ruby Jones*
                                    —————————————————

DATED: 3/2/06            CIRCUIT COURT CLERK

# IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

| | |
|---|---|
| TRENESA THOMAS as the Administrator<br>for the estate of DORA PARKER<br>BERNARD, now deceased,<br><br>    *Plaintiff*,<br><br>v.<br><br>MITSUBISHI MOTOR NORTH<br>AMERICA, INC.; et al.,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.: CV-06-____**23**____

---

## CIVIL SUMMONS

---

    This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure*.

<u>NOTICE TO:</u>    The Corporation Trust Company, registered agent for
                    TAKATA RESTRAINT SYSTEMS, INC.
                    1209 Orange Street
                    Wellington, DE 19801

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

*Michael G. Strickland*
*STRICKLAND & KENDALL, L.L.C.*
*420 South Lawrence Street*
*Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

*Ruby Jones*
_____
CIRCUIT COURT CLERK

DATED: **3/2/06**

## IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                                  )
       *Plaintiff,*           )
                                    )
v.                                 )     CASE NO.: CV-06-₂₃
                                    )
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                                    )
       *Defendants.*        )

---

### CIVIL SUMMONS

---

       This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

<u>NOTICE TO:</u>      The Prentice-Hall Corporation System, Inc., registered agent for
                     TAKATA, INC.
                     2711 Centerville Road, Suite 400
                     Wilmington, DE 19808

       The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

                         *Michael G. Strickland*
                 *STRICKLAND & KENDALL, L.L.C.*
                    *420 South Lawrence Street*
                  *Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

                                     *Ruby Jones*

DATED: 3/2/06                   CIRCUIT COURT CLERK

# IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                                  )

    *Plaintiff,*           )

                                    )

v.                             )     CASE NO.: CV-06- 23

                                    )

MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                                    )

    *Defendants.*       )

---

## CIVIL SUMMONS

---

       This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

<u>NOTICE TO:</u>      The Corporation Trust Company, registered agent for
                         TAKATA NORTH AMERICAN, INC.
                         1209 Orange Street
                         Wellington, DE 19801

       The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

                      *Michael G. Strickland*
             *STRICKLAND & KENDALL, L.L.C.*
              *420 South Lawrence Street*
             *Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

                                     *Ruby Jones*
                          _____

DATED: 3/2/06                 CIRCUIT COURT CLERK

# IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                                )
     *Plaintiff,* )
                                )
v.                             )     CASE NO.: CV-06-___23____
                                )
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                                )
     *Defendants.* )

---

### CIVIL SUMMONS

---

     This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

<u>NOTICE TO:</u>     The Corporation Company, registered agent for
                       **DAIMLER CHRYSLER CORPORATION**
                       **2000 Interstate Park Drive, Ste 204**
                       **Montgomery, Al 36109**

     The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

                   *Michael G. Strickland*
             *STRICKLAND & KENDALL, L.L.C.*
               *420 South Lawrence Street*
             *Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

                                       *Ruby Jones*
                                          _____

DATED: __3/2/06__                  CIRCUIT COURT CLERK

# IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                     )
     *Plaintiff,* )
                     )
v.                      )    CASE NO.: CV-06-**23**
                     )
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                     )
     *Defendants.* )

## CIVIL SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

NOTICE TO:      The Corporation Company, registered agent for
                 MITSUBISHI MOTOR NORTH AMERICA, INC.
                 2000 Interstate Park Drive, Ste 204
                 Montgomery, Al 36109

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

*Michael G. Strickland*
*STRICKLAND & KENDALL, L.L.C.*
*420 South Lawrence Street*
*Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT. *Ruby Jones*

DATED: **3/2/06**                _____
                             CIRCUIT COURT CLERK

## IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                              )
      *Plaintiff*, )
                              )
v. )      CASE NO.: CV-06-_23_
                              )
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                              )
      *Defendants*. )

## CIVIL SUMMONS

This service by special process server of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure*.

NOTICE TO:      TAKATA CORPORATION
                  No. 25 Mori Building, 4-30
                  Roppongi 1-chome,
                  Minato-ku, Tokyo, Japan 106

      The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

*Michael G. Strickland*
*STRICKLAND & KENDALL, L.L.C.*
*420 South Lawrence Street*
*Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

                                  *Ruby Jones*

DATED: _3/2/06_         CIRCUIT COURT CLERK

## RETURN ON SERVICE

I, _____, certify that I personally delivered a copy of the
Summons and Complaint to_____ at
_____ in _____, on
_____.

_____, 2006                    _____
Date                                             Process Server Signature

IN THE CIRCUIT COURT OF
LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                         )
     *Plaintiff,* )
                         )
v.                       )     CASE NO.: CV-06- **23**
                         )
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
                         )
     *Defendants.* )

## CIVIL SUMMONS

This service by special process server of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure.*

<u>NOTICE TO:</u>     MITSUBISHI CORPORATION
                  Mitsubishi Shoji building, 6-3
                  Marunouchi 2-chome
                  Chiyoda-ku, Tokyo 100-8086, Japan

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

*Michael G. Strickland*
*STRICKLAND & KENDALL, L.L.C.*
*420 South Lawrence Street*
*Montgomery, Alabama 36104*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

*Ruby Jones*

DATED: **3/2/06**                       CIRCUIT COURT CLERK

## RETURN ON SERVICE

I, _____, certify that I personally delivered a copy of the
Summons and Complaint to_____ at
_____ in _____, on
_____.

_____, 2006
Date

_____
Process Server Signature

IN THE CIRCUIT COURT OF
LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
)
    *Plaintiff,* )
)
v. )    CASE NO.: CV-06- _23_
)
MITSUBISHI MOTOR NORTH )
AMERICA, INC.;  et al., )
)
    *Defendants.* )

## NOTICE TO APPOINT SPECIAL PROCESS SERVER

**COMES NOW** the Plaintiff, by and through undersigned counsel, and hereby respectfully gives notice to permit **APS International, Ltd.**, APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439-3122, its agents, servants, and/or employees, to effect service of process on Defendants Mitsubishi Corporation and Takata Corporation in Japan in accordance with the Hague Convention and international law.

**RESPECTFULLY** submitted this _2_ day of March, 2006.

MICHAEL G. STRICKLAND (STR032)
Attorney for Plaintiff

**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

State of Alabama
Unified Judicial System

Form ARCivP-93    Rev. 5/99

**COVER SHEET**
**CIRCUIT COURT - CIVIL CASE**
(Not For Domestic Relations Cases)

Case Number
CV 2006 23

Date of Filing: 03 02 2006
Month  Day  Year

Judge Code: HETM

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF __Lowndes County__, ALABAMA
(Name of County)

__Trenesa Thomas__
Plaintiff

v. __Mitsubishi Motor North America, Inc.__
__et al.__
Defendant

**First Plaintiff**
- [ ] Business
- [X] Individual
- [ ] Government
- [ ] Other

**First Defendant**
- [X] Business
- [ ] Individual
- [ ] Government
- [ ] Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- [ ] WDEA - Wrongful Death
- [ ] TONG - Negligence: General
- [ ] TOMV - Negligence: Motor Vehicle
- [ ] TOWA - Wantonness
- [X] TOPL - Product Liability/AEMLD
- [ ] TOMM - Malpractice-Medical
- [ ] TOLM - Malpractice-Legal
- [ ] TOOM - Malpractice-Other
- [ ] TBFM - Fraud/Bad Faith/Misrepresentation
- [ ] TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- [ ] TOPE - Personal Property
- [ ] TORE - Real Property

**OTHER CIVIL FILINGS**
- [ ] ABAN - Abandoned Automobile
- [ ] ACCT - Account & Nonmortgage
- [ ] APAA - Administrative Agency Appeal
- [ ] ADPA - Administrative Procedure Act
- [ ] ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- [ ] MSXX - Birth/Death Cer...
- Enforcement of ...
- [ ] CVRT - Civil Rights
- [ ] COND - Condemnation/...
- [ ] CTMP - Contempt of Co...
- [ ] CONT - Contract/Ejectm...
- [ ] TOCN - Conversion
- [ ] EQND - Equity Non-Dam...
- Election Contest/Quiet Title/Sale For Division
- [ ] CVUD - Eviction Appeal/Unlawful Detainer
- [ ] FORJ - Foreign Judgment
- [ ] FORF - Fruits of Crime Forfeiture
- [ ] MSHC - Habeas Corpus/Extraordinary Writ/Mandamus...
- [ ] PFAB - Protection From Abuse
- [ ] FELA - Railroad/Seaman (FELA)
- [ ] RPRO - Real Property
- [ ] WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- [ ] COMP - Workers' Compensation
- [ ] CVXX - Miscellaneous Circuit Civil Case

*Clerk*

**ORIGIN** (check one):
- F [X] INITIAL FILING
- A [ ] APPEAL FROM DISTRICT COURT
- O [ ] OTHER: _____
- R [ ] REMANDED
- T [ ] TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** [X] YES  [ ] NO

Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** [X] MONETARY AWARD REQUESTED  [ ] NO MONETARY AWARD REQUESTED

ATTORNEY CODE: STR032    Date 3/2/06

Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** [ ] YES  [ ] NO  [ ] UNDECIDED

IN THE CIRCUIT COURT OF
LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
                                    )
    *Plaintiff,*                    )
                                    )
v.                                  )    CASE NO.: CV-06- *23*
                                    )
                                    )    *JURY TRIAL REQUESTED*
MITSUBISHI MOTOR NORTH              )
AMERICA, INC.; MITSUBISHI           )
CORPORATION; DAIMLER                )
CHRYSLER CORPORATION;               )
TAKATA CORPORATION; TAKATA          )
NORTH AMERICAN, INC.; TAKATA,       )
INC.; TAKATA RESTRAINT SYSTEMS,     )
INC.; TAKATA SEAT BELTS, INC.;      )
DON JACKSON IMPORT CARS, INC.;      )
FICTITIOUS DEFENDANTS  "No. 1"      )
and "No. 2," whether singular or plural, that )
person,  corporation, or other legal entity )
who or which designed, manufactured, )
advertised, sold, or otherwise placed into the )
stream of commerce the 2003 Mitsubishi )
Montero Sport which is the subject matter )
of this lawsuit; )
FICTITIOUS DEFENDANTS " No. 3" )
and "No. 4," whether singular or plural, that )
person, corporation, or other legal entity )
who or which designed, manufactured, )
engineered, sold, or otherwise place into the )
stream of commerce the component parts of )
the 2003 Mitsubishi Montero Sport which is )
the subject matter  of this lawsuit; )
FICTITIOUS DEFENDANTS" No. 5" )
and "No. 6," whether singular or plural, that )
person, corporation, or other legal entity )
whose negligence, wantonness, or other )

wrongful conduct, combined and concurred )
with the conduct of Defendants herein, to )
cause the death of DORA BERNARD; )
FICTITIOUS DEFENDANTS " No. 7" )
and "No. 8," whether singular or plural, that )
person, corporation, or other legal entity )
who is the domestic automobile dealership, )
firm, or corporation that furnished, sold, or )
supplied the vehicle which Plaintiff )
occupied on the occasion made the basis )
of this lawsuit; )
FICTITIOUS DEFENDANT S" No. 9" )
and "No. 10," whether singular or plural, )
that person, corporation, or other legal )
entity other than those entities described )
above, which is the successor in interest of )
any of the entities described above; )
FICTITIOUS DEFENDANTS " No. 11" )
and "No. 12," whether singular or plural, )
that  person, corporation, or other legal )
entity other than those entities described )
above, which was the predecessor )
corporation of any of the entities described )
above; )
FICTITIOUS DEFENDANTS " No. 13" )
and "No. 14," whether singular or plural, )
that  person, corporation, or other legal )
entity other than those entities described )
above, whose breach of contract or warranty )
contributed to cause the occurrence made )
the basis of this lawsuit; )
FICTITIOUS DEFENDANTS " No. 15" )
and "No. 16," whether singular or plural, )
that  person, corporation, or other legal )
entity who or which provided any insurance )
coverage, of whatever kind or character, to )
any of the named or Fictitious Defendants )
herein; )
FICTITIOUS DEFENDANT S" No. 17" )
and "No. 18," whether singular or plural, )

2

that person, corporation, or other legal
entity who or which were the master or
principal of the "PHANTOM" Defendant
driver of the motor vehicle at the time of
the accident;

FICTITIOUS DEFENDANTS " No. 19"
and "No. 20," whether singular or plural,
that person, corporation, or other legal
entity who or which negligently and/or
wantonly entrusted the motor vehicle which
collided with and/or forced off the roadway
Dora Bernard's motor vehicle on the
occasion of the occurrence made the basis of
this lawsuit;

FICTITIOUS DEFENDANTS " No. 21"
and "No. 22," whether singular or plural,
that person, corporation, or other legal
entity who or which was responsible for the
injuries and damages suffered by the Plaintiff
on the occasion of the occurrence made the
basis of this lawsuit;

FICTITIOUS DEFENDANTS " No. 23,"
"No. 24," "No. 25," "No. 26," "No. 27,"
whether singular or plural, that individual,
or those individuals, other than those
individuals and entities described above
whose negligence, wantonness, or other
wrongful conduct caused or contributed to
cause the occurrence made the basis of
this lawsuit;

Plaintiffs aver that the identities of the
Fictitious party defendants described
herein are otherwise unknown to Plaintiff
at this time or, if their names are known
to Plaintiff, their identities as proper
parties are not known to Plaintiff and their
true and correct names will be substituted
by amendment when ascertained,

  *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# COMPLAINT

## STATEMENT OF THE PARTIES

1.    Plaintiff Trenesa Thomas is over the age of nineteen (19) years and is the duly appointed Administrator of the Estate of Dora Bernard who was a resident of the State of Georgia at the time of her death.

2.    Defendant Mitsubishi Motor North America, Inc. (hereinafter may be referred to as "Mitsubishi America" and/or "Defendant") is a corporation with its principal place of business located in California and at all material times was doing business by agent in the State of Alabama.

3.    Defendant Mitsubishi Corporation (hereinafter may be referred to as "Mitsubishi Corp." and/or "Defendant") is a foreign corporation organized and existing under the laws of Japan and doing business in the State of Alabama.

4.    Defendant Daimler Chrysler Corporation(hereinafter may be referred to as "Daimler" and/or "Defendant") is a corporation with its principal place of business located in Delaware and at all material times was doing business by agent in the State of Alabama.

5.    Defendant Takata Corporation (hereinafter may be referred to as "Takata" and/or "Defendant") is a foreign corporation organized and existing under the laws of Japan and doing business in the State of Alabama.

6.    Defendant Takata North American, Inc. (hereinafter may be referred to as "Takata America" and/or "Defendant") is a corporation with its principal place of business

4

located in Delaware and at all material times was doing business by agent in the State of Alabama.

7.    Defendant Takata, Inc. (hereinafter may be referred to as "Takata Inc." and/or "Defendant") is a corporation with its principal place of business located in Delaware and at all material times was doing business by agent in the State of Alabama.

8.    Defendant Takata Restraint Systems, Inc. (hereinafter may be referred to as "Takata Restraint" and/or "Defendant") is a corporation with its principal place of business located in Delaware and at all material times was doing business by agent in the State of Alabama.

9.    Defendant Takata Seat Belts, Inc. (hereinafter may be referred to as "Takata Seat Belts" and/or "Defendant") is a corporation with its principal place of business located in Delaware and at all material times was doing business by agent in the State of Alabama.

10.    Defendant Don Jackson Import Cars, Inc. (hereinafter may be referred to as "Jackson" and/or "Defendant"), and at all material times was doing business by agent in the State of Alabama.  For further evidence of Don Jackson Import Cars, Inc. doing business in Alabama, see email attached hereto as Exhibit "1".[1]

---

[1]On March 23, 2004 at approximately 10:06 p.m., attorney Strickland contacted the internet sales department at Don Jackson Mitsubishi via Don Jackson's website and inquired about purchasing a 2003 Mitsubishi Montero automobile through attorney Strickland's home computer and email address. (The home telephone number of attorney Strickland has been redacted as it is a private unlisted telephone number.)  On March 24, 2004 at approximately 7:44a.m., Internet Sales sent an email to the Strickland home computer concerning a potential automobile purchase and how the vehicle may be delivered to the state of Alabama.  On March 29, 2004, Don Jackson Mitsubishi sales office, specifically Joel Hardy, advised that Dona Jackson ships cars all over the county and that it again would be able to deliver an automobile to the state of Alabama.

11.    Fictitious Defendants "1", "2," "3," "4," "5," "6," "7," "8," "9," "10," "11," "12," "13," "14," "15," "16," "17," "18," "19," "20," "21," "22," "23," "24," "25," "26," and "27" are those persons, corporations, or other legal entities described more fully in the caption and incorporated herein, whose negligence, wantonness, willfulness, or other wrongful conduct, caused or contributed to cause the death of Dora Bernard, whose true and correct names are unknown to Plaintiff at this time but will be substituted by amendment when ascertained.

12.    The term "Defendants" is made to refer to all real and fictitious Defendants described in the style of this Complaint.

## STATEMENT OF THE FACTS

13.    On March 7, 2004, the deceased, Dora Bernard, was traveling southbound on U.S. Interstate Highway 65 in Lowndes County, Alabama.

14.    The deceased, Dora Bernard, was operating her 2003 Mitsubishi Montero Sport, VIN: JA4LS21H43J001667.

15.    The subject 2003 Mitsubishi Montero Sport was designed, engineered, manufactured, and marketed by Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Jackson, and Fictitious Defendants.

16.    At all material times, Dora Bernard was using the occupant restraint system in the 2003 Mitsubishi Montero Sport as it was intended to be used.

17.    At the same time and general location, it is believed that a "phantom vehicle" passed Dora Bernard in the emergency lane contacting her or forcing her out of her lane of

travel. As a result, the 2003 Mitsubishi Montero Sport became unstable and caused a loss of control.

18.    The deceased's vehicle went out of control, left the roadway, and overturned.

19.    During the accident sequence, the door and/or door latch were caused to open creating a portal through which Dora Bernard was allowed to interact with the outside environment while she was still seatbelted.

20.    As a direct and proximate result of the subject 2003 Mitsubishi Montero Sport's door/door latch failure, seatbelt failure, instability and general uncrashworthiness, Dora Bernard was ejected from the vehicle while still wearing the seatbelt. During the roll sequence, Dora Bernard's body was severed completely in half by the driver's door and seatbelt restraint system. The failures of the restraint system, door, door latch, instability, general uncrashworthiness combined with the other failure modes, caused her death.

21.    At the time of the incident, the 2003 Mitsubishi Montero Sport was being used and operated as intended and in a manner reasonably foreseeable to the Defendants.

22.    At the time of the incident, the 2003 Mitsubishi Montero Sport was in the same or substantially similar condition at the time of the rollover collision as it was at the time the Defendants placed the vehicle into the stream of commerce.

23.    The events that took place during this accident and the failure modes of the subject vehicle's door, door latch failures, failures of the restraint systems, instability and the general uncrashworthiness of the subject vehicle were foreseeable to the Defendants and previously known to the Defendants.

7

24.    The subject 2003 Mitsubishi Montero Sport vehicle was defective in its design and manufacture, and was unreasonably dangerous at the time it was released into the stream of commerce by the Defendants.

25.    As a result of the 2003 Mitsubishi Montero Sport's defective condition and the actions of the other named Defendants and Fictitious Defendants, Dora Bernard was killed.

## COUNT ONE
### (Alabama Extended Manufacturers Liability Doctrine [AEMLD])

26.    Plaintiff realleges and incorporates all prior paragraphs of the Complaint as if set out here in full.

27.    Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants designed, engineered, tested, manufactured, distributed, and marketed the 2003 Mitsubishi Montero Sport which is the subject matter of this lawsuit.

28.    Said Defendants reasonably expected that the 2003 Mitsubishi Montero Sport would reach the ultimate user or consumer in the condition it was in at the time of the collision.

29.    At the time of the collision, the 2003 Mitsubishi Montero Sport was in substantially the same mechanical and design condition as it was on the date of its manufacture and sale.

30.    The collision events and the collision mode were reasonably foreseeable and known to the Defendants and Fictitious Defendants.

8

31.    The 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective by design in that the vehicle had inadequate door latches that would not remain intact and closed under the foreseeable forces which occur on rollover or other types of collisions.

32.    The 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective by design and/or manufacture in that the vehicle's restraint system allowed slack to be introduced into the safety belt allowing excess body excursion under the foreseeable forces which occur on rollover or other types of collisions.

33.    The 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective by design in that the vehicle had an inadequate roof structure and B-pillar that did not remain intact under the foreseeable forces which occur on rollover or other type of collision.  B-pillar movement allowed the belt system to introduce the slack.

34.    At the time of the subject collision, the 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective and the defects existing therein subjected Dora Bernard to an unreasonable risk of harm in that the vehicle, as designed, had a substantial propensity for rolling over under foreseeable driving conditions and collisions.

35.    The subject 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective by design in that the vehicle had inadequate stability which would allow the vehicle to roll over under a similar type collision or under foreseeable accident conditions.

36.    The subject 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective by design and/or manufacture in that the vehicle had inadequate seatbelts and door

9

latches which could malfunction under a similar type collision or under foreseeable accident conditions. The foreseeable seatbelt malfunction, door latch malfunction, roof structure failure, instability and general uncrashworthiness and other failure modes subjected Dora Bernard to an unreasonable risk of harm under the foreseeable forces and circumstances which occur during a similar type collision. The subject 2003 Mitsubishi Montero Sport was defective in one or more of the following ways:

   i.     Design;

   ii.    Manufacturer;

   iii.   Marketing;

   iv.    Sale and/or distribution;

   v.     Advertising and promotion; and

   vi.    Failing to warn.

   37.    Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants, for valuable consideration, designed, manufactured, sold and/or distributed the subject 2003 Mitsubishi Montero Sport that caused Dora Bernard's death.

   38.    Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants knew, or in the exercise of reasonable care, should have known, the subject vehicle was unreasonably dangerous when being used in a reasonable and foreseeable manner.

39.    As a proximate consequence of the unreasonably dangerous design and/or manufacture of the subject 2003 Mitsubishi Montero Sport, Dora Bernard was severed in half and ejected from the 2003 Mitsubishi Montero Sport. Dora Bernard died as a result of the ejection.

**WHEREFORE,** Plaintiff requests compensatory damages to adequately compensate for the death and damages to Dora Bernard, and for punitive damages to punish for the wrong and deter such wrongful conduct in the future in such an amount as a jury may award, plus the costs of this action.

## COUNT TWO
### (Claim Under AEMLD)

40.    Plaintiff realleges and incorporates by reference all prior paragraphs of the Complaint as if set out here in full.

41.    Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants sold, distributed, or otherwise placed into the stream of commerce the subject 2003 Mitsubishi Montero Sport in a defective and unreasonably dangerous condition.

42.    Said Defendants failed to warn or otherwise notify the intended users or consumers of the dangerously defective conditions.

43.    Said Defendants reasonably expected that the subject 2003 Mitsubishi Montero Sport would reach the ultimate user or consumer in the condition it was in at the time of the collision.

11

44.     At the time of the collision, the subject 2003 Mitsubishi Montero Sport was in substantially the same mechanical and design condition as it was on the date of its manufacture and sale.

45.     The collision events and the collision mode were reasonably foreseeable and known to Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants.

46.     The 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective and the defects existing therein subjected Dora Bernard to an unreasonable risk of harm in that the vehicle, as designed, had substantial vehicle instability which would lead to the vehicle rollover under foreseeable driving conditions and collisions.

47.     The subject 2003 Mitsubishi Montero Sport was unreasonably dangerous and defective by design and/or manufacture in that the vehicle had inadequate seatbelt restraint systems, door latch, roof structure, was unstable, and generally was uncrashworthy . The inadequate seatbelt restraint system, door latch, roof structure, instability and general uncrashworthiness subjected Dora Bernard to an unreasonable risk of harm under the foreseeable forces and circumstances which occur during an accident or similar type collision. These defects were exacerbated or aggravated by a lack of structural integrity in the subject vehicle.

48.     Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants,

for valuable consideration, designed, manufactured, sold and/or distributed the subject 2003 Mitsubishi Montero Sport that caused Dora Bernard's death.

49.    Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants knew, or in the exercise of reasonable care, should have known, the subject vehicle was unreasonably dangerous when being used in a reasonable and foreseeable manner.

50.    As a proximate consequence of the unreasonably dangerous design and/or manufacture of the subject 2003 Mitsubishi Montero Sport, Dora Bernard was severed in half and ejected from the 2003 Mitsubishi Montero Sport. Dora Bernard died as a result of the injuries.

WHEREFORE, Plaintiff requests compensatory damages to adequately compensate for the death and damages to Dora Bernard, and for punitive damages to punish for the wrong and deter such wrongful conduct in the future in such an amount as a jury may award, plus the costs of this action.

## COUNT THREE
### (Negligence and/or Wantonness)

51.    Plaintiff realleges and incorporates by reference all prior paragraphs of the Complaint as if set out here in full.

52.    Defendants Mitsubishi America, Mitsubishi Corp., Daimler, Takata, Takata American, Takata Inc., Takata Restraint, Takata Seat Belt, Jackson, and Fictitious Defendants

13

negligently and/or wantonly designed, manufactured, sold, failed to warn and/or failed to provide adequate recalls on the subject 2003 Mitsubishi Montero Sport's vehicle instability, inadequate seatbelt restraint system, inadequate door latch, inadequate roof structure, instability and general uncrashworthiness, all of which form the subject matter of this lawsuit and more specifically:

a. Negligently and/or wantonly failing to design and/or manufacture the vehicle so that it would be stable and less susceptible to rollovers;

b. Negligently and/or wantonly failing to design the subject 2003 Mitsubishi Montero Sport to perform as safely as an ordinary consumer of the product would have expected when used in a manner reasonably foreseeable by the Defendants;

c. Negligently and/or wantonly failing to warn owners and operators of the vehicle of the hazards involved in the use of the vehicle, which such hazards being ones which an ordinary user would not reasonably expect;

d. Negligently and/or wantonly failing to properly test the 2003 Mitsubishi Montero Sport for safety and defects;

e. Negligently and/or wantonly failing to design and/or manufacture the vehicle so that its seatbelt safety restraint system, door latch systems and roof structure would not malfunction;

f. Negligently and/or wantonly failing to design and/or manufacture the vehicle so that occupants involved in a rollover would be contained within the vehicle as opposed to being ejected from the vehicle.

53. As a proximate consequence of the unreasonably dangerous design and/or

manufacture of the subject 2003 Mitsubishi Montero Sport, Dora Bernard was ejected from the vehicle. Dora Bernard died as a result of the ejection.

**WHEREFORE**, Plaintiff requests compensatory damages to adequately compensate for the death and damages to Dora Bernard, and for punitive damages to punish for the wrong and deter such wrongful conduct in the future in such an amount as a jury may award, plus the costs of this action.

## COUNT FOUR
### (Negligence/Wantonness)

54.    Plaintiff realleges and incorporates by reference all prior paragraphs of the Complaint as if set out here in full.

55.    The "phantom vehicle" and/or Fictitious Defendants negligently and/or wantonly operated the motor vehicle so as to cause it to collide or force off the roadway the vehicle being operated by Dora Bernard.

56.    The "phantom vehicle" and/or Fictitious Defendants had the duty to operate the vehicle in a safe and reasonable manner.

57.    The "phantom vehicle" and/or Fictitious Defendants breached their duty to operate the vehicle in a reasonably safe manner when they allowed said vehicle to contact and force off the roadway the vehicle being driven by Dora Bernard.

58.    The "phantom vehicle" and/or Fictitious Defendants were negligent and/or wanton in the operation of their vehicle and formed the proximate cause of the collision or

15

force off the roadway the vehicle of Dora Bernard.

59.    As a proximate result, Dora Bernard was severed in half and ejected from the 2003 Mitsubishi Montero Sport. Dora Bernard died as a result of the ejection.

WHEREFORE, Plaintiff demands judgment against the "phantom vehicle" and/or Fictitious Defendants in a fair and reasonable amount of compensatory and/or punitive damages, plus costs.

## COUNT FIVE
## (Negligence/Wantonness)

60.    Plaintiff realleges and incorporates by reference all prior paragraphs of the Complaint as if set out here in full.

61.    Fictitious Defendants are those individuals and/or entities specifically enumerated in the caption above whose negligence, wantonness or other wrongful conduct caused or contributed to cause the occurrence made the basis of this lawsuit.

62.    Fictitious Defendants are those individuals and/or entities specifically enumerated above who owed a duty to Dora Bernard.

63.    Fictitious Defendants breached the duty owed to Plaintiff Dora Bernard.

64.    Fictitious Defendants' negligent and/or wanton conduct and breach of the duty owed to Dora Bernard formed the proximate cause and/or combined to form the proximate cause of injuries and damages suffered by Dora Bernard which caused her death.

WHEREFORE, Plaintiff demands judgment against Fictitious Defendants in a fair and reasonable amount of compensatory damages and punitive damages, plus costs.

16

## COUNT SIX
### (Wrongful Death Act)

65.    Plaintiff realleges and incorporates all prior paragraphs of the Complaint as if fully set out herein.

66.    Pursuant to Code of Alabama, §6-5-410, which is known as the Alabama Wrongful Death Act, the Defendants acted negligently, wantonly and/or recklessly.

67.    As a result of the Defendants' actions, Dora Bernard was killed.

68.    As a proximate result of the negligent, wanton and/or reckless conduct of the Defendants, and the unreasonably dangerous design and/or manufacture of the subject 2003 Mitsubishi Montero Sport, Dora Bernard was killed.

**WHEREFORE,** Plaintiff demands judgment against Defendants in a fair and reasonable amount of compensatory damages and punitive damages, plus costs.

**RESPECTFULLY** submitted this __2__ day of _____, 2006.

_____
MICHAEL G. STRICKLAND (STR032)
BLAINE C. STEVENS (STE091)
*Attorneys for Plaintiffs*

**OF COUNSEL:**
STRICKLAND & KENDALL, L.L.C.
420 S. Lawrence Street [36104]
P.O. Box 99
Montgomery, AL  36101-0099
(334) 269-3230
(334) 269-3239 / fax

PLAINTIFF DEMANDS A TRIAL BY JURY
ON ALL ISSUES OF THIS CAUSE.

OF COUNSEL

18



EXHIBIT
tabbies
I

**From:** Internet Sales [internetsales@djmitsubishi.com]
**Sent:** Monday, March 29, 2004 1:53 PM
**To:** Michael Strickland
**Subject:** Re: Joel Hardy

**1. WE SHIP CARS ALL OVER THE COUNTRY, TO CALIF, ARIZ, OHIO, NY, FLA ETC. BUT WE DO NOT HAVE PERMISSION FROM THE CUSTOMER TO GIVE OUT THAT INFO.**

**2. I HAVE IT IN BLACK**

**3. WE WOULD FED EX YOU THE PAPERWORK TO SIGN.. FED EX CERTIFIED CHECK OR TRANSFER ETC. WE DO THIS ALL THE TIME.**

**4. YOU CAN TAKE DELIVERY WHENEVER YOU DECIDE. WE WOULD SHIP IT AFTER ALL PAPERWORK IS SIGNED AND MONIES IN HOUSE.**

----- Original Message -----

**From:** Michael Strickland

**To:** Internet Sales

**Sent:** Monday, March 29, 2004 2:16 PM

**Subject:** RE: Joel Hardy

your price sounds workable. Just a few more questions.

Do you have it in black?

When could I take delivery if we can agree on the price with delivery?

Would I fed ex a certified check or how would we do the money transfer and signing of the documents?

I see that you say you don't have any references that you sold cars in Alabama but Does that mean that you have never delivered a car to somebody here, sold a car to somebody here OR that you just don't have a reference for a person here?

Thanks,

Michael

-----Original Message-----
**From:** Internet Sales [mailto:internetsales@djmitsubishi.com]
**Sent:** Monday, March 29, 2004 12:02 PM
**To:** Michael Strickland
**Subject:** Re: Joel Hardy

# A MONTERO SPORT WITH MSRP OF $25,544.00 I CAN

SELL YOU FOR $23,900.00 DELIVERED. YOU PAY TAX IN
ALABAMA.


I DO NOT HAVE ANY REFERENCES WHERE WE SOLD CARS
IN ALABAMA.


----- Original Message -----

**From:** Michael Strickland

**To:** sales@donjacksonmitsubishi.com

**Sent:** Monday, March 29, 2004 11:26 AM

**Subject:** Joel Hardy


Dear Mr. Hardy,


My wife forwarded the email that I sent concerning a Mitsubishi Montero
Limited. I was actually inquiring about the **Sport** and must have clicked
on the wrong location on the internet for the Limited.


What is the price for a fully loaded Sport?

I see that you can bring it on a roll back wrecker but due to the fact I am in Alabama and you are in Georgia (which has lower sales tax), can you give me some references of some people in Alabama that you have delivered cars to; that purchased from you; the price of the delivery and the out the door price of the Sport? I prefer Black.


Thanks

Michael

----- Original Message -----

**From:** Internet Sales < mailto:internetsales@djmitsubishi.com
>

**To:** ewstrickland@knology.net <
mailto:ewstrickland@knology.net >

**Sent:** Wednesday, March 24, 2004 7:44 AM

**Subject:** Re: TCM - Purchase Request

**Michael,**

**Thank you for your inquiry on this vehicle.**

**1st - This vehicle is a demo. Our GM has been driving it up until now.**

**It has approx 4000 miles on it. Are you still interested in a demo?**

**2nd - We can delivery this vehicle by "roll-back" wrecker if desired.**

**3rd - It is a Montero "Limited" not a Montero Sport. There is a lot of**

**difference between the two. M36006 is the Montero and I believe that**

**this is the vehicle you are inquiring about. It is also a 2003 New Vehicle**

**not a 2004.**

**4th - The MSRP is $38,422.00. You can buy it for $33,300 delivered**

**to your address.**

**If you are still interested or have any questions please let me know. My**

**name is Joel Hardy and I am the Internet Manager here at Don Jackson**

**Mitsubishi. We are located in Union City, Georgia.**

----- Original Message -----
**From:** ewstrickland@knology.net <
mailto:ewstrickland@knology.net >
**To:** sales@donjacksonmitsubishi Sent: Tuesday, March 23,
2004 10:06 PM Subject: TCM - Purchase Request First Name:
MichaelLast Name: StricklandStreet Address: City: State: Zip:
Daytime Phone: 334-269-3239Evening Phone: Best Time To
Call: DaytimeEmail: < mailto:sales@donjacksonmitsubishi.com
>ewstrickland@knology.net <
mailto:ewstrickland@knology.net >
**Fax Number:**
**Bank or Credit Union:** Compass
**New Vehicle Information:**
VIN: JA4NW51SX3J041682
StockNumber: M36006
InventoryYear: 2003
InventoryMake: MITSUBISHI
InventoryModel: MONTERO
Color: SOLANO BLACK PEARL
Description:
Options: "Air Conditioning,Cruise Control,Keyless Entry
System,Power Steering,Power Brakes,Aluminum/Alloy
Wheels,Power Antenna,Premium Audio System,Bucket
Seats,Heated Front Seats,Leather Seats,Split Folding Rear
Seat,Third Seat,Power Windows,Privacy Glass,Power
Moonroof,Alarm System,Power Driver Seat,Lighted Entry
System,Digital Clock,Fog Lights,Power Door Locks,Exterior
Spare Tire Carrier,Tilt Steering Wheel,Leather And Wood
Steering Wheel,A tomatic Stability Control,Traction Control
System,Center Console,Intermittent Wipers,Locking
Differential,Luggage Rack,Rear Window Defroster,Rear
Window Wiper,Running Boards,Skid Plates,Tachometer,Trip
Computer,Four Wheel Anti-Lock Brakes,Four Wheel
Drive,Turning Circle: 37.4',Traction Control,Stability
Control,Passenger Airbag,Height 71.5",Length 190.2",Width
74.8",Maximum Seating: 7,39.8 Cubic Feet Luggage
Capacity,Front Head Room: 39.8",Front Hip Room: 57.7",Front
Leg Room: 42.3",Front Shoulder Room: 58.5",Rear Head
Room: 38",Rear Hip Room: 55.5",Rear Leg Room: 35.2",Rear
Shoulder Room: 57.5",92 Cubic Feet Maximum Cargo
Capacity,23.8 Gallon Fuel Tank,Wheelbase: 109.7",Curb
Weight: 4784 Lb,Gross Vehicle Weight Max: 6085 Lb,Ground
Clearance: 8.6",Maximum Towing Capacity: 5000
Lb,Maximum Payload 1301 Lb,Built In Japan"
Price: 38422

CarTrim: LIMITED
Doors: 4
BodyStyle: 4DR UTILITY
Transmission:
Mileage: 5
**Tradein Vehicle Information:**
Year: 2004
Make:
Model:
Milea e:
Color:
**Time Frame:** Ready to Buy Now
**How Did You Find This Site:** Other
**Comments:**

I am interested in the above vehicle. Would you be able to
deliver the vehicle to the Montgomery, Alabama area? Have
you sold vehicles to people in my area, if so can you give me
some refereces? If you have sold and delivered vehicles in my
area, can you also give me a reference for the people that have
purchased from you that live in Alabama and you have
delivered their vehicle to them? What is the cost to me
including delivery of the fully loaded 2004 montero sport, not
the msrp. There will not be a trade in or financing. Thanks.

------------------------------------------------------------
------------------------------------------------------------

*Michael G. Strickland*

Strickland, Chancellor & Kendall, L.L.C.
P.O. Box 99
420 South Lawrence Street (36104)
Montgomery, Alabama 36101
334-269-3230
334-269-3239 (fax)
mgs@jurytrial.us