IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DEREK JACKSON

STATE OF GEORGIA          )
COUNTY OF FULTON        )

     **BEFORE ME** Kelly M. Groover, Notary Public in and for said county and state, personally appeared **Derek Jackson**, General Manager of Don Jackson Import Cars, Inc., who is known to me, and who, after first being duly sworn, did state as follows:

     1.    My name is Derek Jackson, and I am over the age of 21 years. I am a resident of the State of Georgia, and I execute this affidavit for the purpose of filing in the above-styled lawsuit.

     2.    I base this affidavit on my personal review and examination of the corporate and business records of Don Jackson Import Cars, Inc., (hereinafter sometimes referred to "Don Jackson Import Cars") and based on my personal knowledge of the business practices and history of Don Jackson Import Cars, Inc. I am the General Manager of Don Jackson Import Cars, Inc., and I am a custodian of dealership records. I have been employed by Don Jackson Import Cars, Inc., for approximately three years. I am



EXHIBIT C

authorized to sign this affidavit on behalf of Don Jackson Import Cars. I have personal knowledge of the facts contained in this affidavit based on my examination of the business records of Don Jackson Import Cars, on my examination of certain title records from the Georgia Department of Revenue, Motor Vehicle Division, and because I am General Manager of Don Jackson Import Cars, Inc.

3. Don Jackson Import Cars is located in Union City, Georgia. This is Don Jackson Import Cars' principal, and only, place of business. Don Jackson Import Cars conducts its business as an automobile dealership in Union City, Georgia.

4. All employees of Don Jackson Import Cars are based in Union City, Georgia, and all employees of Don Jackson Import Cars are Georgia residents.

5. Don Jackson Import Cars does not now, nor has it ever had any offices, employees or agents located in, or doing business in Alabama. Furthermore, Don Jackson Import Cars does not now, nor has it ever sold a vehicle in Alabama or allowed a purchaser of a vehicle purchased from Don Jackson Import Cars to take delivery in Alabama.

6. Don Jackson Import Cars does not now, nor has it ever advertised in Alabama.

7. Don Jackson Import Cars is a Georgia corporation with its principal and sole place of business in the State of Georgia. Don Jackson Import Cars is not incorporated in and does not have its principal place of business in the State of Alabama. Don Jackson Import Cars has never been registered to do business in the State of Alabama, and the dealership does not do business in the State of Alabama.

8. Don Jackson Import Cars has never sold vehicles or otherwise transacted business in the State of Alabama. Don Jackson Import Cars has never engaged in

2

supplying services or goods in the State of Alabama. Don Jackson Import Cars has never done business in, or solicited business in the State of Alabama. Don Jackson Import Cars does not advertise its goods or services in the State of Alabama or engage in any other activity of any nature whatsoever in the State of Alabama. Don Jackson Import Cars does not own any real or personal property located in the State of Alabama. Don Jackson Import Cars does not solicit business or engage in any other persistent course of conduct or business in the State of Alabama. Don Jackson Import Cars does not derive substantial revenue from goods used or consumed in the State of Alabama or from services rendered in the State of Alabama. Don Jackson Import Cars has never maintained an office or agents in the State of Alabama.

9. Don Jackson Import Cars did not sell the 2003 Mitsubishi Montero Sport at issue in this case in the State of Alabama, and it has never made any repairs or performed any service related to said vehicle in the State of Alabama because it has never maintained a location, employees or agents in the State of Alabama

10. Don Jackson Import Cars maintains an informational website that is hosted by an independent company; however, Don Jackson Import Cars' website is not now and has never been hosted by a company located in the State of Alabama or on a computer located in the State of Alabama.

11. A review of Don Jackson Import Cars' sales records for the past three years indicates that it has sold and delivered only two vehicles outside the State of Georgia. These sales were isolated transactions in which the dealership was contacted and the vehicles were sold in the State of Georgia, but the vehicles were shipped to the purchasers in State of Nevada and the State of Florida.

12. The dealership's records reflect that no vehicles have been sold in the State of Alabama or shipped to the State of Alabama.

13. The Mitsubishi vehicle which is the subject of the above-styled lawsuit was manufactured outside the State of Alabama and traveled in interstate commerce prior to the sale by Don Jackson Import Cars. The vehicle was manufactured by Mitsubishi Motors Corporation, and the vehicle was subsequently sold and shipped to a dealership in the State of Georgia. Don Jackson Import Cars sold the subject vehicle, a 2003 Mitsubishi Montero Sport, VIN: JA4LS21H43J001667, used to Georgia resident Dora P. Bernard, in the State of Georgia. A true, accurate and genuine copy of Georgia title documents for the subject vehicle are attached hereto as "Exhibit 1".

14. I have read the above and foregoing affidavit of five (5) pages, including the signature page, and I certify that the facts contained herein are true and correct based on my personal knowledge, my personal examination and personal review of the business records of Don Jackson Import Cars, Inc.

Further Affiant saith not

_____
DEREK JACKSON

STATE OF GEORGIA          )
COUNTY OF FULTON          )

Sworn to and subscribed to before me this the 31st day of March, 2006.

[Notary Seal: KELLY M. GROOVER, NOTARY PUBLIC, COWETA COUNTY, GA, Exp. Sept. 12, 2008]

_____
Notary Public
My Commission Expires: 9/12/2008

5

MV-1 (Rev. 9/99)

# Georgia Motor Vehicle Division
## Title Application

Do Not Send $$Cash$$
All Tag & Title Applications (Except Signature) Must Be Typed

### Vehicle Section

| Vehicle Identification Number | Year | Make | Body Style | Series Model | Color | Cylinders | Fuel Type | New or Used |
|---|---|---|---|---|---|---|---|---|
| JA4LS21H43J001667 | 2003 | MITSUBISHI | 4-DOOR | MONTERO SP | BLUE | 6 | G | NEW |

| Date Purchased | Emission Certificate Number | Insurance Company | Insurance Policy Number | Prev. Title Number | Prev State | District |
|---|---|---|---|---|---|---|
| 03/05/04 | | | | | | |

| Georgia County of Residence | Odometer Reading | Odometer Reading is Actual Miles Unless One of the Following is Checked |
|---|---|---|
| CLAYTON | 15152 | ( ) Exceeds Mechanical Limits of Odometer   ( ) Not the Actual Mileage, Warning Odometer Discrepancy |

### Complete For All Trucks

| Gross Weight of Vehicle & Load | Straight Truck? | Used For Hire? | Type of Trailer Pulled | Product Hauled? | Is This A Farm Vehicle? |
|---|---|---|---|---|---|
| | | | | | ( ) Yes (xx) No |

### Owner Section

01 of 01 Owners

Customer 1 # 057850633   DORA P BERNARD
*Full Legal Name of Owner 1 (First, Middle, Last, Suffix) or Company Name*   Date of Birth — Social Security Number [redacted]

Customer 2 # _____
*Full Legal Name of Owner 2 (First, Middle, Last, Suffix) or Company Name*   Date of Birth   Social Security Number

Residence Address (Individual) Business Address (Firm)
57 DIANA COURT
JONESBORO GA 30238

Mailing Address if Different/One Time Mailing Address

Selling Party # 001100556051   DON JACKSON MITSUBISHI
4000 JONESBORO ROAD | UNION CITY | GA | 30291 | FULTON
*Street Address* | *City* (Name) | *State* | *Zip Code* | *County*

### Lienholder Section

1 of 01 Liens

Lienholder 1 Name and Address
HOUSEHOLD AUTOMOTIVE FIN CORP.
PO BOX 17902
SAN DIEGO CA 92177

Lienholder 2 Name and Address

Lienholder 3 Name and Address

Lienholder 4 Name and Address

I solemnly swear under criminal penalty of a felony for fraudulent use of a false or fictitious name or address or for making a material false statement punishable by fine up to $5000 or by imprisonment of to 5 years, or both, that the statements contained herein are true and accurate.

Customer 1 Signature: *[signature]*

Customer 2 Signature: _____

**EXHIBIT 1**

T-11 (Rev. 8/96)

## AFFIDAVIT OF CORRECTION

Date: 3/5/04

TO WHOM IT MAY CONCERN:

The strikeover on the assignment of the attached Manufacturer's Statement of Origin or Certificate of Title for the following described vehicle:

2003 Mitsubishi   JA4LS21H43J001667
(Year model, make of vehicle, and vehicle identification number)

was made due to the following reason(s):

( ) Typographical error

( ) Customer changed mind

( ) Seller signed their name incorrectly

( ) Seller assigned title to himself

(X) Seller assigned title to wrong party

( ) Seller made strikeover in purchaser's name

( ) Assignment placed in Dealer

( ) Assignment in error
Notary Public placed signature in wrong space

( ) Purchaser's name misspelled.

( ) Other _____

_____
(Notary Public's Signature & Seal/Stamp)

[Notary seal: M. GROOVE, NOTARY, EXPIRES GEORGIA SEPT. 12, 2004, PUBLIC, ETA COUNTY]

Peachtree Mitsubishi
_____
(Signature)

This form should be completed by the person(s) who was required to complete the assignment where the correction has been made. This form cannot be used when information has been blocked out by erasure or the use of correction fluid. In these cases, replacement documents must be obtained.

This form cannot be used to correct an odometer reading, a purchase date or an incorrectly recorded lien or security interest holder. Form T-107 (Odometer Discrepancy Affidavit) must be used to correct an incorrectly recorded odometer reading. A T-4 ( release of lien or security interest) form must be completed by the incorrectly recorded lien or security interest holder. Alterations of the purchase date result in the assessment of a $10 title penalty.



CERTIFICATE OF ORIGIN FOR A VEHICLE

MITSUBISHI MOTOR SALES OF AMERICA, Inc.

EM538410034

DATE AUG 21, 2002
VEHICLE IDENTIFICATION NO. JA4LS21H43J001667
BODY TYPE 4-DOOR SPORT UTILITY VEHICLE
H.P. (S.A.E.) 0165
G.V.W.R.
YEAR 2003
MAKE MITSUBISHI
NO. CYLS. 0
SERIES OR MODEL MONTERO SPORT ES 2WD
SHIPPING WEIGHT 3,835
INVOICE NO. JACNVQA-01
EMISSION 50 STATE

DEALER CODE 11112
NAME OF DISTRIBUTOR, DEALER, ETC.
RICKERSTAFF AUTOMOTIVE INC.
(DBA) PEACHTREE MITSUBISHI
5925 PEACHTREE INDUSTRIAL BL
CHAMBLEE GA 30341

It is the undersigned authorized representative of the company, hereby certify that the new vehicle described above is the property of the said company, firm or corporation named below, and that it was transferred on the above date and under the Invoice Number indicated to the following distributor, dealer, firm or corporation, and is the property of the said company, firm or corporation named below.

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

MITSUBISHI MOTOR SALES OF AMERICA, INC.
CYPRESS, CALIFORNIA 90630
CITY - STATE

By: [signature] Hank Yasutake
Executive Vice President
and Chief Financial Officer
(SIGNATURE OF AUTHORIZED REPRESENTATIVE) (AGENT)

MSDF-009D-90

| LIENHOLDER | ODOMETER DISCLOSURE FOR RETAIL SALE | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1 |
|---|---|---|---|---|---|
| 1st lien in favor of **HOUSEHOLD AUTOMOTIVE FIN CORP.** whose address is **PO BOX 17902 SAN DIEGO CA 92177**<br><br>2nd lien in favor of _____ whose address is _____ | Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or provide a false statement may result in fines and / or imprisonment.<br>I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ □ No Tenths, □ The mileage stated is in excess of its mechanical limits. □ The odometer reading is not the actual mileage. **WARNING ODOMETER DISCREPANCY**<br>Printed Name(s) of Seller(s) _____<br>Signature(s) of Seller(s) _____<br>Printed Name(s) of Purchaser(s) _____<br>Signature(s) of Purchaser(s) _____<br>Company Name (if Applicable) _____<br>Address of Purchaser(s) _____<br>Dealer's No. _____ Date of Statement _____ Date of Sale _____ | NAME OF PURCHASER(S) _____<br>ADDRESS _____<br>I certify to the best of my knowledge that the odometer reading is _____<br>DEALER _____<br>NAME OF DEALERSHIP _____<br>DEALER'S LICENSE NUMBER _____<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION<br>State of _____ County of _____<br>Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____, 20 _____<br>_____ Notary Public<br>□ No Tenths | NAME OF PURCHASER(S) _____<br>ADDRESS _____<br>I certify to the best of my knowledge that the odometer reading is _____<br>DEALER _____<br>NAME OF DEALERSHIP _____<br>DEALER'S LICENSE NUMBER _____<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION<br>State of _____ County of _____<br>Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____, 20 _____<br>_____ Notary Public<br>□ No Tenths | NAME OF PURCHASER(S) **DORA P BERNARD**<br>ADDRESS **57 DIANA COURT, JONESBORO GA 30238**<br>I certify to the best of my knowledge that the odometer reading is **13152**<br>DEALER **DON JACKSON MITSUBISHI**<br>NAME OF DEALERSHIP<br>DEALER'S LICENSE NUMBER **0017005605**<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION<br>BY: **W. Archer P. ARCHER**<br>Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed/Sworn to me before this _____ day of _____, 20 _____<br>_____ Notary Public<br>□ No Tenths | Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interest, either than those disclosed herein and warrant title to the vehicle.<br>FOR VALUE RECEIVED, I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:<br>NAME OF PURCHASER(S) **Rentreal Mitsubishi**<br>ADDRESS **Peachtree Mitsubishi 0010000361**<br>DEALER **1100 Jonesboro Rd Union City GA 30291**<br>NAME OF DEALERSHIP<br>DEALER'S LICENSE NUMBER **0010000361** BY: _____<br>Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____, 20 _____<br>_____ Notary Public<br>**13,050** □ No Tenths |

REV.3-91