IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, now deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; MITSUBISHI CORPORATION; DAIMLER CHRYSLER CORPORATION; TAKATA CORPORATION; TAKATA NORTH AMERICAN, INC.; TAKATA, INC; TAKATA RESTRAINT SYSTEMS, INC.; TAKATA SEAT BELTS, INC.; DON JACKSON IMPORT CARS, INC.; et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:06CV308-DRB |

## NOTICE OF CONSENT TO REMOVAL

**COMES NOW** Defendant, Don Jackson Import Cars, Inc., by and through its undersigned attorney of record, and hereby files this notice of consent to removal and expressly consents to the removal of this action styled, "<u>Trenesa Thomas, as Administrator for the Estate of Dora Parker Bernard, now deceased v. Mitsubishi Motors North America, Inc., Mitsubishi Corporation; Daimler Chrysler Corporation; Takata Corporation; Takata North American, Inc., Takata, Inc., Takata Restraint Systems, Inc., Takata Seat Belts, Inc., Don Jackson Import Cars, Inc., et al.</u>, Circuit Court of Lowndes County, Alabama; Civil Action No.: CV-06-23," from the Circuit Court of Lowndes County, Alabama to the United States District Court for the Middle District of Alabama. By filing this notice of consent to

removal, Defendant Don Jackson Import Cars, Inc., does not submit itself to the personal jurisdiction of this Court or of any other Court sitting in the State of Alabama. Defendant Don Jackson Import Cars, Inc., hereby reserves all rights and defenses, including without limitation all defenses set forth in Rule 12(b) of the *Federal Rules of Civil Procedure* with respect to personal jurisdiction, sufficiency of process and service of process. Don Jackson Import Cars, Inc., further reasserts and adopts by reference all grounds for dismissal contained in and set forth in its motion to dismiss and motion to quash service of process that is filed contemporaneously with this notice.

DATED this 5th day of April, 2006.

_____
ROGER S. MORROW (MOR032)
MEREDITH L. TOLAR (TOL006)
ATTORNEYS FOR DEFENDANT DON JACKSON IMPORT CARS, INC.

OF COUNSEL:
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: 334-262-7707
Facsimile: 334-262-7742

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid, and via facsimile transmission, on this the 5th day of April, 2006:

Hon. Michael G. Strickland
Hon. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 S. Lawrence Street
P.O. Box 99
Montgomery, AL 36101-0099
(Facsimile No.: 334-269-3239)
**Attorneys for Plaintiff**

Hon. D. Alan Thomas
Hon. Gregory L. Schuck
Hon. J. Brannon Maner
HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 S.
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
(Facsimile No.: 205-251-1256)
**Attorney for Defendants Mitsubishi Motors North America, Inc.; Mitsubishi Corporation; Irvin Automotive Products, Inc.; TK Holdings, Inc.; Takata Restraint Systems, Inc.; Takata Seat Belts, Inc.**

Hon. Chandler Bailey
Hon. Derrick Mills
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Facsimile No.: 205-581-0799)
**Attorneys for Defendant Daimler Chrysler Corporation**

_____
OF COUNSEL

3