IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06CV308-DRB ) |
| MITSUBISHI MOTORS NORTH AMERICA, INC.; et al., | ) ) ) |
| Defendants. | ) |

## JOINDER IN NOTICE OF REMOVAL

Defendant DaimlerChrysler Corporation hereby joins and consents to Defendant Mitsubishi Motors North America, Inc.'s removal of this case from the Circuit Court of Lowndes County to the United States District Court for the Middle District of Alabama.

_____
One of the Attorneys for Defendant
DaimlerChrysler Corporation

OF COUNSEL:
Michael L. Bell
J. Chandler Bailey
Derrick A. Mills
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of April, 2006, served the foregoing upon counsel of record for all parties to this proceeding, by placing a copy thereof in the United States Mail, first-class postage thereon prepaid and properly addressed as follows:

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

D. Alan Thomas, Esq.
Gregory L. Schuck, Esq.
J. Brannon Maner, Esq.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

Roger S. Morrow, Esq.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804

_____
Of Counsel