IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06CV308-DRB<br>)<br>)<br>)<br>)<br>)<br>) |

## SPECIAL APPEARANCE AND JOINDER IN NOTICE OF REMOVAL OF MITSUBISHI MOTORS CORPORATION

COMES NOW Defendant, MITSUBISHI CORPORATION, and appears specially before this Court for the sole and limited purpose of joining in and consenting to the removal of this cause. As grounds hereto, this Defendant shows unto the Court as follows:

1.     As shown by the Summons and Complaint filed by the Plaintiffs, Mitsubishi Motors Corporation, is a Japanese corporation organized and existing under the laws of the Nation State of Japan with its principal place of business in the Nation State of Japan.

2.     As the Nation State of Japan is an original signator to the International Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"), service of process must comply with the requirements of the Hague Convention.

3.     Since this Defendant has not been properly served, it is not required to join in and consent to the Notice of Removal. *See Mask v. Chrysler Corporation*, 825 F. Supp. 285 (N.D. Ala.

1993) *aff'd*, 29 F.3d 641 (11th Cir. 1994).

4.  However, Mitsubishi Motors Corporation, appearing specially, hereby joins in and consents to this Notice of Removal.

5.  Mitsubishi Motors Corporation states that by so joining and consenting, it is not waiving any defenses it may have, including improper service of process and lack of jurisdiction.

Done this 5th day of April, 2006 .

                                  Respectfully submitted,

                                  _____
                                  D. Alan Thomas      (ASB-8351-T77D)
                                  Gregory L. Schuck   (ASB-6885-C62G)
                                  J. Brannon Maner    (ASB-4616-S71M)
                                  MITSUBISHI MOTORS CORPORATION

**OF COUNSEL**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

2

## CERTIFICATE OF SERVICE

On April 5th, , a copy of the foregoing was served by U.S. mail on the following:

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

Derrick Mills, Esq.
Attorney for Daimler Chrysler Corporation
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street N.
Birmingham, AL 35203-3200

Roger S. Morrow, Esq.
Attorney for Don Jackson Import Cars, Inc.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
(via hand-delivery)

_____
Of Counsel

3