IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; MITSUBISHI CORPORATION; DAIMLER CHRYSLER CORPORATION; TAKATA CORPORATION; TAKATA NORTH AMERICAN, INC.; TAKATA, INC; TAKATA RESTRAINT SYSTEMS, INC.; TAKATA SEAT BELTS, INC.; DON JACKSON IMPORT CARS, INC.; et al.,<br><br>Defendants. | CIVIL ACTION NO.: 2:06CV308-DRB |

## DEFENDANT DON JACKSON IMPORT CARS, INC.'S SPECIAL APPEARANCE FOR THE LIMITED PURPOSE OF FILING A MOTION TO DISMISS AND MOTION TO QUASH SERVICE OF PROCESS TO CHALLENGE *IN PERSONAM* JURISDICTION OVER THIS DEFENDANT

**COMES NOW** the Georgia corporation, Don Jackson Import Cars, Inc. (hereinafter "Don Jackson Import"), appearing specially and specifically without submitting to the jurisdiction of this Court, and respectfully requests this Court to dismiss Defendant Don Jackson Import as a party defendant to this action on the grounds that this Court does not have personal jurisdiction over Defendant Don Jackson Import. Defendant Don Jackson Import further moves the Court to quash Plaintiff's attempt to serve Don Jackson Import with a copy of the summons and complaint because the Court does not have jurisdiction over Don Jackson. Defendant Don Jackson Import sets forth the following grounds in

support of this motion, to-wit:

1. Defendant Don Jackson Import is a Georgia corporation that was incorporated in the State of Georgia on September 21, 2000. Don Jackson Import does not do business in the State of Alabama and does not have minimum contacts with the State of Alabama that subjects it to suit in the State of Alabama. See Rules 4(h) and 12(b)(2), *Federal Rules of Civil Procedure*. See, International Shoe Co. v. Washington, 326 U.S. 310 (1945); World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980), and their progeny based on the due process protections under the Fourteenth Amendment. See also, Ex parte Troncalli Chrysler Plymouth Dodge, Inc., 876 So.2d 459 (Ala. 2003); Sudduth v. Howard, 646 So.2d 664, 667 (Ala. 1994).

2. Defendant Don Jackson Import adopts by reference the affidavit of Derek Johnson, its General Manager, that proves that Don Jackson Import is not subject to suit in the State of Alabama, a copy of which is attached hereto as "Exhibit A" and the original of which is attached to the "Notice of Removal" filed by the other Defendants in this lawsuit.

3. Due to this Court's lack of *in personam* jurisdiction over Don Jackson Import, this Defendant was not subject to service of process pursuant to Rule 4 of the *Federal Rules of Civil Procedure*, and the service of process attempted on Don Jackson Import is due to be quashed pursuant to Rule 12(b)(4) and (5) of the *Federal Rules of Civil Procedure*.

4. Defendant Don Jackson Import is due to be dismissed for lack of jurisdiction over the person pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure*.

5. Alternatively, the Complaint fails to state a cause of action against Defendant Don Jackson Import upon which relief may granted, and the Complaint shows on its face that this Court does not have jurisdiction over Defendant Don Jackson Import.

6. Alternatively, venue of this action is improper as to Defendant Don Jackson Import Cars, and the case should be dismissed with leave for Plaintiff to file the action in the State of Georgia.

**WHEREFORE, THESE PREMISES CONSIDERED**, Defendant Don Jackson Import Cars, Inc., specially appears before this Court, without submitting to the jurisdiction of this Court, and moves this Honorable Court to dismiss Defendant Don Jackson Import Cars, Inc., from this lawsuit.

RESPECTFULLY SUBMITTED this the 5th day of April, 2006.

_____
ROGER S. MORROW (MOR032)


_____
MEREDITH L. TOLAR (TOL006)
ATTORNEYS FOR DEFENDANT DON JACKSON IMPORT CARS, INC.

<u>OF COUNSEL:</u>
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: 334-262-7707
Facsimile: 334-262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid, and via facsimile transmission, on this the 5th day of April, 2006.

Hon. Michael G. Strickland
Hon. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 S. Lawrence Street
P.O. Box 99
Montgomery, AL 36101-0099
(Facsimile No.: 334-269-3239)
**Attorneys for Plaintiff**

Hon. D. Alan Thomas
Hon. Gregory L. Schuck
Hon. J. Brannon Maner
HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 S.
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
(Facsimile No.: 205-251-1256)
**Attorney for Defendants Mitsubishi Motors North America, Inc.; Mitsubishi Corporation; Irvin Automotive Products, Inc.; TK Holdings, Inc.; Takata Restraint Systems, Inc.; Takata Seat Belts, Inc.**

Hon. Chandler Bailey
Hon. Derrick Mills
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Facsimile No.: 205-581-0799)
**Attorneys for Defendant Daimler Chrysler Corporation**

_____
OF COUNSEL