IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, </br></br>　　Plaintiff, </br></br>v. </br></br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al., </br></br>　　Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)　　CASE NO. _____</br>)</br>)</br>)</br>)</br>)</br>) |

## AFFIDAVIT OF DEREK JACKSON

STATE OF GEORGIA　　　　　)
COUNTY OF FULTON　　　　　)

**BEFORE ME** Kellym. Groover , Notary Public in and for said county and state, personally appeared **Derek Jackson**, General Manager of Don Jackson Import Cars, Inc., who is known to me, and who, after first being duly sworn, did state as follows:

1. My name is Derek Jackson, and I am over the age of 21 years. I am a resident of the State of Georgia, and I execute this affidavit for the purpose of filing in the above-styled lawsuit.

2. I base this affidavit on my personal review and examination of the corporate and business records of Don Jackson Import Cars, Inc., (hereinafter sometimes referred to "Don Jackson Import Cars") and based on my personal knowledge of the business practices and history of Don Jackson Import Cars, Inc. I am the General Manager of Don Jackson Import Cars, Inc., and I am a custodian of dealership records. I have been employed by Don Jackson Import Cars, Inc., for approximately three years. I am

authorized to sign this affidavit on behalf of Don Jackson Import Cars. I have personal knowledge of the facts contained in this affidavit based on my examination of the business records of Don Jackson Import Cars, on my examination of certain title records from the Georgia Department of Revenue, Motor Vehicle Division, and because I am General Manager of Don Jackson Import Cars, Inc.

3. Don Jackson Import Cars is located in Union City, Georgia. This is Don Jackson Import Cars' principal, and only, place of business. Don Jackson Import Cars conducts its business as an automobile dealership in Union City, Georgia.

4. All employees of Don Jackson Import Cars are based in Union City, Georgia, and all employees of Don Jackson Import Cars are Georgia residents.

5. Don Jackson Import Cars does not now, nor has it ever had any offices, employees or agents located in, or doing business in Alabama. Furthermore, Don Jackson Import Cars does not now, nor has it ever sold a vehicle in Alabama or allowed a purchaser of a vehicle purchased from Don Jackson Import Cars to take delivery in Alabama.

6. Don Jackson Import Cars does not now, nor has it ever advertised in Alabama.

7. Don Jackson Import Cars is a Georgia corporation with its principal and sole place of business in the State of Georgia. Don Jackson Import Cars is not incorporated in and does not have its principal place of business in the State of Alabama. Don Jackson Import Cars has never been registered to do business in the State of Alabama, and the dealership does not do business in the State of Alabama.

8. Don Jackson Import Cars has never sold vehicles or otherwise transacted business in the State of Alabama. Don Jackson Import Cars has never engaged in

2

supplying services or goods in the State of Alabama. Don Jackson Import Cars has never done business in, or solicited business in the State of Alabama. Don Jackson Import Cars does not advertise its goods or services in the State of Alabama or engage in any other activity of any nature whatsoever in the State of Alabama. Don Jackson Import Cars does not own any real or personal property located in the State of Alabama. Don Jackson Import Cars does not solicit business or engage in any other persistent course of conduct or business in the State of Alabama. Don Jackson Import Cars does not derive substantial revenue from goods used or consumed in the State of Alabama or from services rendered in the State of Alabama. Don Jackson Import Cars has never maintained an office or agents in the State of Alabama.

9. Don Jackson Import Cars did not sell the 2003 Mitsubishi Montero Sport at issue in this case in the State of Alabama, and it has never made any repairs or performed any service related to said vehicle in the State of Alabama because it has never maintained a location, employees or agents in the State of Alabama.

10. Don Jackson Import Cars maintains an informational website that is hosted by an independent company; however, Don Jackson Import Cars' website is not now and has never been hosted by a company located in the State of Alabama or on a computer located in the State of Alabama.

11. A review of Don Jackson Import Cars' sales records for the past three years indicates that it has sold and delivered only two vehicles outside the State of Georgia. These sales were isolated transactions in which the dealership was contacted and the vehicles were sold in the State of Georgia, but the vehicles were shipped to the purchasers in State of Nevada and the State of Florida.

3

12. The dealership's records reflect that no vehicles have been sold in the State of Alabama or shipped to the State of Alabama.

13. The Mitsubishi vehicle which is the subject of the above-styled lawsuit was manufactured outside the State of Alabama and traveled in interstate commerce prior to the sale by Don Jackson Import Cars. The vehicle was manufactured by Mitsubishi Motors Corporation, and the vehicle was subsequently sold and shipped to a dealership in the State of Georgia. Don Jackson Import Cars sold the subject vehicle, a 2003 Mitsubishi Montero Sport, VIN: JA4LS21H43J001667, used to Georgia resident Dora P. Bernard, in the State of Georgia. A true, accurate and genuine copy of Georgia title documents for the subject vehicle are attached hereto as "Exhibit 1".

14. I have read the above and foregoing affidavit of five (5) pages, including the signature page, and I certify that the facts contained herein are true and correct based on my personal knowledge, my personal examination and personal review of the business records of Don Jackson Import Cars, Inc.

Further Affiant saith not

_____
DEREK JACKSON

STATE OF GEORGIA                ) 
COUNTY OF FULTON                )

Sworn to and subscribed to before me this the 31st day of March, 2006.

[Notary Seal: Kelly M. Groover, Notary Public, Coweta County, GA, Exp. Sept. 12, 2008]

_____
Notary Public
My Commission Expires: 9/12/2008

5