MV-1 (Rev. 9/99)

## Georgia Motor Vehicle Division
## Title Application

Do Not Send $$Cash$$
All Tag & Title Applications (Except Signature) Must Be Type

### Vehicle Section

| Vehicle Identification Number | Year | Make | Body Style | Series Model | Color | Cylinders | Fuel Type | New or Used |
|---|---|---|---|---|---|---|---|---|
| JA4LS21H43J001667 | 2003 | MITSUBISHI | 4-DOOR | MONTERO SP | BLUE | 6 | G | NEW |

| Date Purchased | Emission Certificate Number | Insurance Company | Insurance Policy Number | Prev. Title Number | Prev State | District |
|---|---|---|---|---|---|---|
| 03/05/04 | | | | | | |

| Georgia County of Residence | Odometer Reading | Odometer Reading is Actual Miles Unless One of the Following is Checked |
|---|---|---|
| CLAYTON | 15152 | ( ) Exceeds Mechanical Limits of Odometer  ( ) Not the Actual Mileage, Warning Odometer Discrepancy |

### Complete For All Trucks

| Gross Weight of Vehicle & Load | Straight Truck? | Used For Hire? | Type of Trailer Pulled | Product Hauled? | Is This A Farm Vehicle? |
|---|---|---|---|---|---|
| | | | | | ( ) Yes  (xx) No |

### Owner Section

01 of 01 Owners

Customer 1 # 057850633  DORA P BERNARD
Full Legal Name of Owner 1 (First, Middle, Last, Suffix) or Company Name       Date of Birth       Social Security Number

Customer 2 # _____
Full Legal Name of Owner 2 (First, Middle, Last, Suffix) or Company Name       Date of Birth       Social Security Number

Residence Address (Individual) Business Address (Firm)
57 DIANA COURT
JONESBORO GA 30238

Mailing Address if Different/One Time Mailing Address

Selling Party # 001100556051   DON JACKSON MITSUBISHI
                               Name
4000 JONESBORO ROAD   UNION CITY   GA   30291   FULTON
Street Address                City        State  Zip Code  County

### Lienholder Section

1 of 01 Liens

Lienholder 1 Name and Address
HOUSEHOLD AUTOMOTIVE FIN CORP.
PO BOX 17902
SAN DIEGO CA 92177

Lienholder 2 Name and Address

Lienholder 3 Name and Address

Lienholder 4 Name and Address

I solemnly swear under criminal penalty of a felony for fraudulent use of a false or fictitious name or address or for making a material false statement punishable by fine up to $5000 or by imprisonment of to 5 years, or both, that the statements contained herein are true and accurate.

Customer 1 Signature: _[signature]_

Customer 2 Signature: _____

EXHIBIT 1

T-11 (Rev. 8/96)

## AFFIDAVIT OF CORRECTION

Date: 3/5/04

TO WHOM IT MAY CONCERN:

The strikeover on the assignment of the attached Manufacturer's Statement of Origin or Certificate of Title for the following described vehicle:

2003 Mitsubishi    JA4LS21H43J001667
(Year model, make of vehicle, and vehicle identification number)

was made due to the following reason(s):

( ) Typographical error

( ) Customer changed mind

( ) Seller signed their name incorrectly

( ) Seller assigned title to himself

(X) Seller assigned title to wrong party

( ) Seller made strikeover in purchaser's name

( ) Assignment placed in Dealer

( ) Assignment in error

( ) Notary Public placed signature in wrong space

( ) Purchaser's name misspelled.

( ) Other_____

_____
(Notary Public's Signature & Seal/Stamp)

[Seal: M. GROOVER, NOTARY, EXPIRES GEORGIA, SEPT. 12, 2004, PUBLIC, ETA COUNTY]

Peachtree Mitsubishi
_____
(Signature)

This form should be completed by the person(s) who was required to complete the assignment where the correction has been made. This form cannot be used when information has been blocked out by erasure or the use of correction fluid. In these cases, replacement documents must be obtained.

This form cannot be used to correct an odometer reading, a purchase date or an incorrectly recorded lien or security interest holder. Form T-107 (Odometer Discrepancy Affidavit) must be used to correct an incorrectly recorded odometer reading. A T-4 (release of lien or security interest) form must be completed by the incorrectly recorded lien or security interest holder. Alterations of the purchase date result in the assessment of a $10 title penalty.



| LIENHOLDER | ODOMETER DISCLOSURE FOR RETAIL SALE | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1 |
|---|---|---|---|---|---|
| 1st lien in favor of HOUSEHOLD AUTOMOTIVE FIN CORP whose address is PO BOX 17902 SAN DIEGO CA 92177; 2nd lien in favor of, whose address is | Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or provide a false statement may result in fines and / or imprisonment. I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. ☐ The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY ☐ The mileage stated is in excess of its mechanical limits. Reading ___ No Tenths Signature(s) of Seller(s) Printed Name(s) of Seller(s) Signature(s) of Purchaser(s) Printed Name(s) of Purchaser(s) Company Name (If Applicable) Address of Purchaser(s) Dealer's No. Date of Statement Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of ___, 20 ___ Date of Sale State of ___ County of ___ Notary Public | NAME OF PURCHASER(S) ADDRESS I certify to the best of my knowledge that the odometer reading is DEALER NAME OF DEALERSHIP DEALER'S LICENSE NUMBER ___ BY: ___ No Tenths Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of ___, 20 ___ State of ___ County of ___ USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION Notary Public | NAME OF PURCHASER(S) ADDRESS I certify to the best of my knowledge that the odometer reading is DEALER NAME OF DEALERSHIP DEALER'S LICENSE NUMBER ___ BY: ___ No Tenths Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of ___, 20 ___ State of ___ County of ___ USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION Notary Public | NAME OF PURCHASER(S) DORA P. BERNARD ADDRESS 57 DIANA COURT, JONESBORO GA 30238 I certify to the best of my knowledge that the odometer reading is DEALER DON JACKSON MITSUBISHI NAME OF DEALERSHIP 0019005605 DEALER'S LICENSE NUMBER 15152 BY: W. Archer ___ No Tenths P. ARCHER Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of ___, 20 ___ State of GA County of DeKalb USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION Notary Public | Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle. FOR VALUE RECEIVED, I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO: NAME OF PURCHASER(S) Perkins Mitsubishi ADDRESS Peachtree Mitsubish 0010000136A DEALER NAME OF DEALERSHIP 4000 Jonesboro Rd Union City GA 30291 Don Jackson Mitsubishi 30291 DEALER'S LICENSE NUMBER 24345 15,050 No Tenths Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of ___, 20 ___ USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION Notary Public |

REV. 3-91