# IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

TRENESA THOMAS, as the Administrator )
for the Estate of DORA PARKER BERNARD, )
now deceased, )
)
          Plaintiff, )
)
V. )
) Civil Action No. CV-06-23
)
MITSUBISHI MOTORS NORTH AMERICA, )
INC.; et al., )
)
          Defendants. )

06cv308

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Ruby Jones
        Circuit Court Clerk
        Lowndes County Courthouse
        One Washington Street
        P. O. Box 876
        Hayneville, AL 36040-0876

Please take notice that, Defendants, **Mitsubishi Motors North America, Inc.**, a corporation; **Irvin Automotive Products Inc.**, improperly named as Takata North American Inc. in the Complaint, a corporation; **TK Holdings Inc.**, improperly named as Takata Inc. in the Complaint, a corporation; **Takata Restraint Systems Inc.**, a corporation; and **Takata Seat Belts Inc.**, a corporation, Defendants in the above-styled action, on the 5th day of April, 2006, filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division. In addition, Defendants, **Daimler Chrysler**, a corporation, and **Don Jackson Import Cars, Inc.**, a corporation, consent and join in the removal of this action as provided in the separate filings of Consent and/or Joinder in Notice of Removal from each entity.

This the 5th day of April, 2006.

                                   _____
                                   D. Alan Thomas         (ASB-8351-T77D)
                                   Gregory L. Schuck     (ASB-6885-C62G)
                                   J. Brannon Maner      (ASB-4616-S71M)
                                   Attorneys for Defendants,
                                   Mitsubishi Motors North America, Inc.
                                   Irvin Automotive Products Inc.
                                   TK Holdings Inc.
                                   Takata Restraint Systems Inc.
                                   Takata Seat Belts Inc.

**OF COUNSEL**:

HUIE, FERNAMBUCQ AND STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

     On April 5th, 2006, a copy of the foregoing was served by U.S. mail on the following:

    Michael G. Strickland, Esq.
    Blaine C. Stevens, Esq.
    Attorneys for Plaintiff
    STRICKLAND & KENDALL, L.L.C.
    420 South Lawrence Street
    P.O. Box 99
    Montgomery, Alabama 36101-0099

    Derrick Mills, Esq.
    Attorney for Daimler Chrysler Corporation
    LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
    The Clark Building
    400 20th Street N.
    Birmingham, AL 35203-3200

Roger S. Morrow, Esq.
Attorney for Don Jackson Import Cars, Inc.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
(via hand-delivery)

_____
Of Counsel