STRICKEN AS A DOCKETING ERROR.  PLEASE

DISREGARD THIS ENTRY ON THE DOCKET.