**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TRENESA THOMAS as the Administrator**<br>**for the estate of DORA PARKER**<br>**BERNARD, now deceased,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:06CV308-B** |
| | ) | |
| **MITSUBISHI MOTOR NORTH** | ) | |
| **AMERICA, INC.; et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |

**MOTION TO REMAND AND PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION TO DISMISS AND MOTION TO**
**QUASH SERVICE OF PROCESS TO CHALLENGE IN PERSONAM**
**JURISDICTION**

**COMES NOW** the Plaintiff, pursuant to 28 USC §1447(c), and specially moves this Honorable

Court to remand this action back to the Circuit Court of Lowndes County, Alabama for which it was

wrongfully removed and deny the Defendants' Motion to Dismiss and Motion to Quash Service of

Process.  The Plaintiff, Trenesha Thomas, as the Administrator for the Estate of Dora Parker Bernard,

now deceased, states the following grounds for her motion:

      1.      The removal was improperly based on grounds of fraudulent joinder.

      2.      The Defendants' Removal and Motion to Dismiss was not done in good faith; and not

properly based on applicable case law.

      3.      The removal was not in compliance with 28 USC §1446 (e).

      4.      Plaintiff seeks cost and expenses including attorneys fees as a result of the wrongful

removal.

      **WHEREFORE,** Plaintiff, Trenesha Thomas, as the Administrator for the Estate of Dora

Parker Bernard, now deceased, specially requests this Honorable Court to remand this action to its

original form in the Circuit Court of Lowndes County, Alabama for further proceedings and disposition

and deny the Defendants' Motion to Dismiss and Motion to Quash Service of Process to Challenge In

Personam Jurisdiction.

      **RESPECTFULLY** submitted this 4th day of May, 2006.


                                          /s/ Michael G. Strickland
                                          **MICHAEL G. STRICKLAND (STR032)**

                                          /s/ Blaine C. Stevens
                                          **BLAINE C. STEVENS (STE091)**
                                          *Attorneys for Plaintiff*


**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax


### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was mailed, postage prepaid to the
following on the 4th day of May, 2006.

D. Alan Thomas
Gregory L. Schuck
J. Brannon Maner
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484

Roger S. Morrow
Meredith Lee Tolar
Morrow, Romine & Pearson, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804

Michael L. Bell
J. Chandler Bailey
Derrick Mills
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street N.
Birmingham, AL 35203-3200

                                                           /s/ Michael G. Strickland
                                                           OF COUNSEL