


**Start:** **4000 Jonesboro Rd**
Union City, GA 30291-2260, US

**End:** **1 S Washington St**
Hayneville, AL 36040-2040, US

**Notes:**

PLAINTIFF'S EXHIBIT 1

WE KNOW HOTELS INSIDE AND OUT.
Find Deals in your Favorite Cities! GO!




| Directions | | Distance |
|---|---|---|
| **Total Est. Time:** 2 hours, 37 minutes | **Total Est. Distance:** 167.49 miles | |
| START | **1:** Start out going WEST on JONESBORO RD / GA-138 toward MILES TER. | 0.9 miles |
| SOUTH 85 | **2:** Merge onto I-85 S via the ramp on the LEFT toward MONTGOMERY. | 144.1 miles |
| SOUTH 65 | **3:** Merge onto I-65 S via the exit on the LEFT toward MOBILE. | 3.9 miles |
| WEST 80 | **4:** Merge onto US-80 W via EXIT 167 toward SELMA. | 11.0 miles |
| | **5:** Turn LEFT onto AL-21. | 7.3 miles |
| | **6:** Turn LEFT onto S WASHINGTON ST. | <0.1 miles |
| END | **7:** End at **1 S Washington St** Hayneville, AL 36040-2040, US | |
| **Total Est. Time:** 2 hours, 37 minutes | **Total Est. Distance:** 167.49 miles | |

Printer-friendly page sponsored by HP




**Start:**
**4000 Jonesboro Rd**
Union City, GA 30291-2260, US

**End:**
**1 S Washington St**
Hayneville, AL 36040-2040, US

MAPQUEST 0 300m 900ft Oakley Industrial Blvd Jonesboro Rd Morgan Rd Buffington Pl Buffington Dr Miles Ter START Buffington Rd Limestone Pl Rock Hill Ct Boulder Pass Flagstone Pl Lester Rd Hickory Lane Cir Hickory Lane Dr © 2006 MapQuest, Inc. ©2006 NAVTEQ




All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.


www.randmcnally.com

Back

Use the print feature in your browser to print this page.

**4000 Jonesboro Rd**
**Union City, GA 30291-2260**
to
**1 S Washington St**
**Hayneville, AL 36040-2040**







**Find it in the 2006 Road Atlas**

*Union City, GA*
- page 28, grid section F-4

*Hayneville, AL*
- page 5, grid section K-7

| Estimated Total Driving Time: | Estimated Total Driving Distance: | Total Number of Steps: |
|---|---|---|
| 2 hours, 50 minutes | 167 miles | 11 |

| Step | Directions | Distance |
|---|---|---|
| 1 | You are at 4000 Jonesboro Rd,Union City,GA. | |
| 2 | Go W on GA-138 (Jonesboro Rd) for 0.97 miles | 1 miles |
| 3 | Turn left on ramp to I-85 S (GA-403 S) | 0.3 miles |
| 4 | Continue on I-85 S (GA-403 S) | 143.6 miles |
| 5 | Bear left on ramp to I-65 S (US-82 E, AL-6 E) | 0.4 miles |
| 6 | Continue on I-65 S (US-82 E, AL-6 E) | 3.5 miles |
| 7 | Bear right onto off-ramp at exit 167 to US-80 W | 0.3 miles |

| | | |
|---|---|---|
| 8 | Continue onto US-80 W | 10.8 miles |
| 9 | Bear left onto AL-21 | 7.3 miles |
| 10 | Turn left onto Washington St | < 0.1 miles |
| 11 | You are at 1 S Washington St,Hayneville,AL | |

**Destination:** 1 S Washington St
Hayneville, AL 36040-2040




NAVTEQ ON BOARD

We hope that you find our maps and driving directions helpful and easy to use. The driving directions you get on randmcnally.com are our best suggestions based on our currently available data and routing calculations. It's always a good idea to consult a printed Rand McNally map or road atlas before you start your trip and to call ahead to verify locations and directions. Please drive safely and obey all local driving instructions.

You may find a route that you think is better than the one we recommend and on occasion you might find an error in our maps and driving directions. Please let us know if you do.

Please note that these driving directions are suggested. No warranty is given as to their content or route usability. randmcnally.com inc. and its suppliers assume no responsibility for any loss or delay resulting from such use.

Please let us know of any errors or omissions you find in our driving directions and maps, especially the names of towns and streets that we may have been unable to locate for you.
All rights reserved. Use subject to license.

© 2006 randmcnally.com inc

PLAINTIFF'S EXHIBIT 3

MAR 1 5 2003

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident No 4501113

Shaded Areas To Be Used by Data Processing Only

Sheet 1 of 2 Sheet(s) Microfilm No Local Case No:

## LOCATION AND TIME

Date: 03 / 07 / 2004 (Month Day Year) | Time: 10 : 20 AM | Day of Week: S | County: 45 | City: | Rural: X | 00

Highway Classification: ① Interstate; S – State; F – Federal; C – County; M – Municipal; P – Private Prop.; O – Other. Local Zone

On Street Road or Highway: Interstate 65 | At Intersection of or Between (Node 1): AL 185 | And (Node 2): Bishop Bottom Road

Street or Road Code: I065 | Node Code: 7125 | 7127 | Feet/Miles From Node 1 or 2 (Circle One)

Intersection Related: 1 Node 1; 2 Node 2; ⓝ Not Int Related | Mile Post: 142.00 | Control Access Hwy Loc: ① Main Rd; 2 Frontage Rd; 3 Interchange; 4 Entrance Ramp; 5 Exit Ramp; 6 N/A | Prime Contr Circms: 26 | Prime Contr Unit No: 1

First Harmful Event: 01 | Event Location: 2 | Distance to Fixed Object: N/A FT | No. of Vehicles: 1 | No. Pedestrians: 0 | No. Injured: 1 | No. Fatalities: 1 | Unit 1 Type: 3 | Unit 2 Type: 0

NON COLLISION EVENT: 01 - Overturned; 02 - First Explosion; 03 - Immersion; 04 - Gas Inhalation; 05 - Spill; 06 - Road/Bridge Collapsed; 07 - Jackknifed; 08 - Parts/Cargo Fell From Moving Vehicle; 09 - Trailer Hitch Came Loose; 12 - Other

COLLISION EVENT: 15 - Pedestrian(s); 20 - Non-parked Vehicle; 30 - Parked Vehicle; 35 - Train; 40 - Pedal Cyclist; 45 - Animal; 51 - Guardrail; 52 - Crash Cushion; 53 - Utility Pole; 54 - Non-breakaway Light; 55 - Tree; 56 - Fire Hydrant; 57 - Pier or Column; 59 - Non-breakaway Sign; 61 - Mailbox(es); 62 - Gas Line; 63 - Barricade; 64 - Bridge Rail; 65 - Culvert Headwall; 66 - Curbing; 67 - Retaining Wall; 68 - Median Barrier; 69 - Sideslope; 71 - Building; 72 - Fence; 73 - Boulder; 74 - Ditch; 75 - Overpass/Underpass; 76 - Other Fixed Object; 77 - Breakaway Sign; 78 - Manhole; 79 - Telephone Booth; 80 - Guy Wire; 81 - Breakaway Light; 82 - Overhead Object; 84 - Bridge Abutment; 87 - Animal with Rider; 90 - Foreign Material in Road; 93 - Pothole; 97 - None; 98 - Other

## UNIT 1

### DRIVER

Unit No: 1

Driver Full Name: Dora Parker Bernard | Street Address: 57 Diana Court | City and State: Jonesboro, Georgia | Zip: 30238 | Telephone No: 770 472-0613

DOB: 03 / 05 / 1945 | Race: B | Sex: F | DL State: GA | Driver License No.: 057850633 | DL Class: C | DL Status: C | List Restrictions Not Complied With: GA | CDL Status: N | List Endorsements Not Complied With: | Residence Less Than 25 Miles: No

Place of Employment: Unemployed | Liability Insurance Co.: Travelers | Social Security No: 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

Driver Condition: ① No Defect | Sobriety | Officer's Opinion: Alcohol: No; Drugs: No | Type Test Given: ① Blood Test | Test Results: .

Maneuver: 98 | Travel Road Name: Interstate 65 | Road Code: I065 | Travel Direction: S | Other Contr Circumstance: 27 | Prime Harm Event: 01 | Event Loc: 2

### VEHICLE

Veh Year: 2003 | Make: MITS | Model: MON | Body: NA | V.I.N.: JA4L521H43JOO1667 | License Tag Number: NONE | State: NA | Year: NA

Owner's Name: SAME AS DRIVER | Street or R F.D. | City | State | ZIP

Type: ③ Pick Up | Usage: ① Personal | Hazardous Cargo: ① None | Attachment: ① None | Contributing Defect: ⑨⑦ None | Circle areas Damaged On Diagram: 16; TOTALED

Placard: NA | Oversized Load (Req Permit): NA | If Yes, Did Owner Have Permit?: NA

Speed Limit: 70 MPH | Est. Speed: 76 MPH | Citation Offense Charged: NONE | Damage Severity: ③ Disabled | Vehicle Towed Away?: Yes | Occupants in Unit: 1 | Total Injuries in Unit: 1 | Enter Point of Initial Impact: 95

Vehicle Towed By Whom: GENE'S WRECKER SERVICE | To Where: GENE'S LOT FORT DEPOSIT, AL

## UNIT 2 — VEHICLE OR PEDESTRIAN

Unit No: X

(Driver and vehicle sections blank.)

## CODES

**Contributing Circumstances:** 01 - Improper Passing; 02 - Improper Lane Change/Usage; 03 - Improper Turn/U-Turn; 04 - Following Too Close; 05 - Misjudge Stopping Dist; 06 - Over Speed Limit; 07 - Avoid Object/Person/Veh; 08 - Unseen Object/Person/Veh; 09 - Improper Backing; 10 - Inop Traffic Control; 11 - Improper/No Signal; 12 - Failure to Heed Sign/Signal; 13 - Improper Driving-Environ; 14 - Road Defect; 15 - Vision Obstruction; 16 - Defective Equipment; 17 - DUI; 18 - Under Min Speed; 19 - Improper Load/Size; 20 - Improper Attachment; 21 - Fail to Yield Right-of-Way; 22 - Driver Condition; 23 - Wrong Side of Road; 24 - Veh Pushed/Towed by Veh; 25 - Veh Pushed by Person; 26 - Veh Left Road; 27 - Driver Not in Control; 28 - Load Shift; 29 - Parts/Cargo From Veh; 30 - Ped Violation; 31 - Veh Wgt/Hgt/Lngth; 32 - Ped Under Influence; 33 - Illegal/Improper Parking; 97 - None; 98 - Other; 99 - Unknown

**Driver Maneuver:** 01 - Go Straight Ahead; 02 - Pass on Left; 03 - Pass on 1-Way Street; 04 - Pass on Right; 05 - Go Straight—Left Turn Lane; 06 - Go Straight—Right Turn Lane; 07 - Change Lanes—Left; 08 - Change Lanes—Right; 09 - Merge—Left; 10 - Merge—Right; 11 - Wrong Side of Road; 12 - Wrong Way—1 Way; 13 - Right Turn; 14 - Left Turn; 15 - U-Turn; 16 - Start From Park; 17 - Start in Traffic; 18 - Slowing/Stopping; 19 - Stopped in Traffic; 20 - Avoid Object in Road; 21 - Exiting Private Road/Property; 60 - PedlCyc Ride with Traffic in Road; 61 - PedlCyc Ride with Traffic on Road; 62 - PedlCyc Ride Against Traffic in Rd; 63 - PedlCyc Ride Against Traffic off Rd; 64 - PedlCyc Ride Across Road; 65 - PedlCyc Ride in Bike Path; 70 - Enter Parked Position; 71 - Parked—Legally; 72 - Parked—Illegally; 81 - Backing; 86 - Pushed by Vehicle; 87 - Pushed by Pedestrian; 98 - Other; 99 - Unknown

**Pedestrian Action:** 01 - Cross/Enter—Intersection; 02 - Cross/Enter—Other; 03 - Walk in Road—With Traffic; 04 - Walk in Road—Against Traffic; 05 - Stand in Roadway; 06 - Get on/off Vehicle; 07 - Push/Work on Vehicle; 08 - In Road—Other Work; 09 - In-Road—Playing; 10 - In-Road Other; 11 - Not In Road; 98 - Other; 99 - Unknown

**Event Location:** 1 - On Roadway; 2 - Off Roadway; 3 - Median; 4 - Driveway; 5 - Private Road/Property; 6 In Intersection

## SEATING

Unit 1: 1 — Seat positions: 42 (1)

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment:

Unit 2: X

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment:

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Dora Parker Bernard | 57 Diana Court Jonesboro , GA 30238 | 1 | 1 | (K) | 59 | F | F | A |

Taken To: Bell's Funeral Home — Taken By: BELL'S FUNERAL HOME

N/A

Name / Address / Taken To / Taken By: (blank)

## CODES

Injury Type: K Killed; B Bruise/Abrasion/Swelling; A - Visible or Carried from Scene; C - Not Visible—Has Pain/Faint

Ejected: N - Not; F - Fully; P - Partially; T - Trapped; U - Unknown; A - Not Applicable

First Aid By: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

CODES — SAFETY EQUIPMENT: 01 - None Installed; 95 - Not Applicable; 99 - Unknown (Any Type)

Lap Belt Only: 11 - Fastened; 12 Not Fastened

Lap/Shoulder Harness: 21 - Lap Only Used; 22 - Neither Used; 23 - Shoulder Only Used; 24 - Both Used

Motorcycle Helmet: 31 - None Used; 32 - Used

Air Bags: 41 - Deployed, Belts Used; 42 - Not Deployed, Belts Used; 43 - Deployed, Belts Not Used; 44 - Not Deployed, Belts Not Used

Child Restraint: 81 - Child Restraint Used; 82 - Other Restraint Used; 83 - None Used

Pedal Cycle/Pedestrian: 91 Contrasting Clothing; 92 Non-contrasting Clothing

## NARRATIVE AND DIAGRAM

—SEE SUPPLEMENT—

Officer's Opinion of What Happened: -SEE SUPPLEMENT-

## ROADWAY ENVIRONMENT

N/A 1 ☐ ; N/A 2 ☒

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

Unit 1: 1 — Unit 2: (blank)

Contributing Road Defects: (4) 4 - None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other

Surface Construction: (1) 1 - Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other

Condition: (1) 1 - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other

Accident In Or Related To Road Construction Zone? Yes / (No)

Material In Roadway (Contributing): (1) 1 - None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other

Material Source: (1) 1 - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown

Character: (1) 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: (97) 97 - Not Obscured; 1 - Buildings; 2 - Signboards; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; (97) 97 - None; 98 - Other

Traffic Control Functioning: Yes / No / (N/A)

DOT Railroad Crossing No. N/A

Opposing Lanes Separated By: (97) 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 8 - Other Barrier

Trafficway Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; (4) 4 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More

One-Way Street: Yes / (No)

## INVESTIGATION

Light: (1) Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; 5 - Darkness—Road Lit

Weather: (1) Clear; 2 - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other

Locale: (1) Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other

Non-Vehicular Property Damage: (1) None Visible; 2 - Light; 3 - Moderate; 4 - Severe

Property Damage Description: N/A

Owner:

Address:

Time Police Notified (AM) 10 : 23 — Time Police Arrived (AM) 10 : 49 — Time EMS Arrived (AM) 10 : 35

Name of Photographer: TPR W.A. Wright, Jr. # 1053

| Witness Full Name | Address | Telephone |
|---|---|---|
| Derrick Lamar Hall | 2115 Magee Street Pritchard , Al 36610 | 251 343 - 3566 |
| N/A | | |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| TPR W.A. Wright, Jr | 1053 | AST0300 | [initials] |
| Name of Other Investigating Officers at Scene: N/A | | | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof

Signature of Investigating Officer: Tpr. W. A. Wright Jr #1053

Date 03-07-2004

ALABAMA
UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. 4501113

SHEET 2 OF 2 SHEET(S)

AST No. 34 Rev. 4/85

SUPPLEMENTAL SHEET

ADDITIONAL ACCIDENT VICTIMS

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | N/A | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |

ADDITIONAL NARRATIVE SPACE

DESCRIBE WHAT HAPPENED (Refer to vehicles by number)

Unit number one was traveling southbound on Interstate 65 within the inside lane. For reasons unknown unit number one swerved to the left at which time it entered into the unpaved grass median. As unit number one continued its movement, it then began to rotate in a clockwise direction out of control over turning approximately four times coming to final rest upright facing east. Between first roll over and final rest, the driver side door came open at which the driver was partially ejected. The driver was then cut in half from the waist down as the vehicle contacted the ground during roll over becoming fully ejected from the vehicle. The driver side seatbelt was buckled indicating the driver was wearing it at the time of the collision. There wasn't any additional evidence present on the scene indicating any other vehicles involvement. The distance traveled from first roll over to final rest is approximately 292 feet.




| Diagram Not to Scale = (10 feet) Diagram Scale 1 inch (20 feet) | Location | | Time | A.M. P.M. M.T. |
|---|---|---|---|---|
| | LOWNDES COUNTY | | 10:20 | |
| Signature of Reporting Officer(s) | Officer ID | Reporting Police Agency ORI | DATE Month / Day / Year | |
| [signature] | 1053 | AST0300 | 03 / 07 / 2004 | |




**RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT**

No.

Date MARCH 5th, 2004

Seller
DON JACKSON IMPORT CARS INC.
4000 JONESBORO RD.
UNION CITY GA 30291
"We" and "us" mean the Seller above, its successors and assigns.

Buyer
DORA P BERNARD
57 DIANA COURT
JONESBORO GA 30238
"You" and "your" mean each Buyer above, and guarantor, jointly and individually.

**SALE:** You agree to purchase from us, on a time basis, subject to the terms and conditions of this contract and security agreement (Contract), the Motor Vehicle (Vehicle) and services described below. The Vehicle is sold in its present condition, together with the usual accessories and attachments.

Description of Motor Vehicle Purchased — Year 2003 Make MITSUBISHI Model MONTERO SPOR — VIN JA4LS21H43J001667 — Lic. No./Year — ☐ New ☒ Used — Other:

Description of Trade-In 2000 MITSUBISHI GALANT 4A3AA46G7YE111797

**SECURITY:** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle, together called Property, and proceeds of the Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**PROMISE TO PAY AND PAYMENT TERMS:** You promise to pay us the principal amount of $ 22936.00, plus finance charges accruing on the unpaid balance at the rate of 13.69 % per year from today's date until maturity. Finance charges accrue on a 365 day basis. After maturity, or after you default and we demand payment, we will earn finance charges on the unpaid balance at 13.69 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the TRUTH IN LENDING DISCLOSURES. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

☐ **ADDITIONAL FINANCE CHARGE:** You agree to pay an additional, nonrefundable finance charge of $ N/A that will be ☐ paid in cash. ☐ added to the Cash Price. ☐ paid proportionally with each payment.

☐ **MINIMUM FINANCE CHARGE:** You agree to pay a minimum finance charge of $ N/A if you pay this Contract in full before we have earned that much in finance charges.

**DOWN PAYMENT:** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the ITEMIZATION OF AMOUNT FINANCED. ☐ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | FINANCE CHARGE — The dollar amount the credit will cost you. | AMOUNT FINANCED — The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS — The amount you will have paid when you have made all scheduled payments. | TOTAL SALE PRICE — The total cost of your purchase on credit, including your down payment of $ 500.00 |
|---|---|---|---|---|
| 13.69 % | $ 10818.32 | $ 22936.00 | $ 33754.32 | $ 34254.32 |

**Payment Schedule:** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 468.81 | MONTHLY, BEGINNING: APRIL 4th, 2004 |

**Security:** You are giving a security interest in the Motor Vehicle purchased.

☒ **Late Charge:** If a payment is more than 10 days late, you will be charged 5% OF PYMT OR $50 WHICHEVER IS LESS

**Prepayment:** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.
☐ If you pay off this Contract early, you will not be entitled to a refund of part of the Additional Finance Charge.

**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE:** Credit life, credit disability (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life:** Insured
☐ Single ☐ Joint Prem. $ N/A Term N/A

**Credit Disability:** Insured
☐ Single ☐ Joint Prem. $ N/A Term N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

Buyer d/o/b Buyer d/o/b

**PROPERTY INSURANCE:** You must insure the Property securing this Contract. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A. If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:
☐ $ N/A Deductible, Collision Coverage $ N/A
☐ $ N/A Deductible, Comprehensive Cov. $ N/A
☐ Fire-Theft and Combined Additional Coverage $ N/A
☐ $ N/A

**Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.**

☐ **SERVICE CONTRACT:** With your purchase of the Vehicle, you agree to purchase a Service Contract to cover N/A. This Service Contract will be in effect for N/A.

**ASSIGNMENT:** This Contract and Security Agreement is assigned to HOUSEHOLD AUTOMOTIVE FIN CORP., the Assignee, phone. This assignment is made ☐ under the terms of a separate agreement. ☒ under the terms of the ASSIGNMENT BY SELLER on page 2. ☐ This assignment is made with recourse.
Seller: By Date 03/05/2004

**ITEMIZATION OF AMOUNT FINANCED**

| | |
|---|---|
| Vehicle Price (incl. sales tax of $ 802.37) | $ 23029.00 |
| Service Contract, Paid to: * | $ N/A |
| Amount to Finance line e. (if e. is negative) | $ N/A |
| **Cash Price** | $ 23029.00 |
| Manufacturer's Rebate $ N/A | |
| Cash Down Payment $ 500.00 | |
| Deferred Down Payment $ N/A | |
| a. Total Cash/Rebate Down | $ 500.00 |
| b. Trade-In Allowance $ 11153.20 | |
| c. Less: Amount owing $ 11153.20 | |
| Paid to: NATIONAL AUTO FINANCE COMPANY | |
| d. Net Trade-In (b. minus c.) | $ N/A |
| e. Net Cash/Trade-In (a. plus d.) | $ 500.00 |
| Down Payment (e.; disclose as $0 if negative) | $ 500.00 |
| **Unpaid Balance of Cash Price** | $ 22529.00 |
| Paid to Public Officials - Filing Fees | $ 18.00 |
| Insurance Premiums* | $ N/A |
| Additional Finance Charge(s), Paid to Seller | $ N/A |
| To: | $ N/A |
| To: DON JACKSON IMPORT CARS INC. | $ 389.00 |
| To: | $ N/A |
| To: | $ N/A |
| **Total Other Charges/Amounts Pd. to Others** | $ 407.00 |
| Less: **Prepaid Finance Charges** | $ N/A |
| **Amount Financed** | $ 22936.00 |

*We may retain or receive a portion of this amount.

**NOTICE TO BUYER**

**Do not sign this agreement before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.**

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 AND 2 OF THIS CONTRACT AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS CONTRACT.**

Buyer: [signature] 03/05/2004
Signature DORA P BERNARD Date

Signature Date

Seller: By



Experė™ © 1982, 1995 Bankers Systems, Inc., St. Cloud, MN Form RS-SI-MV-GA 7/5/2000 MOTOR VEHICLE – NOT FOR MANUFACTURED HOMES




**From:** Internet Sales [internetsales@djmitsubishi.com]
**Sent:** Monday, March 29, 2004 1:53 PM
**To:** Michael Strickland
**Subject:** Re: Joel Hardy

1. WE SHIP CARS ALL OVER THE COUNTRY, TO CALIF, ARIZ, OHIO, NY, FLA ETC. BUT WE DO NOT HAVE PERMISSION FROM THE CUSTOMER TO GIVE OUT THAT INFO.


2. I HAVE IT IN BLACK

3. WE WOULD FED EX YOU THE PAPERWORK TO SIGN.. FED EX CERTIFIED CHECK OR TRANSFER ETC. WE DO THIS ALL THE TIME.

4. YOU CAN TAKE DELIVERY WHENEVER YOU DECIDE. WE WOULD SHIP IT AFTER ALL PAPERWORK IS SIGNED AND MONIES IN HOUSE.

> ----- Original Message -----
> **From:** Michael Strickland
> **To:** Internet Sales
> **Sent:** Monday, March 29, 2004 2:16 PM
> **Subject:** RE: Joel Hardy
>
> your price sounds workable. Just a few more questions.
>
> Do you have it in black?
>
> When could I take delivery if we can agree on the price with delivery?
>
> Would I fed ex a certified check or how would we do the money transfer and signing of the documents?
>
> I see that you say you don't have any references that you sold cars in Alabama but Does that mean that you have never delivered a car to somebody here, sold a car to somebody here OR that you just don't have a reference for a person here?
>
> Thanks,
>
> Michael
>
> -----Original Message-----
> **From:** Internet Sales [mailto:internetsales@djmitsubishi.com]

**Sent:** Monday, March 29, 2004 12:02 PM
**To:** Michael Strickland
**Subject:** Re: Joel Hardy

A MONTERO SPORT WITH MSRP OF $25,544.00 I CAN SELL YOU FOR $23,900.00 DELIVERED. YOU PAY TAX IN ALABAMA.

I DO NOT HAVE ANY REFERENCES WHERE WE SOLD CARS IN ALABAMA.

----- Original Message -----
**From:** Michael Strickland
**To:** sales@donjacksonmitsubishi.com
**Sent:** Monday, March 29, 2004 11:26 AM
**Subject:** Joel Hardy

Dear Mr. Hardy,

My wife forwarded the email that I sent concerning a Mitsubishi Montero Limited. I was actually inquiring about the **Sport** and must have clicked on the wrong location on the internet for the Limited.

What is the price for a fully loaded Sport?
I see that you can bring it on a roll back wrecker but due to the fact I am in Alabama and you are in Georgia (which has lower sales tax), can you give me some references of some people in Alabama that you have delivered cars to; that purchased from you; the price of the delivery and the out the door price of the Sport? I prefer Black.

Thanks
Michael

----- Original Message -----
**From:** Internet Sales <mailto:internetsales@djmitsubishi.com>
**To:** ewstrickland@knology.net <mailto:ewstrickland@knology.net>
**Sent:** Wednesday, March 24, 2004 7:44 AM
**Subject:** Re: TCM - Purchase Request

Michael,

Thank you for your inquiry on this vehicle.
1st - This vehicle is a demo. Our GM has been driving it up until now. It has approx 4000 miles on it. Are you still interested in a demo?
2nd - We can delivery this vehicle by "roll-back" wrecker if desired.
3rd - It is a Montero "Limited" not a Montero Sport. There is a lot of difference between the two. M36006 is the Montero and I believe that this is the vehicle you are inquiring about. It is also a 2003 New Vehicle not a 2004.

4th - The MSRP is $38,422.00. You can buy it for $33,300 delivered to your address.
If you are still interested or have any questions please let me know. My name is Joel Hardy and I am the Internet Manager here at Don Jackson Mitsubishi. We are located in Union City, Georgia.

----- Original Message -----
**From:** ewstrickland@knology.net <mailto:ewstrickland@knology.net>
**To:** sales@donjacksonmitsubishi Sent: Tuesday, March 23, 2004 10:06 PM Subject: TCM - Purchase Request First Name: MichaelLast Name: StricklandStreet Address: City: State: Zip: Daytime Phone: 334-269-3239Evening Phone: Best Time To Call: DaytimeEmail: <mailto:sales@donjacksonmitsubishi.com>ewstrickland@knology.net <mailto:ewstrickland@knology.net>
**Fax Number:**
**Bank or Credit Union:** Compass
**New Vehicle Information:**
VIN: JA4NW51SX3J041682
StockNumber: M36006
InventoryYear: 2003
InventoryMake: MITSUBISHI
InventoryModel: MONTERO
Color: SOLANO BLACK PEARL
Description:
Options: "Air Conditioning,Cruise Control,Keyless Entry System,Power Steering,Power Brakes,Aluminum/Alloy Wheels,Power Antenna,Premium Audio System,Bucket Seats,Heated Front Seats,Leather Seats,Split Folding Rear Seat,Third Seat,Power Windows,Privacy Glass,Power Moonroof,Alarm System,Power Driver Seat,Lighted Entry System,Digital Clock,Fog Lights,Power Door Locks,Exterior Spare Tire Carrier,Tilt Steering Wheel,Leather And Wood Steering Wheel,A tomatic Stability Control,Traction Control System,Center Console,Intermittent Wipers,Locking Differential,Luggage Rack,Rear Window Defroster,Rear Window Wiper,Running Boards,Skid Plates,Tachometer,Trip Computer,Four Wheel Anti-Lock Brakes,Four Wheel Drive,Turning Circle: 37.4',Traction Control,Stability Control,Passenger Airbag,Height 71.5",Length 190.2",Width 74.8",Maximum Seating: 7,39.8 Cubic Feet Luggage Capacity,Front Head Room: 39.8",Front Hip Room: 57.7",Front Leg Room: 42.3",Front Shoulder Room: 58.5",Rear Head Room: 38",Rear Hip Room: 55.5",Rear Leg Room: 35.2",Rear Shoulder Room: 57.5",92 Cubic Feet Maximum Cargo Capacity,23.8 Gallon Fuel Tank,Wheelbase: 109.7",Curb Weight: 4784 Lb,Gross Vehicle Weight Max: 6085 Lb,Ground Clearance: 8.6",Maximum Towing Capacity: 5000 Lb,Maximum Payload 1301 Lb,Built In Japan"
Price: 38422
CarTrim: LIMITED
Doors: 4
BodyStyle: 4DR UTILITY
Transmission:
Mileage: 5
**Tradein Vehicle Information:**
Year: 2004
Make:

Model:
Milea e:
Color:
**Time Frame:** Ready to Buy Now
**How Did You Find This Site:** Other
**Comments:**

I am interested in the above vehicle. Would you be able to deliver the vehicle to the Montgomery, Alabama area? Have you sold vehicles to people in my area, if so can you give me some refereces? If you have sold and delivered vehicles in my area, can you also give me a reference for the people that have purchased from you that live in Alabama and you have delivered their vehicle to them? What is the cost to me including delivery of the fully loaded 2004 montero sport, not the msrp. There will not be a trade in or financing. Thanks.

---

---

*Michael G. Strickland*

Strickland, Chancellor & Kendall, L.L.C.
P.O. Box 99
420 South Lawrence Street (36104)
Montgomery, Alabama 36101
334-269-3230
334-269-3239 (fax)
mgs@jurytrial.us