# EXHIBIT 6













