EXHIBIT 7

