IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENESA THOMAS, etc.,            )
                                 )
        Plaintiff,               )
                                 )
v.                               )     CIVIL ACTION NO. 2:06cv308-WHA
                                 )
MITSUBISHI MOTOR NORTH           )
AMERICA, INC., et al.,           )
                                 )
        Defendants.              )

## **ORDER**

Upon consideration of Plaintiff's Motion to Remand (Doc. #15), filed on May 4, 2006, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before May 30, 2006** why the motion should not be granted. The Plaintiff shall have **until June 6, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 8th day of May, 2006.


                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE