IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:06-CV-00308-DRB<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, IRVIN AUTOMOTIVE PRODUCTS INC., incorrectly referred to in the Complaint as "TAKATA NORTH AMERICAN INC.", by and through their respective counsel, as follows:

1. Takata North American Inc. is a named Defendant in the above-styled lawsuit. Takata North American Inc. no longer exists as it merged into Irvin Automotive Products Inc. ("Irvin Automotive") on May 31, 1990.

2. On April 5, 2006, Irvin Automotive joined in the filing of Notice of Removal in this lawsuit removing the case to the United States District Court for the Middle District of Alabama, Northern Division. On April 7, 2006, Irvin Automotive filed an Answer specifically stating that it did not design, assemble, manufacture, or install the restraint system in the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case.

3. Plaintiff's attorney agrees to dismiss without prejudice the Complaint[1] as to Irvin Automotive at this time as counsel for the Defendants have represented to Plaintiff's counsel that Irvin Automotive was in no way involved in the sale, design, manufacture, production or testing of the subject automobile or its component parts.

4. If Plaintiff's attorney should decide at any point during the pendency of this action that Irvin Automotive has some involvement with the 2003 Mitsubishi Montero Sport at issue and should be brought into the case, Plaintiff will be permitted to reserve the Complaint on Irvin Automotive by mailing to the undersigned counsel without Irvin Automotive being able to raise a Statute of Limitations defense or substantial similar defense.

5. This motion is being filed based upon the information contained herein and information contained in the attached affidavit as Exhibit "1."

**RESPECTFULLY** submitted:

Dated: 5/19/06

MICHAEL G. STRICKLAND (STR032)
Attorney for Plaintiff

**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

---

[1] Counsel of Record for Plaintiff and Counsel of Record for Irvin Automotive Products Inc. hereby agree that this Joint Stipulation of Dismissal applies to this civil action as filed in the Circuit Court of Lowndes County, Alabama, bearing case number CV-06-23, and as currently pending before the United States District Court for the Middle District of Alabama, Northern Division, bearing case number 2:06-CV-00308-DRB.

Dated: 5/22/06

_____
**D. ALAN THOMAS**      (ASB-8351-T77D)
**GREGORY L. SCHUCK**   (ASB-6885-C62G)
**J. BRANNON MANER**    (ASB-4616-S71M)
Attorneys for Defendant Irvin Automotive Products Inc.

**OF COUNSEL**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed, postage prepaid to the following on the __19__ day of __May__, 2006.

Michael L. Bell, Esq.
J. Chandler Bailey, Esq.
Derrick Mills, Esq.
Attorneys for DaimlerChrysler Corporation
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street N.
Birmingham, AL 35203-3200

Roger S. Morrow, Esq.
Meredith Lee Tolar, Esq.
Attorneys for Don Jackson Import Cars, Inc.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804

_____
Of Counsel