IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI MOTORS NORTH AMERICA, INC.; et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CASE NO. 2:06-CV-00308-DRB ) ) ) ) ) |

## AFFIDAVIT OF DONNELL B. F. CROTTY

**STATE OF MICHIGAN**

**COUNTY OF OAKLAND**

Before me on this day personally appeared Donnell B. F. Crotty who, after being duly sworn, stated as follows:

1. My name is Donnell B. F. Crotty. I am over the age of 21 years, have never been convicted of a felony and am competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit and all of the facts recited herein are true and correct.

2. I am the Director of Product Support for TK Holdings Inc. In that capacity, I am personally familiar with the corporate history and structure of TK Holdings Inc., as well as each of the U. S. Takata-affiliated entities with product sold in the United States. Further, I am familiar with the products designed, manufactured, tested, marketed, sold, distributed or assembled by all of the U. S. Takata-affiliated entities.

EXHIBIT 1

1

3. Takata North American Inc. no longer exists as it merged into Irvin Automotive Products Inc. ("Irvin Automotive") on May 31, 1990. Irvin Automotive is, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Michigan.

4. Irvin Automotive did not design, manufacture, market or sell the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case, or any seatbelt mechanism or any component parts, thereof.

5. Irvin Automotive did not aid, assist, direct, instruct or participate, either directly or indirectly, with any entity in the designing, manufacturing, marketing or selling of the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case, or any seatbelt mechanism or any component parts, thereof.

6. Irvin Automotive did not supply or furnish any parts, components or mechanisms for the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case, to Mitsubishi Motors North America, Inc., Mitsubishi Corporation, Takata Corporation, Takata Inc., Takata Restraint Systems Inc., Takata Seat Belts Inc., Don Jackson Import Cars, Inc., or to any other entity.

Further affiant saith not.

_____
On behalf of Irvin Automotive Products Inc.

SWORN AND SUBSCRIBED before me on this 1st day of May, 2006.

_____
Notary Public
My Commission expires: 7/31/08

DEANNA M. MEJIA
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 31, 2008
Acting in Oakland County