IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,<br><br>Defendants. | CASE NO. 2:06-CV-00308-DRB |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between Plaintiff and named Defendant Mitsubishi Corporation, by and through their respective counsel, as follows:

1. Mitsubishi Corporation is a named Defendant that has only specially appeared to join in and consent to the removal of this case but has otherwise not yet appeared in this action and will not be deemed by entering into this Stipulation to have made an appearance in this action.

2. Plaintiff's attorney agrees to dismiss without prejudice the complaint[1] as to Mitsubishi Corporation in lieu of requiring Mitsubishi Corporation to file an answer or otherwise make an appearance in the action at this time as counsel for the Defendants have represented to Plaintiff's counsel that Mitsubishi Corporation was in no way involved in the sale, design, manufacture, production or testing of the subject automobile or its component parts.

---

[1] Counsel of Record for Plaintiff and Counsel of Record for Mitsubishi Corporation hereby agree that this Joint Stipulation of Dismissal applies to this civil action as filed in the Circuit Court of Lowndes County, Alabama, bearing case number CV-06-23, and as currently pending before the United States District Court for the Middle District of Alabama, Northern Division, bearing case number 2:06-CV-00308-DRB.

3. If Plaintiff's attorney should decide at any point during the pendency of this action that Mitsubishi Corporation has some involvement with the 2003 Mitsubishi Montero Sport at issue and should be brought into the case, Plaintiff will be permitted to reserve the Complaint on Mitsubishi Corporation by mailing to the undersigned counsel and said firm will enter the initial appearance for Mitsubishi Corporation without Mitsubishi Corporation being able to raise a Statute of Limitations defense or substantial similar defense.

4. This motion is being filed based upon the information contained herein and information contained in the attached affidavit[2] as Exhibit "1."

**RESPECTFULLY** submitted:

Dated: 5/19/06

_____
MICHAEL G. STRICKLAND (STR032)
Attorney for Plaintiff

**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

Dated: 5/22/06

_____
D. ALAN THOMAS         (ASB-8351-T77D)
GREGORY L. SCHUCK   (ASB-6885-C62G)
J. BRANNON MANER    (ASB-4616-S71M)
Attorneys for Defendant Mitsubishi Corporation

---

[2] Counsel of Record for Plaintiff and Counsel of Record for Mitsubishi Corporation voluntarily agree to waive any notarization requirement regarding the Affidavit of Masao Miyamoto due to geographical difficulties and will consider such Affidavit in the above-styled lawsuit as though it was executed before a Notary Public.

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed, postage prepaid to the following on the ___ day of _____, 2006.

Michael L. Bell, Esq.
J. Chandler Bailey, Esq.
Derrick Mills, Esq.
Attorneys for DaimlerChrysler Corporation
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street N.
Birmingham, AL 35203-3200

Roger S. Morrow, Esq.
Meredith Lee Tolar, Esq.
Attorneys for Don Jackson Import Cars, Inc.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804

_____
Of Counsel