IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRENESA THOMAS as the | ) | |
| Administrator for the estate of | ) | |
| DORA PARKER BERNARD, | ) | |
| now deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-00308-DRB |
| | ) | |
| MITSUBISHI MOTORS NORTH | ) | |
| AMERICA, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MASAO MIYAMOTO

1.     My name is Masao Miyamoto. I am over the age of 21 years, have never been convicted of a felony and am competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit and solemnly affirm that all of the facts recited herein are true and correct.[1] I am aware that the facts set forth in this affidavit are considered as sworn testimony and that any knowingly false statement may be punishable by the penalty of perjury.

2.     I am a Member of the Board for Mitsubishi Corporation. In addition, my current position for Mitsubishi Corporation is Executive Vice-President, Group CEO, Machinery. I have been employed in this position for 11 months. I have worked at Mitsubishi Corporation for a total of 41 years.

---

[1] Counsel of Record for Plaintiff and Counsel of Record for Mitsubishi Corporation voluntarily agree to waive any notarization requirement regarding the Affidavit of Masao Miyamoto due to geographical difficulties and will consider such Affidavit in the above-styled lawsuit as though it was executed before a Notary Public.

1



3.  Mitsubishi Corporation is a general trading company. Mitsubishi Corporation did not design, manufacture, market or sell the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case, or any seatbelt mechanism or any component parts, thereof.

4.  Mitsubishi Corporation did not aid, assist, direct, instruct or participate, either directly or indirectly, with any entity in the designing, manufacturing, marketing or selling of the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case, or any seatbelt mechanism or any component parts, thereof.

5.  Mitsubishi Corporation did not supply or furnish any parts, components or mechanisms for the subject 2003 Mitsubishi Montero Sport (bearing VIN: JA4LS21H43J001667), which is at issue in this case, to Mitsubishi Motors North America, Inc., Takata Corporation, Takata North American Inc., Takata Inc., Takata Restraint Systems Inc., Takata Seatbelts Inc., Don Jackson Import Cars, Inc., or to any other entity.

Further affiant saith not.

Masao Miyamoto
Executive Vice-President
Group CEO, Machinery
Mitsubishi Corporation

**Signed** on this 10th day of May, 2006, before:

Nobuo Takahashi
(Witness)

Chihiro Wada
(Witness)