IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI MOTORS NORTH AMERICA, INC.; et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:06CV308-DRB <br> ) <br> ) <br> ) <br> ) <br> ) |

### AMENDED SPECIAL APPEARANCE AND JOINDER IN NOTICE OF REMOVAL OF MITSUBISHI CORPORATION

COMES NOW Defendant, MITSUBISHI CORPORATION[1], and appears specially before this Court for the sole and limited purpose of amending its prior "Special Appearance and Joinder in Notice of Removal[2]" as filed April 5, 2006, joining in and consenting to the removal of this cause. As grounds hereto, this Defendant shows unto the Court as follows:

1.  As shown by the Summons and Complaint filed by the Plaintiffs, Mitsubishi Corporation, is a Japanese corporation organized and existing under the laws

---

[1] On May 22, 2006, Defendant Mitsubishi Corporation entered into a Joint Stipulation of Dismissal whereby counsel for Plaintiff and counsel for Mitsubishi Corporation agreed to voluntarily dismiss this Defendant. The filing of this "Amended Special Appearance and Joinder in Notice of Removal of Mitsubishi Corporation" does not have any effect on the Joint Stipulation of Dismissal entered on behalf of Plaintiff and this Defendant.

[2] Mitsubishi Corporation seeks to amend its "Special Appearance and Joinder in Notice of Removal" filed on April 5, 2006, solely on the grounds that Mitsubishi Corporation was incorrectly referred to at times as "Mitsubishi Motors Corporation" in said document although the "Special Appearance and Joinder in Notice of Removal" was filed on behalf of Mitsubishi Corporation. (Attached hereto as Ex. "1"). To undersigned counsel's knowledge, Mitsubishi Motors Corporation is not a named defendant in this action and has not appeared specially or otherwise.

{01034278.1/1159-0089}

of the Nation State of Japan with its principal place of business in the Nation State of Japan.

2. As the Nation State of Japan is an original signator to the International Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"), service of process must comply with the requirements of the Hague Convention.

3. On April 5, 2006, Defendant Mitsubishi Corporation filed a Special Notice and Joinder in Notice of Removal. At that time, this Defendant had not been properly served, and was not required to join in and consent to the Notice of Removal. See Mask v. Chrysler Corporation, 825 F. Supp. 285 (N.D. Ala. 1993) aff'd, 29 F.3d 641 (11th Cir. 1994).

4. However, Mitsubishi Corporation, appeared specially and joined in and consented to the Notice of Removal.

5. Mitsubishi Corporation states that by so joining and consenting, it did not waive any defenses it may have, including improper service of process and lack of jurisdiction.

Done this 30th day of May, 2006.

Respectfully submitted,

/s/ J. Brannon Maner
D. Alan Thomas      (ASB-8351-T77D)
Gregory L. Schuck   (ASB-6885-C62G)
J. Brannon Maner    (ASB-4616-S71M)
MITSUBISHI CORPORATION

**OF COUNSEL**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

## CERTIFICATE OF SERVICE

On May 30, 2006, a copy of the foregoing was served by E-File notice on the following:

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

Michael L. Bell, Esq.
mbell@lfwlaw.com, lynnl@lfwlaw.com
J. Chandler Bailey, Esq.
cbailey@lfwlaw.com, dianca@lfwlaw.com
Derrick Mills, Esq.
dmills@lfwlaw.com
Attorneys for DaimlerChrysler Corporation
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street N.
Birmingham, AL 35203-3200

Roger S. Morrow, Esq.
rsmorrow@mrplaw.com, rogersec@mrplaw.com
Meredith Lee Tolar, Esq.
mltolar@mrplaw.com, wessec@mrplaw.com
Attorneys for Don Jackson Import Cars, Inc.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804

                                              /s/ **J. Brannon Maner**
                                                 Of Counsel