IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; MITSUBISHI CORPORATION; DAIMLER CHRYSLER CORPORATION; TAKATA CORPORATION; TAKATA NORTH AMERICAN, INC.; TAKATA, INC; TAKATA RESTRAINT SYSTEMS, INC.; TAKATA SEAT BELTS, INC.; DON JACKSON IMPORT CARS, INC.; et al.,<br><br>Defendants. | 2006 MAY 30  P 4: 08<br><br>CIVIL ACTION NO.: 2:06-cv-308 |

### DEFENDANT DON JACKSON IMPORT CARS, INC.'S JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND FILED BY DEFENDANTS, MITSUBISHI MOTORS NORTH AMERICA, INC., AND TAKATA CORPORATION

**COMES NOW**, the Georgia corporation, Defendant Don Jackson Import Cars, Inc., (hereinafter sometimes referred to as "Don Jackson"), appearing specially and specifically as to the issue of lack of personal jurisdiction of the Circuit Court of Lowndes County, Alabama, without submitting to the jurisdiction of this Court. Defendant Don Jackson hereby joins in the Opposition to Plaintiff's Motion to Remand filed by Defendants Mitsubishi Motors North America, Inc., and Takata Corporation, which was filed contemporaneously herewith. Defendant, hereby adopts, realleges and asserts as if fully set out herein the entire contents and all evidentiary submissions of Defendants Mitsubishi

Motors North America, Inc., and Takata Corporation's Opposition to Plaintiff's Motion to Remand.

Dated this the 30th day of May, 2006.

_____
ROGER S. MORROW (MOR032)


_____
MEREDITH L. TOLAR (TOL006)
ATTORNEYS FOR DEFENDANT
DON JACKSON IMPORT CARS, INC.


OF COUNSEL:
MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: 334-262-7707
Facsimile: 334-262-7742

2

Hon. J. Brannon Maner

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following parties of record at their proper mailing addresses, by depositing a copy of the same in the United States Mail, First Class, postage prepaid and affixed thereto; this the 30th day of May ,2006:

Hon. Michael G. Strickland
Hon. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 S. Lawrence Street
P.O. Box 99
Montgomery, AL 36101-0099
**Attorneys for Plaintiff**

Hon. D. Alan Thomas
Hon. Gregory L. Shuck
Hon. J. Brannon Maner
HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 S.
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
**Attorney for Defendants Mitsubishi Motors North America, Inc., and Mitsubishi Corporation**

Hon. J. Chandler Bailey
Hon. Derrick Mills
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
**Attorneys for Defendant Daimler Chrysler Corporation**

_____
OF COUNSEL