IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, now deceased,** )<br>)<br>)<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | CIVIL ACTION NO.: 2:06-cv-308 |
| ) | |
| **MITSUBISHI MOTORS NORTH AMERICA, INC.; MITSUBISHI CORPORATION; DAIMLER CHRYSLER CORPORATION; TAKATA CORPORATION; TAKATA NORTH AMERICAN, INC.; TAKATA, INC; TAKATA RESTRAINT SYSTEMS, INC.; TAKATA SEAT BELTS, INC.; DON JACKSON IMPORT CARS, INC.; et al.,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | |

*Received 2006 JUN -1 P 3:44, Debra P. Hackett, Clk, U.S. District Court, Middle District Ala.*

## MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT DON JACKSON IMPORT CARS, INC., AND FOR SUBSTITUTION OF COUNSEL

**COMES NOW** the undersigned attorneys and respectfully request this Honorable Court to enter an order allowing Roger S. Morrow, Meredith L. Tolar and the law firm of Morrow, Romine & Pearson, P.C., to withdraw as defense counsel and attorneys of record for Defendant Don Jackson Import Cars, Inc., in the above styled case. The undersigned attorneys represent to the Court that the Honorables D. Alan Thomas, Gregory L. Schuck, J. Brannon Maner, and the law firm of Huie, Fernambucq & Stewart, LLP, will file their Notice of Appearance on behalf of Defendant Don Jackson Import Cars, Inc., and will assume the representation and defense of Defendant Don Jackson Import Cars, Inc., with all future notices, pleadings, motions and orders to be served on D. Alan Thomas, Gregory

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following parties of record at their proper mailing addresses, by depositing a copy of the same in the United States Mail, First Class, postage prepaid and affixed thereto; this the ___1st___ day of ___June___, 2006:

Hon. Michael G. Strickland
Hon. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 S. Lawrence Street
P.O. Box 99
Montgomery, AL 36101-0099
**Attorneys for Plaintiff**

Hon. Chandler Bailey
Hon. Derrick Mills
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
**Attorneys for Defendant Daimler Chrysler Corporation**

Hon. D. Alan Thomas
Hon. Gregory L. Schuck
Hon. J. Brannon Maner
HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 S.
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
(Facsimile No.: 205-251-1256)
**Attorney for Defendants Mitsubishi Motors North America, Inc.; Mitsubishi Corporation; Irvin Automotive Products, Inc.; TK Holdings, Inc.; Takata Restraint Systems, Inc.; Takata Seat Belts, Inc.**

_____
OF COUNSEL

L. Schuck, J. Brannon Maner and the law firm of Huie, Fernambucq & Stewart, LLP.

Respectfully Submitted this ___1ST___ day of ___June___, 2006.

_____
ROGER S. MORROW (MOR032)


_____
MEREDITH L. TOLAR (TOL006)


**OF COUNSEL:**

**MORROW, ROMINE & PEARSON, P. C.**
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

2