IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**TRENESA THOMAS as the** )
**Administrator for the estate of** )
**DORA PARKER BERNARD,** )
**now deceased,** )
)
    **Plaintiff,** )
)
**v.** )    **CASE NO. 2:06-CV-00308-DRB**
)
**MITSUBISHI MOTORS NORTH** )
**AMERICA, INC.; et al.,** )
)
    **Defendants.** )

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between Plaintiff and named Defendant DaimlerChrysler Corporation, by and through their respective counsel, as follows:

1.    DaimlerChrysler Corporation is a named Defendant but has not yet appeared in this action and will not be deemed by entering into this Stipulation to have made an appearance in this action.

2.    Plaintiff's attorney agrees to dismiss without prejudice the complaint as to DaimlerChrysler Corporation in lieu of requiring Chrysler to file an answer or otherwise make an appearance in the action at this time as counsel for the Defendants have represented to Plaintiff's counsel that DaimlerChrysler Corporation was in no way involved in the sale, design, manufacture, production or testing of the subject automobile or its component parts.

3.    If Plaintiff's attorney should decide at any point during the pendency of this action that DaimlerChrysler Corporation has some involvement with the 2003 Mitsubishi Montero Sport at issue and should be brought into the case, Plaintiff will be permitted to reserve the complaint on DaimlerChrysler Corporation by mailing to the undersigned counsel and said firm will enter the initial appearance for DaimlerChrysler Corporation without DaimlerChrysler Corporation being able to raise a Statute of Limitations defense or substantial similar defense.

4.    This motion is being filed based upon the information contained herein and information

contained in the attached affidavit as Exhibit "1."

**RESPECTFULLY** submitted this __5__ day of ~~May,~~ June 2006.

MICHAEL G. STRICKLAND (STR032)
Attorney for Plaintiff

**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

One of the Attorneys for Defendant
DaimlerChrysler Corporation

**OF COUNSEL:**
Michael L. Bell (BEL007)
J. Chandler Bailey (BAI043)
Derrick A. Mills (MIL119)
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Phone: (205) 581-0700
Direct: (205) 581-0721
Fax: (205) 581-0799

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

D. Alan Thomas, Esq.
Gregory L. Schuck, Esq.
J. Brannon Maner, Esq.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

Roger S. Morrow, Esq.
MORROW, ROMINE & PEARSON, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804

/s/ Derrick A. Mills
Of Counsel