IN THE CIRCUIT COURT OF
LOWNDES COUNTY, ALABAMA

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>MITSUBISHI MOTOR NORTH AMERICA, INC.;   et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: CV-06-23 |

## AFFIDAVIT OF LOUANN VAN DER WIELE

**STATE OF MICHIGAN**

**COUNTY OF OAKLAND**

Before me on this day personally appeared Louann Van Der Wiele who, after being duly sworn, stated as follows:

1. My name is Louann Van Der Wiele. I am over the age of 21 years, have never been convicted of a felony and am competent to make this Affidavit. I have personal knowledge of the facts set forth in this Affidavit, and all of the facts recited herein are true and correct.

2. I am Assistant General Counsel -- Product Litigation and Discovery in DaimlerChrysler Corporation's Office of the General Counsel. I have held this position since December 2000. I have been employed in the Office of the General Counsel since 1989.

3. DaimlerChrysler Corporation did not design, engineer, manufacture, distribute, market or sell the 2003 Mitsubishi Montero Sport, which is at issue in this case.

EXHIBIT

4. DaimlerChrysler Corporation did not design, engineer, manufacture, distribute, market or sell the driver's seat belt system in the 2003 Mitsubishi Montero Sport, which is at issue in this case.

5. DaimlerChrysler Corporation did not design, engineer, manufacture, distribute, market or sell the driver's door latch system in the 2003 Mitsubishi Montero Sport, which is at issue in this case.

Further affiant saith not.

_[signature]_

**SWORN AND SUBSCRIBED** to before me on this 25th day of May, 2006.

_[signature]_
Notary Public, State of Michigan
My Commission Expires: _____

BEVERLY A. KELLY
Notary Public, Macomb County, Michigan
Acting in Oakland County, Michigan
My Commission Expires October 29, 2011