IN THE CIRCUIT COURT OF
LOWNDES COUNTY, ALABAMA

TRENESA THOMAS as the Administrator )
for the estate of DORA PARKER )
BERNARD, now deceased, )
)
    *Plaintiff,* )
)
v. )    **CASE NO.: CV-06-23**
)
MITSUBISHI MOTOR NORTH )
AMERICA, INC.; et al., )
)
    *Defendants*. )

## ORDER

This cause having come before this court on the Plaintiff and Defendant

DaimlerChrysler Corporation's Joint Stipulation of Dismissal of Defendant Defendant

DaimlerChrysler Corporation and upon the consideration of said Notice, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Defendant, DaimlerChrysler

Corporation, is hereby DISMISSED WITHOUT PREJUDICE with the right to re-file

pursuant to the Joint Stipulation of Dismissal.  The Plaintiff's claims against all other party

defendants shall remain pending.

    **DONE** this the _____ day of _____ 2006.


                                  _____
                                  Circuit Court Judge

cc:    Michael G. Strickland
       Derrick Mills
       Michael L. Bell
       D. Alan Thomas
       Roger S. Morrow