IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENESA THOMAS , as the Administrator    )
for the estate of DORA PARKER BERNARD,)
             Plaintiffs,    )
                                )
vs.    )    CIVIL ACTION NO.   2:06cv308-WHA
                                )    (WO)
MITSUBISHI MOTOR NORTH AMERICA, )
INC., *et al.* ,    )
                                )
            Defendants.    )

## **ORDER**

In accordance with the Memorandum Opinion entered on this date, it is hereby ORDERED as follows:

1. Defendant Don Jackson Import Cars, Inc.'s Motion to Dismiss and Motion to Quash Service of Process to Challenge in Personam Jurisdiction Over this Defendant (Doc. #11) is GRANTED without prejudice and Don Jackson Import Cars, Inc. is DISMISSED as a Defendant in this case.

2. The Motion to Remand, filed by the Plaintiff, Trensa Thomas, as Administrator for the estate of Dora Parker Bernard (Doc. #15) is DENIED.

Done this 19th day of June, 2006

                                                        /s/ W. Harold Albritton
                                                        W.  HAROLD ALBRITTON
                                                        SENIOR UNITED STATES JUDGE