IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -1 P 3:44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, now deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-308 |
| MITSUBISHI MOTORS NORTH AMERICA, INC.; MITSUBISHI CORPORATION; DAIMLER CHRYSLER CORPORATION; TAKATA CORPORATION; TAKATA NORTH AMERICAN, INC.; TAKATA, INC; TAKATA RESTRAINT SYSTEMS, INC.; TAKATA SEAT BELTS, INC.; DON JACKSON IMPORT CARS, INC.; et al., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT DON JACKSON IMPORT CARS, INC., AND FOR SUBSTITUTION OF COUNSEL

**COMES NOW** the undersigned attorneys and respectfully request this Honorable Court to enter an order allowing Roger S. Morrow, Meredith L. Tolar and the law firm of Morrow, Romine & Pearson, P.C., to withdraw as defense counsel and attorneys of record for Defendant Don Jackson Import Cars, Inc., in the above styled case. The undersigned attorneys represent to the Court that the Honorables D. Alan Thomas, Gregory L. Schuck, J. Brannon Maner, and the law firm of Huie, Fernambucq & Stewart, LLP, will file their Notice of Appearance on behalf of Defendant Don Jackson Import Cars, Inc., and will assume the representation and defense of Defendant Don Jackson Import Cars, Inc., with all future notices, pleadings, motions and orders to be served on D. Alan Thomas, Gregory

**MOTION GRANTED**

SO ORDERED
THIS _____ DAY OF _____, 20 06

_____
UNITED STATES DISTRICT JUDGE