IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv308-WHA |
| ) | |
| MITSUBISHI MOTOR NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Stipulations of Dismissal (Docs. #18, 19, 20, 21, 22, 25, 26, and 33) and for good cause shown, the Defendants Irvin Automotive Products, Inc. (incorrectly referred to in the Complaint as Takata North American, Inc.), Mitsubishi Corporation, Takata Seat Belts Inc., Takata Restraint Systems Inc., TK Holdings Inc. (incorrectly referred to in the Complaint as Takata Inc.), and DaimlerChrysler Corporation are DISMISSED without prejudice from this case. The case shall proceed against the remaining Defendants, Mitsubishi Motor North America, Inc. and Takata Corporation.

DONE this 27th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE