IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, now deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTOR NORTH AMERICA, INC.; MITSUBISHI CORPORATION; DAIMLER CHRYSLER CORPORATION; TAKATA CORPORATION; TAKATA NORTH AMERICAN, INC.; TAKATA, INC; TAKATA RESTRAINT SYSTEMS, INC.; TAKATA SEAT BELTS, INC.; DON JACKSON IMPORT CARS, INC.; et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:06-cv-308-DRB |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on **June 30, 2006** by telephone and was attended by:

    Michael G. Strickland of Strickland & Kendall, LLC, on behalf of Plaintiff; and

    J. Brannon Maner of Huie, Fernambucq & Stewart, LLP, on behalf of Defendant Mitsubishi Motors North America, Inc. ("MMNA"), referred to in the Complaint as Mitsubishi Motor North America, Inc., and Takata Corporation ("Takata").

2.  **Pre-Discovery Disclosures.**  The parties will exchange by **September 1, 2006**, the information required by Federal Rule of Civil Procedure 26(a)(1).

01042783.1/1159-0089

    3.    **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    A.    Discovery will be needed on the following subject areas:

        i.    The incident made the basis of this lawsuit;

        ii.    The design and manufacture of the occupant restraint system, door latch, crashworthiness and the handling and stability of the subject 2003 Mitsubishi Sport;

        iii.    Plaintiff's allegations of defect in the design, manufacture, and/or warnings which accompanied the subject 2003 Mitsubishi Sport; and

        iv.    Plaintiff's alleged injuries and damages.

    B.    All discovery will be commenced in time to be completed by **May 11, 2007**.

    C.    Maximum of **40** Interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed.

    D.    Maximum of **30** Requests for Admission by each party to any other party. Responses due 30 days after service unless otherwise agreed.

    E.    Maximum of **15** depositions by Plaintiff and **15** depositions by Defendant.

    F.    Each deposition limited to a maximum of **7** hours unless extended by agreement.

    G.    Reports from retained experts under Rule 26(a)(2) due from the Plaintiff by **January 5, 2007**, and Plaintiff shall submit those named experts for deposition on or before **February 16, 2007**. Reports from retained experts under Rule 26(a)(2) due from the Defendant by **March 16, 2007**, and Defendant shall submit those named experts for deposition on or before **April 27, 2007**.

      H.      Supplementations under Rule 26(e) are due no later than **30 days** before the close of discovery.

    4.    **Other Items.**

      A.      The parties **do not request** a conference with the Court before entry of the Scheduling Order.

      B.      The parties request a pretrial conference in **June, 2007**.

      C.      Plaintiff should be allowed until **December 1, 2006** to join additional parties and until **December 1, 2006** to amend the pleadings.

      D.      The Defendant should be allowed until **January 2, 2007** to join additional parties and until **January 2, 2007** to amend the pleadings.

      E.      All potentially dispositive Motions should be filed by **May 18, 2007**.

      F.      Settlement cannot be realistically evaluated prior to **May 11, 2007**, and may be enhanced by the use of the following alternative dispute resolution procedure: **Mediation**.

      G.      If a party plans to call a witness at trial by reading his/her deposition in that party's case-in-chief, counsel offering the testimony shall advise opposing of those portions of the deposition(s), or the deposition in its entirety, to be read to the jury no later than **28 days** before trial. Opposing counsel shall offer any counter designations and objections to those portions of the deposition designated by counsel offering the testimony no later than **14 days** before trial. Original designating counsel shall offer any objections to counter designations no later than **7 days** before trial.

      H.      All motions *in limine* are to be filed no later than **28 days** before trial. Responses to motions *in limine* are to be filed no later than **14 days** before trial.

      I.      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff and Defendant **fourteen (14) days** before trial.

      J.      Parties should have **seven (7) days** after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      K.      The case should be ready for trial for the **July 9, 2007** Civil Term and at this time is expected to take approximately **5-7 days.**

Respectfully submitted this 30th day of June, 2006.

                                                    s/ Michael G. Strickland
                                                  Michael G. Strickland    (STR032)
                                                  Blaine C. Stevens      (STE091)
                                                  Attorneys for Plaintiff

**OF COUNSEL:**
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099
(334) 269-3230
(334) 269-3239 (facsimile)

                                                  s/ J. Brannon Maner
                                                  D. Alan Thomas     (ASB-8351-T77D)
                                                    Gregory L. Schuck  (ASB-6885-C62G)
                                                    J. Brannon Maner   (ASB-4616-S71M)
                                                    Attorneys for Defendants,
                                                  Mitsubishi Motors North America, Inc. and Takata Corporation

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256