IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI MOTOR NORTH AMERICA, INC.; et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 2:06-CV-00308-DRB |

## NOTICE OF PROCEEDING

Defendants, MITSUBISHI MOTORS NORTH AMERICA, INC., incorrectly referred to in the Complaint as "Mitsubishi Motor North America, Inc.," and TAKATA CORPORATION to the extent required by Ala. Code § 6-6-227 (1975), hereby serve notice upon the Attorney General of the State of Alabama that they are challenging the constitutionality of the recovery of punitive damages, as more specifically set forth in the Answer filed by each above-stated party in the above-styled cause, which is attached hereto and incorporated herein by reference.[1]

Respectfully submitted,

s/ J. Brannon Maner
D. Alan Thomas      (ASB-8351-T77D)
Gregory L. Schuck   (ASB-6885-C62G)
J. Brannon Maner    (ASB-4616-S71M)
Attorneys for Defendants:
MITSUBISHI MOTORS NORTH AMERICA, INC.
TAKATA CORPORATION

---

[1] The previously filed Answer of Mitsubishi Motors North America, Inc. is attached hereto as Exhibit A. Likewise, the previously filed Answer of Takata Corporation is attached hereto as Exhibit B.

OF COUNSEL:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

On July 6, 2006, a copy of the foregoing was served via e-mail notice on the following:

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

A copy of the foregoing was served via U.S. Mail on the following:

Troy King, Esq.
Attorney General
State of Alabama
11 South Union Street
Montgomery, AL 36130

                                            s/ J. Brannon Maner
                                            Of Counsel