IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    CASE NO. 2:06-CV-00308-DRB |
| MITSUBISHI MOTOR NORTH AMERICA, INC.; et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR PROTECTIVE ORDER

COMES NOW Defendants, MITSUBISHI MOTORS NORTH AMERICA, INC., incorrectly referred to in the Complaint as "Mitsubishi Motor North America, Inc.," and TAKATA CORPORATION and move this Court to enter a Protective Order in this case and show unto the Court as follows:

1. The suit in question claims a product defect in a 2003 Mitsubishi Montero Sport (VIN: JA4LS21H43J001667). The incident in question occurred on March 7, 2004.

2. Irreversible prejudice would be rendered in this case if the automobile in question were sold, changed, altered, repaired, destructively tested or disposed of prior to the disposition of this litigation and prior to the disposition of the claims made by the Plaintiffs against these Defendants.

WHEREFORE, PREMISES CONSIDERED, these Defendants move this Court to enter an Order prohibiting the parties, the parties' representatives, attorneys, agents, witnesses, or any other person from disposing of, selling, repairing, altering, changing, destructively testing, or in

{01024334.1/1159-0089}

any way materially affecting the 2003 Mitsubishi Montero Sport made the basis of this suit or any parts, portions, or pieces thereof.

                                                Respectfully submitted,

                                                **s/ J. Brannon Maner**
                                                D. Alan Thomas    (ASB-8351-T77D)
                                                Gregory L. Schuck  (ASB-6885-C62G)
                                                J. Brannon Maner   (ASB-4616-S71M)
                                                Attorneys for Defendants:
                                                MITSUBISHI MOTORS NORTH AMERICA, INC.
                                                TAKATA CORPORATION

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

On July 6, 2006, a copy of the foregoing was served via e-mail notice on the following:

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcclone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

                                                **s/ J. Brannon Maner**
                                                Of Counsel