IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-CV-00308-DRB |
| MITSUBISHI MOTOR NORTH AMERICA, INC.; et al., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR PROTECTIVE ORDER

COMES NOW the Defendants, MITSUBISHI MOTORS NORTH AMERICA, INC., incorrectly referred to in the Complaint as "Mitsubishi Motor North America, Inc.," and TAKATA CORPORATION and request this Honorable Court to enter the attached Protective Order in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Respectfully submitted,

s/ J. Brannon Maner
D. Alan Thomas        (ASB-8351-T77D)
Gregory L. Schuck     (ASB-6885-C62G)
J. Brannon Maner      (ASB-4616-S71M)
Attorneys for Defendants:
MITSUBISHI MOTORS NORTH AMERICA, INC.
TAKATA CORPORATION

OF COUNSEL:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
{01024350.1}

Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

On July 6, 2006, a copy of the foregoing was served via e-mail notice on the following:

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099


**s/ J. Brannon Maner**
Of Counsel