IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>MITSUBISHI MOTOR NORTH AMERICA, INC.; et al., )<br><br>Defendants. ) | 2:06-CV-00308-WHA |

## ORDER ON MOTION AND PROTECTIVE ORDER

Pursuant to the unopposed *Motion for Protective Order* (Doc. 42, July 6, 2006), filed by defendants Mitsubishi Motors North America, Inc., et al., it is

**ORDERED** that the motion is GRANTED. Accordingly, upon consideration of the matters contained in the Defendants' motion, and for good cause shown, it is further

**ORDERED** that the Parties, the Parties' representatives, attorneys, agents, witnesses, or any other person or party are hereby prohibited from disposing of, selling, repairing, altering, changing, testing, or in any way materially affecting the subject 2003 Mitsubishi Montero Sport (VIN: JA4LS21H43J001667) made the basis of this suit or any parts, portions or pieces thereof.

If it is determined that destructive testing or any work that could potentially change or alter the vehicle is needed, the party contemplating the testing/work shall inform all other parties and provide a written protocol of the work/testing to be performed. No such testing/work will be allowed unless the parties come to an agreement on the protocol for the work/testing. Finally, no such

work/testing will be allowed unless any and all parties who wish to be present or have a representative present are allowed to be present and such work/testing will be performed at a mutually convenient time for the parties.

If an agreement cannot be reached by the parties regarding the protocol for any work/testing that may change, alter or destroy the subject vehicle or any component thereof, no such work/testing will be done without an Order from this Court.

Done this 10th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE