IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | )   CASE NO.: 2:06CV308-DRB ) |
| MITSUBISHI MOTOR NORTH AMERICA, INC.;  et al., | ) ) ) ) |
| *Defendants*. | ) |

## MOTION TO STAY OR EXTEND THE TIME FOR FILING AN APPEAL IN ORDER TO CONDUCT DISCOVERY

**COMES NOW** the Plaintiff and files this her Motion to Stay or Extend the Time for Filing an Appeal in Order to Conduct Discovery for the purpose of conducting discovery in taking the deposition of Don Jackson.

**RESPECTFULLY** submitted this 17th day of July, 2006.

/s/ Michael G. Strickland
**MICHAEL G. STRICKLAND (STR032)**

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
*Attorneys for Plaintiff*

**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing document was sent electronically to the following on the 17th day of July, 2006.

D. Alan Thomas
Gregory L. Schuck
J. Brannon Maner
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484

Roger S. Morrow
Meredith Lee Tolar
Morrow, Romine & Pearson, P.C.
122 S. Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804

/s/ Michael G. Strickland
OF COUNSEL