IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv308-WHA |
| ) | |
| MITSUBISHI MOTOR NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

This case is before the court on the Plaintiff's Motion to Stay or Extend the Time for Filing an Appeal in Order to Conduct Discovery (Doc. #46) and Plaintiff's Motion to Allow Discovery (Doc. #47), both filed on July 17, 2006.

The Plaintiff fails to point to any final appealable order which has been entered in this case, and a review of the file shows no final appealable order.  Therefore, it is hereby

ORDERED that the Motion to Stay or Extend the Time for Filing an Appeal in Order to Conduct Discovery is DENIED.

A scheduling order has been entered in this case and, therefore, discovery is authorized to be conducted in accordance with the *Federal Rules of Civil Procedure* without the entry of any order.  Accordingly,

The Motion to Allow Discovery is DENIED as moot.

DONE this 18th day of July, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE