IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:06-CV-00308-<br>) WHA-DRB<br>) |
| MITSUBISHI MOTOR NORTH AMERICA, INC.; et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANT MITSUBISHI MOTORS NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Mitsubishi Motors North America, Inc., incorrectly referred to in the Complaint as Mitsubishi Motor North America, Inc., files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Mitsubishi Motors North America, Inc. f/k/a Mitsubishi Motor Sales of America, Inc. is a nongovernmental corporate party to this action.

2. Mitsubishi Motors North America, Inc. is a wholly-owned subsidiary of Mitsubishi Motors Corporation.

Respectfully submitted, this 1st day of September, 2006.

/s/ J. Brannon Maner
J. Brannon Maner (ASB-4616-S71M)
One of the Attorneys for Defendant,
Mitsubishi Motors North America, Inc.

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

On September 1, 2006, a copy of the foregoing was served via e-mail notice on the following:

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

/s/ J. Brannon Maner
Of Counsel