## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TRENESA THOMAS as the**<br>**Administrator for the estate of**<br>**DORA PARKER BERNARD,**<br>**now deceased,** | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **v.** | ) **Civil Action No. 2:06-CV-00308-** |
| | ) **WHA-DRB** |
| | ) |
| **MITSUBISHI MOTOR NORTH**<br>**AMERICA, INC.; et al.,** | )<br>)<br>) |
| **Defendants.** | ) |

### DEFENDANT TAKATA CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Takata Corporation files this Disclosure Statement pursuant to

Federal Rule of Civil Procedure 7.1:

1.     Takata Corporation is a nongovernmental corporate party to this

action.

2.     Takata Corporation is not a subsidiary to any parent corporation.

3.     There is no publicly held corporation that owns 10% or more of

Takata Corporation's stock.

Respectfully submitted, this 1st day of September, 2006.

**/s/ J. Brannon Maner**

J. Brannon Maner (ASB-4616-S71M)
One of the Attorneys for Defendant,
Takata Corporation

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

On September 1, 2006, a copy of the foregoing was served via e-mail notice on the following:

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

/s/ **J. Brannon Maner**
Of Counsel

2