## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Thomas v. Mitsubishi Motor North America, Inc. et al

Case Number:  2:06-cv-00308-WHA

Referenced Docket Entry - *** Motion to Continue -  Doc. No. 55

The referenced docket entry was filed electronically with  ERROR  on ***January 16, 2007***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the wrong code was used for the docket entry.  Please DISREGARD this docket entry.  See doc. Entry 56 for correction.