Case 2:06-cv-00308-VPM-DRB    Document 39    Filed 06/30/2006    Page 1 of 4

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| TRENESA THOMAS, as the<br>Administrator for the Estate of<br>DORA PARKER BERNARD, now<br>deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTOR NORTH<br>AMERICA, INC.; MITSUBISHI<br>CORPORATION; DAIMLER<br>CHRYSLER CORPORATION;<br>TAKATA CORPORATION; TAKATA<br>NORTH AMERICAN, INC.; TAKATA,<br>INC; TAKATA RESTRAINT SYSTEMS,<br>INC.; TAKATA SEAT BELTS, INC.;<br>DON JACKSON IMPORT CARS, INC.;<br>et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 2:06-cv-308-DRB |

### REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on **June 30, 2006** by telephone and was attended by:

    Michael G. Strickland of Strickland & Kendall, LLC, on behalf of Plaintiff; and

    J. Brannon Maner of Huie, Fernambucq & Stewart, LLP, on behalf of Defendant Mitsubishi Motors North America, Inc. ("MMNA"), referred to in the Complaint as Mitsubishi Motor North America, Inc., and Takata Corporation ("Takata").

2.      **Pre-Discovery Disclosures.** The parties will exchange by **September 1, 2006**, the information required by Federal Rule of Civil Procedure 26(a)(1).

01042783.1/1159-0089



DEFENDANT'S
EXHIBIT
B

3.   **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

A.   Discovery will be needed on the following subject areas:

i.   The incident made the basis of this lawsuit;

ii.   The design and manufacture of the occupant restraint system, door latch, crashworthiness and the handling and stability of the subject 2003 Mitsubishi Sport;

iii.   Plaintiff's allegations of defect in the design, manufacture, and/or warnings which accompanied the subject 2003 Mitsubishi Sport; and

iv.   Plaintiff's alleged injuries and damages.

B.   All discovery will be commenced in time to be completed by **May 11, 2007**.

C.   Maximum of **40** Interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed.

D.   Maximum of **30** Requests for Admission by each party to any other party. Responses due 30 days after service unless otherwise agreed.

E.   Maximum of **15** depositions by Plaintiff and **15** depositions by Defendant.

F.   Each deposition limited to a maximum of **7** hours unless extended by agreement.

G.   Reports from retained experts under Rule 26(a)(2) due from the Plaintiff by **January 5, 2007**, and Plaintiff shall submit those named experts for deposition on or before **February 16, 2007**. Reports from retained experts under Rule 26(a)(2) due from the Defendant by **March 16, 2007**, and Defendant shall submit those named experts for deposition on or before **April 27, 2007**.

H.       Supplementations under Rule 26(e) are due no later than **30 days** before the close of discovery.

    4.    **Other Items.**

A.       The parties **do not request** a conference with the Court before entry of the Scheduling Order.

B.       The parties request a pretrial conference in **June, 2007**.

C.       Plaintiff should be allowed until **December 1, 2006** to join additional parties and until **December 1, 2006** to amend the pleadings.

D.       The Defendant should be allowed until **January 2, 2007** to join additional parties and until **January 2, 2007** to amend the pleadings.

E.       All potentially dispositive Motions should be filed by **May 18, 2007**.

F.       Settlement cannot be realistically evaluated prior to **May 11, 2007**, and may be enhanced by the use of the following alternative dispute resolution procedure:  **Mediation**.

G.       If a party plans to call a witness at trial by reading his/her deposition in that party's case-in-chief, counsel offering the testimony shall advise opposing of those portions of the deposition(s), or the deposition in its entirety, to be read to the jury no later than **28 days** before trial. Opposing counsel shall offer any counter designations and objections to those portions of the deposition designated by counsel offering the testimony no later than **14 days** before trial. Original designating counsel shall offer any objections to counter designations no later than **7 days** before trial.

H.       All motions *in limine* are to be filed no later than **28 days** before trial. Responses to motions *in limine* are to be filed no later than **14 days** before trial.

I.      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from

Plaintiff and Defendant **fourteen (14) days** before trial.

J.      Parties should have **seven (7) days** after service of final lists of witnesses and

exhibits to list objections under Rule 26(a)(3).

K.      The case should be ready for trial for the **July 9, 2007** Civil Term and at this

time is expected to take approximately **5-7 days.**

Respectfully submitted this 30th day of June, 2006.


|                               | s/ Michael G. Strickland   |            |
|-------------------------------|----------------------------|------------|
|                               | Michael G. Strickland      | (STR032)   |
|                               | Blaine C. Stevens          | (STE091)   |
|                               | Attorneys for Plaintiff    |            |

**OF COUNSEL:**
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099
(334) 269-3230
(334) 269-3239 (facsimile)


| s/ J. Brannon Maner |
|---|

D. Alan Thomas       (ASB-8351-T77D)
Gregory L. Schuck    (ASB-6885-C62G)
J. Brannon Maner     (ASB-4616-S71M)
Attorneys for Defendants,
Mitsubishi Motors North America, Inc. and Takata
Corporation

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

01042783.1/1159-0089                                  4