

From: Internet Sales [internetsales@djmitsubishi.com]
Sent: Monday, March 29, 2004 1:53 PM
To: Michael Strickland
Subject: Re: Joel Hardy

1. WE SHIP CARS ALL OVER THE COUNTRY, TO CALIF, ARIZ, OHIO, NY, FLA ETC. BUT WE DO NOT HAVE PERMISSION FROM THE CUSTOMER TO GIVE OUT THAT INFO.

2. I HAVE IT IN BLACK

3. WE WOULD FED EX YOU THE PAPERWORK TO SIGN.. FED EX CERTIFIED CHECK OR TRANSFER ETC. WE DO THIS ALL THE TIME.

4. YOU CAN TAKE DELIVERY WHENEVER YOU DECIDE. WE WOULD SHIP IT AFTER ALL PAPERWORK IS SIGNED AND MONIES IN HOUSE.

----- Original Message -----



From: Michael Strickland

To: Internet Sales

Sent: Monday, March 29, 2004 2:16 PM

Subject: RE: Joel Hardy

your price sounds workable. Just a few more questions.

Do you have it in black?

When could I take delivery if we can agree on the price with delivery?

Would I fed ex a certified check or how would we do the money transfer and signing of the documents?

I see that you say you don't have any references that you sold cars in Alabama but Does that mean that you have never delivered a car to somebody here, sold a car to somebody here OR that you just don't have a reference for a person here?

Thanks,

Michael

-----Original Message-----
From: Internet Sales [mailto:internetsales@djmitsubishi.com]
Sent: Monday, March 29, 2004 12:02 PM
To: Michael Strickland
Subject: Re: Joel Hardy

**A MONTERO SPORT WITH MSRP OF $25,544.00 I CAN**

SELL YOU FOR $23,900.00 DELIVERED. YOU PAY TAX IN ALABAMA.

I DO NOT HAVE ANY REFERENCES WHERE WE SOLD CARS IN ALABAMA.

----- Original Message -----

From: Michael Strickland

To: sales@donjacksonmitsubishi.com

Sent: Monday, March 29, 2004 11:26 AM

Subject: Joel Hardy

Dear Mr. Hardy,

My wife forwarded the email that I sent concerning a Mitsubishi Montero Limited. I was actually inquiring about the **Sport** and must have clicked on the wrong location on the internet for the Limited.

What is the price for a fully loaded Sport?

I see that you can bring it on a roll back wrecker but due to the fact I am in Alabama and you are in Georgia (which has lower sales tax), can you give me some references of some people in Alabama that you have delivered cars to; that purchased from you; the price of the delivery and the out the door price of the Sport? I prefer Black.

Thanks
Michael

----- Original Message -----
From: Internet Sales < mailto:internetsales@djmitsubishi.com >
To: ewstrickland@knology.net < mailto:ewstrickland@knology.net >
Sent: Wednesday, March 24, 2004 7:44 AM
Subject: Re: TCM - Purchase Request

Michael,
Thank you for your inquiry on this vehicle.
1st - This vehicle is a demo. Our GM has been driving it up until now.
It has approx 4000 miles on it. Are you still interested in a demo?
2nd - We can delivery this vehicle by "roll-back" wrecker if desired.
3rd - It is a Montero "Limited" not a Montero Sport. There is a lot of
difference between the two. M36006 is the Montero and I believe that
this is the vehicle you are inquiring about. It is also a 2003 New Vehicle
not a 2004.
4th - The MSRP is $38,422.00. You can buy it for $33,300 delivered
to your address.
If you are still interested or have any questions please let me know. My
name is Joel Hardy and I am the Internet Manager here at Don Jackson
Mitsubishi. We are located in Union City, Georgia.

----- Original Message -----
From: ewstrickland@knology.net < mailto:ewstrickland@knology.net >
To: sales@donjacksonmitsubishi Sent: Tuesday, March 23, 2004 10:06 PM Subject: TCM - Purchase Request First Name: MichaelLast Name: StricklandStreet Address: City: State: Zip: Daytime Phone: 334-269-3239Evening Phone: Best Time To Call: DaytimeEmail: <mailto:sales@donjacksonmitsubishi.com >ewstrickland@knology.net < mailto:ewstrickland@knology.net >
**Fax Number:**
**Bank or Credit Union:** Compass
**New Vehicle Information:**
VIN: JA4NW51SX3J041682
StockNumber: M36006
InventoryYear: 2003
InventoryMake: MITSUBISHI
InventoryModel: MONTERO
Color: SOLANO BLACK PEARL
Description:
Options: "Air Conditioning,Cruise Control,Keyless Entry System,Power Steering,Power Brakes,Aluminum/Alloy Wheels,Power Antenna,Premium Audio System,Bucket Seats,Heated Front Seats,Leather Seats,Split Folding Rear Seat,Third Seat,Power Windows,Privacy Glass,Power Moonroof,Alarm System,Power Driver Seat,Lighted Entry System,Digital Clock,Fog Lights,Power Door Locks,Exterior Spare Tire Carrier,Tilt Steering Wheel,Leather And Wood Steering Wheel,A tomatic Stability Control,Traction Control System,Center Console,Intermittent Wipers,Locking Differential,Luggage Rack,Rear Window Defroster,Rear Window Wiper,Running Boards,Skid Plates,Tachometer,Trip Computer,Four Wheel Anti-Lock Brakes,Four Wheel Drive,Turning Circle: 37.4',Traction Control,Stability Control,Passenger Airbag,Height 71.5",Length 190.2",Width 74.8",Maximum Seating: 7,39.8 Cubic Feet Luggage Capacity,Front Head Room: 39.8",Front Hip Room: 57.7",Front Leg Room: 42.3",Front Shoulder Room: 58.5",Rear Head Room: 38",Rear Hip Room: 55.5",Rear Leg Room: 35.2",Rear Shoulder Room: 57.5",92 Cubic Feet Maximum Cargo Capacity,23.8 Gallon Fuel Tank,Wheelbase: 109.7",Curb Weight: 4784 Lb,Gross Vehicle Weight Max: 6085 Lb,Ground Clearance: 8.6",Maximum Towing Capacity: 5000 Lb,Maximum Payload 1301 Lb,Built In Japan"
Price: 38422

CarTrim: LIMITED
Doors: 4
BodyStyle: 4DR UTILITY
Transmission:
Mileage: 5
**Tradein Vehicle Information:**
Year: 2004
Make:
Model:
Milea e:
Color:
**Time Frame:** Ready to Buy Now
**How Did You Find This Site:** Other
**Comments:**

I am interested in the above vehicle. Would you be able to deliver the vehicle to the Montgomery, Alabama area? Have you sold vehicles to people in my area, if so can you give me some refereces? If you have sold and delivered vehicles in my area, can you also give me a reference for the people that have purchased from you that live in Alabama and you have delivered their vehicle to them? What is the cost to me including delivery of the fully loaded 2004 montero sport, not the msrp. There will not be a trade in or financing. Thanks.

--------------------------------------------------
--------------------------------------------------

*Michael G. Strickland*

Strickland, Chancellor & Kendall, L.L.C.
P.O. Box 99
420 South Lawrence Street (36104)
Montgomery, Alabama 36101
334-269-3230
334-269-3239 (fax)
mgs@jurytrial.us