IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENESA THOMAS, etc..,                    )
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )     CIVIL ACTION NO. 2:06cv308-WHA
                                          )
MITSUBISHI MOTOR NORTH AMERICA,           )
INC., et al.,                             )
                                          )
                    Defendants.           )

## **ORDER**

This case is before the court on the Plaintiff's Motion for Status Conference (Doc. #61),

filed on January 24, 2007.  For good cause shown, the motion is GRANTED, and it is hereby

ORDERED that this case is set for a status conference on Wednesday, January 31, 2007,

at 11:00 a.m., in chambers.

DONE this 24th day of January, 2007.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE