IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENESA THOMAS , as the Administrator )
for the estate of DORA PARKER BERNARD,)
        Plaintiffs, )
         )
vs. )   CIVIL ACTION NO.  2:06cv308-WHA
         )
MITSUBISHI MOTOR NORTH AMERICA, )
INC., *et al.* , )
         )
        Defendants. )

## **ORDER**

    This case is before the court on the Plaintiff's Motions for Leave to File (Doc. #54), Motion to Amend/Correct Complaint (Doc. #56), and Motion to Continue (Doc. #57) . It is hereby ORDERED that the case is set for oral argument on these pending motions on Wednesday, January 31, 2007, at 11:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    The status conference previously set in this case will also be conducted in the courtroom at that time.

Done this 29th day of January, 2007.

                                         /s/ W. Harold Albritton
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE