IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | January 31, 2007 | AT: | 11:00 a.m. |
| DATE COMPLETED: | January 31, 2007 | AT: | 12:11 p.m. |

TRENESA THOMAS                )
                              )
                              )
vs.                           )   Case No. 2:06cv308-WHA
                              )
MITSUBISHI MOTOR NORTH AMERICA, et al.    )

APPEARANCES:

| PLAINTIFF | DEFENDANTS |
|---|---|
| Michael G. Strickland<br>Blaine Stevens | J. Brannon Maner |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Jimmy Dickens, Court Reporter<br>Lisa Harden, Law Clerk | Elna Behrman, Courtroom Deputy |

COURTROOM PROCEEDINGS

(x)   **MOTION HEARING**

Hearing commences.
Court identifies counsel for the record.
Court states motions will be taken up in the order they were filed.

Plaintiff argues the Motion for Leave to File Additional Expert Disclosure (Doc. #54).
Defendant responds to Plaintiff's argument.
Plaintiff replies.

Plaintiff argues Motion to Amend Complaint and Motion to Continue (Docs. #56 and 57).
Defendant responds.

Court takes up effect of the case of *City of Mobile vs. Hunter*.
After extensive discussion, the court states it will take all matters under advisement.
Court will allow the parties to file supplemental briefs within two weeks.

Neither side will go forward with discovery regarding experts until further order of the court.
Court states no deadlines will be enforced until a decision on the motions is made.
Court is adjourned.