AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

TRENESA THOMAS, etc.

V.

MITSUBISHI MOTOR NORTH AMERICA, INC.

**EXHIBIT LIST**

Case Number: 2:06cv308-WHA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. Harold Albritton | M. Strickland, B. Stevens | J. Brannon Maner |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| January 31, 2007 | Jimmy Dickens | Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 1/31/07 | | X | Copy of letter from De Martenson dated August 30, 2006 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages