FEB-07-2007 WED 02:53 PM LRS                             FAX NO.                        P. 02

1    87634-1 : n : 01/30/2007 : FC / th LRS2007-287
2
3
4
5
6
7
8    SYNOPSIS:         Under existing law, a person is required to
9              be licensed as an engineer or professional engineer
10             in order to practice engineering in this state.
11             Consultation, testimony, investigation, and
12             evaluation of engineering works and systems are
13             included in the definition of professional
14             engineering as the types of professional services
15             or creative work performed in the practice of
16             engineering.
17                     This bill would delete these forms of
18             services or creative work from the definition of
19             the practice of engineering.
20
21                              A BILL
22                          TO BE ENTITLED
23                             AN ACT
24
25            To amend Section 34-11-1 of the Code of Alabama
26   1975, relating to the licensing and regulations of the
27   practice of engineering in this state, to delete from the


DEFENDANT'S EXHIBIT

FEB-07-2007 WED 02:53 PM LRS                    FAX NO.                    P. 03

1  definition of the practice of engineering in this state,
2  consultation, testimony, investigation, and evaluation of
3  engineering works and systems as types of professional
4  services or creative work performed in the practice of
5  engineering.
6  BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
7      Section 1. Section 34-11-1 of the Code of Alabama
8  1975, is amended to read as follows:
9      "§34-11-1.
10     "For the purposes of this chapter, the following
11 words and phrases shall have the respective meanings ascribed
12 by this section:
13     "(1) BOARD. The State Board of Licensure for
14 Professional Engineers and Land Surveyors, provided for by
15 Section 34-11-30.
16     "(2) ENGINEER INTERN. A person who has qualified
17 under subdivision 2 of Section 34-11-4, and who, in addition,
18 has successfully passed an eight-hour written examination in
19 the fundamental engineering subjects as provided in Section
20 34-11-6, and who has been certified by the board as an
21 engineer intern.
22     "(3) ENGINEER or PROFESSIONAL ENGINEER. A person
23 who, by reason of his or her special knowledge of the
24 mathematical and physical sciences and the principles and
25 methods of engineering analysis and design, acquired by
26 engineering education and engineering experience, is qualified

```
 1    to practice engineering as hereinafter defined and has been
 2    licensed by the board as a professional engineer.
 3         "(4) LAND SURVEYOR INTERN. A person who has
 4    qualified under subdivision (4) of Section 34-11-4, has passed
 5    an examination in the fundamental land surveyor intern
 6    subjects, pursuant to this chapter, and who has been certified
 7    by the board as a land surveyor intern.
 8         "(5) LAND SURVEYOR or PROFESSIONAL LAND SURVEYOR. A
 9    person who has been duly licensed as a professional land
10    surveyor by the board established under this chapter, and who
11    is a professional specialist in the technique of measuring
12    land, is educated in the principles of mathematics, the
13    related physical and applied sciences, the relevant
14    requirements of law for adequate evidence and all requisites
15    for surveying of real property, and is qualified to practice
16    land surveying as defined in subdivision (8).
17         "(6) PRACTICE and OFFER TO PRACTICE. Any person
18    shall be construed to practice or offer to practice
19    engineering or land surveying, within the meaning and intent
20    of this chapter, who offers to or does as a profession
21    practice any branch of engineering or land surveying; or who
22    by verbal claim, sign, advertisement, letterhead, card or in
23    any other way represents himself or herself to be a
24    professional engineer or a professional land surveyor, or
25    through the use of some other title implies that he or she is
26    a professional engineer or a professional land surveyor; or
27    who represents himself or herself as able to perform or who
```

1   does perform any engineering or land surveying service or work
2   or any other service designated by the practitioner which is
3   recognized as engineering or land surveying.
4       "(7) PRACTICE OF ENGINEERING. Any professional
5   service or creative work, the adequate performance of which
6   requires engineering education, training, and experience in
7   the application of special knowledge of the mathematical,
8   physical, and engineering sciences to such services or
9   creative work as ~~consultation, testimony, investigation,~~
10  ~~evaluation,~~ planning, design, and design coordination of
11  engineering works and systems, planning the use of land and
12  water, performing engineering surveys and studies, and the
13  review of construction or other design products for the
14  purpose of monitoring compliance with drawings and
15  specifications; any of which embraces such services or work,
16  either public or private, in connection with any utilities,
17  structures, buildings, machines, equipment, processes, work
18  systems, projects, and industrial or consumer products;
19  equipment of a control, communications, computer, mechanical,
20  electrical, hydraulic, pneumatic, or thermal nature, insofar
21  as they involve safeguarding life, health, or property; and
22  including other professional services necessary to the
23  planning, progress, and completion of any engineering
24  services.
25      "a Design coordination includes the review and
26  coordination of those technical submissions prepared by
27  others, including, as appropriate and without limitations,

Page 4

1  consulting engineers, architects, landscape architects, land
2  surveyors, and other professionals working under the direction
3  of the engineer.
4      "b. Engineering surveys include all survey
5  activities required to support the sound conception, planning,
6  design, construction, maintenance and operation of engineered
7  projects, rights-of-way and easement acquisitions relative to
8  the centerline of the project. Engineering surveys may be used
9  to locate, relocate, establish, reestablish, layout or retrace
10 any road, right-of-way, easement or alignment relative to the
11 centerline of the project. Additionally, engineering surveys
12 may be performed to determine areas, volumes or physical
13 features of the earth, elevation of all real property,
14 improvements on the earth and the configuration or contour of
15 the surface of the earth or the position of fixed objects
16 thereon by measuring lines and angles and applying the
17 principles of mathematics. All engineering surveys shall
18 exclude the surveying of real property for the establishment
19 of any property line or land boundaries, setting of corners or
20 monuments, and the dependent or independent surveys or
21 resurveys of the public land survey system.
22     "c. The term shall not include the practice of
23 architecture except such architectural work as is incidental
24 to the practice of professional engineering; nor shall the
25 term include work ordinarily performed by persons who operate
26 or maintain machinery or equipment.

1    "(8) PRACTICE OF LAND SURVEYING. Professional
2    services, including, but not limited to, consultation, project
3    coordination, investigation, testimony, evaluation, planning,
4    mapping, assembling, and interpreting reliable scientific
5    measurements and information relative to the location, size,
6    shape, areas, volumes, or physical features of the earth,
7    improvements on the earth, the space above the earth, or any
8    part of the earth, and the utilization and development of
9    these acts and interpretation into an orderly survey map,
10   plan, report, description, or project. Project coordination
11   shall include the coordination of those technical submissions
12   as prepared by others. Notwithstanding the provisions of this
13   subdivision, the practice of land surveying shall exclude
14   functions unique to engineering as specified by rules of the
15   board. The practice of land surveying shall include, but is
16   not limited to, any one or more of the following:
17       "a. Locates, relocates, establishes, reestablishes,
18   lays out, or retraces any property line or boundary of any
19   tract of land or any road, right-of-way, easement, alignment,
20   or elevation of all real property whether or not fixed works
21   are sited or proposed to be sited on the property.
22       "b. Makes any survey for the subdivision of any
23   tract of land or for condominiums.
24       "c. Determines, by the use of the principles of land
25   surveying, the position for any survey, monument, or reference
26   point; or sets, resets, or replaces any such monument or
27   reference point.

FEB-07-2007 WED 02:55 PM LRS               FAX NO.               P. 08

```
 1              "d. Determines the configuration or contour of the
 2         surface of the earth or the position of fixed objects thereon
 3         by measuring lines and angles and applying the principles of
 4         mathematics or photogrammetry.
 5              "e. Geodetic surveying which includes surveying for
 6         determination of the size and shape of the earth both
 7         horizontally and vertically and the precise positioning of
 8         points on the earth utilizing angular and linear measurements
 9         through spatially oriented spherical geometry.
10              "f. Creates, prepares, or modifies electronic or
11         computerized data, including land information systems and
12         geographic land information systems, relative to the
13         performance of the activities in paragraphs a. to e.,
14         inclusive.
15              "(9) RESPONSIBLE CHARGE. Direct control and personal
16         supervision of engineering work or land surveying work."
17              Section 2. This act shall become effective
18         immediately following its passage and approval by the
19         Governor, or its otherwise becoming law.
```