IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS , as the Administrator   )<br>for the estate of DORA PARKER BERNARD,)<br>               Plaintiffs,                    )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>MITSUBISHI MOTOR NORTH AMERICA, )<br>INC., *et al. ,*                                     )<br>                                                          )<br>               Defendants.                    ) | CIVIL ACTION NO.   2:06cv308-WHA |

## ORDER

The parties in this case represent that they agree that proceeding with discovery regarding the experts who have been disclosed in this case would violate the Licensure Act, specifically *Alabama Code* § 34-11-1(7), and would be inconsistent with the Alabama Supreme Court's decision in *Board of Water and Sewer Com'rs of City of Mobile v. Hunter,* No. 1050067, 2006 WL 2089914, *8 (Ala. July 28, 2006).  The Defendants also have represented that there is a draft bill which may be offered during the March 2007 regular session of the Alabama legislature which would amend the Licensure Act and which would allow for testimony by the experts who have been disclosed in this case.  Finally, the parties have represented that they are in agreement that discovery other than expert discovery can proceed in this case irrespective of the Licensure Act and the *Hunter* decision.

Accordingly, it is hereby ORDERED that this case is STAYED as to expert discovery until the parties advise the court either that the regular legislative session which will begin in March 2007 has adjourned without resolution of these issues, or that the issues regarding expert testimony raised by the Licensure Act and the *Hunter* case have been resolved by legislation and signed by the Governor of the State of Alabama, whichever event occurs first.  At that time a

status conference will be conducted in this case. By the agreement of the parties, the stay of this case does not apply to discovery other than expert discovery. Accordingly, it is further ORDERED that non-expert discovery will proceed in accordance with the Uniform Scheduling Order.

This stay is granted only because both sides have requested it and is limited to the time set out herein. In the absence of a statutory "fix" during the upcoming regular legislative session, the stay will be lifted and the case will proceed.

Done this 26th day of February, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE