IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>MITSUBISHI MOTOR NORTH AMERICA, INC.;   et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 2:06CV308-B<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S RULE 26(2)(a)(b) EXPERT DISCLOSURES

**COMES NOW** the Plaintiff, by and through undersigned counsel, and reserves the right to call the following expert witnesses at the trial of this cause. Discovery is ongoing and Plaintiff reserves the right to supplement this list to identify any expert witnesses who may subsequently be discovered through discovery or the need for whose testimony may be revealed by subsequent discovery.

1. **KENNETH A. BROWN** -(Seatbelt/Restraint System) - Mr. Brown has experience in biomechanical engineering toward research and analysis of occupant restraint performance. Mr. Brown will testify as to the weaknesses in the design of the restraint system of the 2003 Mitsubishi Montero Sport which is the subject of this litigation. Mr. Brown will further testify as to alternative design for the 2003 Mitsubishi Montero Sport consistent with his report and deposition testimony not yet taken. Plaintiff has attached all Rule 26(2)(a)(b), *Federal Rules of Civil Procedure* information.

2. **PAUL LEWIS, JR., M.S.** - (Kinematics/Biomechanics) - Mr. Lewis is a biomedical engineer consultant. Mr. Lewis will provide analysis and conclusions relative to the kinematics and biomechanics involved with the death of Dora Bernard consistent with his report and deposition. Plaintiff has attached all Rule 26(2)(a)(b), *Federal Rules of Civil Procedure* information.

3. **RUDY LIMPERT, PHD** - (Mechanical Engineer/Braking System/Reconstruction) Dr. Limpert is a mechanical engineer, braking system expert and accident reconstructionist. Dr. Limpert will testify concerning his analysis and conclusion related to the crash of the 2003 Mitsubishi Montero Sport and braking system. Dr. Limpert will further testify to a design alternative



for the 2003 Mitsubishi Montero Sport and testify consistent with his report and deposition testimony not yet obtained. Plaintiff has attached all Rule 26(2)(a)(b), *Federal Rules of Civil Procedure* information.

**RESPECTFULLY SUBMITTED** this the 16th day of January, 2007.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
Attorney for Plaintiff

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
420 South Lawrence Street [36104]
Post Office Box 99
Montgomery, Alabama 36101-0099
334/269-3230
334/269-3239

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid, on this the 16th day of January 2007.

Christopher S. Rodgers, Esq.
J. Patrick Strubel, Esq.
Huie, Fernambucq & Stewart
Three Protective Center, Suite 200
2801 Highway 280, South
Birmingham, AL 35223-2484

/s/ Blaine C. Stevens
OF COUNSEL