

**Forensic Safety Group**

2935 Byberry Road, Hatboro, PA 19040-2815    PHONE 215.675.3800    FAX 215.675.1874

January 16, 2007

Michael G. Strickland, Esquire
Strickland & Kendall, LLC
420 South Lawrence Street
PO Box 99
Montgomery, AL 36101

    Re:    *1182-004 Bernard v. Mitsubishi*
           United States District Court for the Middle District of Alabama, Northern Division
           Civil Action No. 2:06cv308-WHA
           D/L: 03/07/2004

Dear Mr. Strickland,

Thank you for the opportunity to assist you with the technical analysis of this matter. I have completed my preliminary review and offer the following opinions. I reserve the right to supplement this report as new information is introduced.

The opinions presented in this report are proffered with a reasonable degree of scientific certainty and are based on my review and analysis of various documents and inspection of the subject vehicle and driver's restraint system. The opinions are also based on my education, background, knowledge, and experience in the fields of occupant crash protection, crash safety and crash survival. They were developed using scientific and engineering methodologies generally accepted in the automotive industry.[1,2,3] I have worked in the research, evaluation, and testing of occupant restraint systems, seats, and crash protection devices for approximately 15 years. My testing and research have been performed with both anthropomorphic test devices (ATDs) and live human subjects. As such, I am intimately familiar with the theory and operation of occupant seating and restraint systems and their components, the requirements and criteria for their design and implementation, and the techniques and processes for evaluating their performance and injury potential. I have authored peer-reviewed publications concerning occupant seating and restraint systems.

---

[1] Whitman, G.R., Brown, K.A., Cantor, A., et al., *Booster-with-Shield Child Restraint Case Studies*. SAE 973307, Second Child Occupant Protection Symposium (A special joint session sponsored by Stapp, AAAM, and IRCOBI), Lake Buena Vista, FL, November 1997.
[2] Moffatt, C.A., Moffatt, E.A., Weiman, T.R., *Diagnosis of Seat Belt Usage in Accidents*, SAE 840396, 1984.
[3] Henderson, M., *Children In Car Crashes: An In-depth Study of Car Crashes in which Child Occupants were Injured*, Motor Accident Authority, New South Wales, June 1994.



Michael G. Strickland, Esquire
January 16, 2007
Page 2

## Background:

According to the Alabama Uniform Traffic Accident Report, on March 7, 2004 at approximately 10:20 AM Dora Parker Bernard was driving her 2003 Mitsubishi Montero Sport southbound on I-65. For reasons unknown to the investigating officer, her vehicle left the roadway to the left, entering the grassy median and precipitating a multiple rollover event. The driver's door opened during the rollover events, and Ms. Bernard was partially ejected from the vehicle. The police report further describes that her body was cut approximately in half and was ultimately ejected from the vehicle. Ms. Barnard's injuries resulted in her death.

The police also notes that the subject driver's seat belt was found fastened following the crash "…indicating the driver was wearing it at the time of the collision."

## Information Reviewed:

I reviewed the following information as part of my analysis of this matter. In addition, I rely upon my experiences in the fields of occupant crash protection, kinematics, and automotive testing.

- Police information
  - Alabama Uniform Traffic Accident Report No. 4501113, 3/7/04
- Medical records
  - Loundes County Health Department Certification of Death, by Betty J. Howard, 3/12/04
- Legal documents, including:
  - Complaint in the Circuit Court of Loundes County, Alabama: Bernard, et al. v. Mitsubishi, et al.; Case No. CV-06-23
  - Sworn Statement of Ray Cantrell, 3/18/04
  - Report of Parties' Planning Meeting, submitted 6/29/06
  - Uniform Scheduling Order, filed 7/5/06
  - Discovery documents produced by Defendants
- Photographs, including:
  - Color Photographs of subject vehicle by K. Brown (125), 3/29/06
  - Color Photographs of accident scene
  - Color Photographs of subject vehicle
  - Color Autopsy/Post-Mortem Photographs of Ms. Bernard
  - Color Photographs of fit check with surrogate for Ms. Bernard in exemplar Mitsubishi
- Other expert consultation and reports
  - Consultation with Rudy Limpert, Ph.D.
  - Consultation with Paul Lewis, Jr.



Michael G. Strickland, Esquire
January 16, 2007
Page 3

- o Notes from surrogate fit check measurements in exemplar and subject vehicles

Other information
- o VinLINK Report for subject vehicle, 12/29/05
- o CARFAX Vehicle History Report, 12/29/05
- o Published crash test results for Mitsubishi Montero and Montero Sport
- o Georgia Certificate of Title
- o Non-Leased Vehicles Odometer Disclosure Statement

49 CFR Part 571 Federal Motor Vehicle Safety Standards, including
- o FMVSS 207 Seating Systems
- o FMVSS 208 Occupant Crash Protection
- o FMVSS 209 Seat Belt Assemblies
- o FMVSS 210 Seat Belt Assembly Anchorages

Exemplar seat belt restraint:
- o Takata Corporation
- o Model: TK-AB2-N668
- o ID No. 5G22
- o Mitsubishi Part No. MR595301HA

Exemplar seat belt buckle:
- o Takata Corporation
- o Mitsubishi Part No. MR306262

Anthropomorphic estimates for Ms. Bernard

Other Similar Incident data:
- o Texas fatal crash accident report for November 6, 2005 crash of a 2002 Mitsubishi Montero Sport (VIN: JA4LS21H12J064076)
- o Color photographs of crash scene, including those of the vehicle, site and decedent

In addition to the above materials, we have inspected the subject Mitsubishi Montero Sport and calculated approximate anthropomorphic dimensions for Ms. Bernard.

## Reported Injuries:

According to the brief medical records reviewed, Ms. Bernard sustained fatal blunt force injuries. Photographs from the scene and during post-mortem examination clearly show her bisected torso.

Refer to findings and conclusions of Paul Lewis, Jr. for further biomechanical analysis of the injuries.


Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 4

## SUMMARY OF FINDINGS

1. Ms. Bernard was the restrained driver of the subject Mitsubishi Montero Sport when it left the roadway and was involved in the multi-roll crash event. The police report and available evidence indicates that she was properly wearing the available lap and shoulder restraint system at the onset of the crash events.

2. According the Dr. Rudy Limpert, the vehicle started a driver's side leading rollover event that produced 3 to 5 total rolls.

3. According to Mr. Lewis, the crash was within the range of occupant protection for a properly designed and functioning seating and restraint system. The occupant compartment for the driver was found to be predominantly intact. The fit check clearances demonstrate adequate space to ride down the crash for an occupant of Ms. Bernard's size if were well restrained in the driver's seat.

4. The driver's door opened during this crash, providing both a portal for Ms. Bernard's ejection and much increased seat belt loading to her body as she moved further from the vehicle center of rotation. The door later closed and remained closed throughout my inspection. Early post crash photographs show fabric from Ms. Bernard's pants caught between the door and vehicle frame around the door. Likewise, there is evidence on the driver's seat belt that it had been closed in the door.



Figure 1: Post crash photo shows pants material stuck in door frame

*Forensic Safety Group*

Michael G. Strickland, Esquire
January 16, 2007
Page 5


Figure 2: Evidence of belt in door


Figure 3: Same as Fig. 2 but opposite side

5. The available restraint system included a seat belt, but it also required the integrity of the vehicle structure to keep her within the relatively safe confines of the vehicle. The seat belt portion of this restraint system consisted of a 3-point lap and shoulder belt restraint, manufactured by Takata Corporation. The retractor design included a pretensioner, but there was no rollover or side acceleration sensor to activate the device. [The restraint system is currently in the vehicle with the reel locked. It has not been removed, nor has any electronic been downloaded to determine if the pretensioner deployed during this crash.] The design does not include a web clamp to limit webbing payout after the retractor is locked.

6. The outboard seat belt anchorages were mounted to the vehicle frame. The inboard seat belt buckle was mounted to the seat structure. Inspection of the subject vehicle showed deformation of the buckle and outboard shoulder belt anchorages during the crash event.

7. The shoulder anchorage (D-ring) was deformed downward due to roof and B-pillar crush during the crash.

Forensic Safety Group



Figure 4: Displacement of D-ring inboard and downward

8. The fit check of a surrogate for Ms. Bernard yielded seat belt lengths that demonstrate the slack induced in the system by the D-ring deformation.

9. The seat belt webbing was found bunched and jammed in the front of the D-ring slot. There was some webbing deformation for approximately 4 inches back toward the retractor from the D-ring, and the retractor remained locked throughout my inspection.

10. The buckle, buckle stalk and corresponding seat anchorage were deformed outward toward the open driver's door. This had to occur after the door opened and after Ms. Bernard's body moved outboard from her normal seated position.



Figure 5: Overhead view shows buckle anchorage deformation

Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 7

11. The balance of the seat belt loads between lap and shoulder portions were controlled by a free-sliding latchplate, which failed to limit the belt lengths and contributed to Ms. Bernard's fatal belt injuries. Evidence of heavy latchplate abrasions on the seat belt and latchplate show approximately 14 inches of slack in the lap belt under heavy load. The apparent biological evidence on the seat belt is clear in the lap belt portion.



Figure 6: Webbing abrasions with material transfer



Figure 7: Driver's latchplate shows heavy pass-through abrasions

12. Occupant restraint in the subject crash requires a combination of proper seat belt design and function along with retention of the door structure. The capability of this system to prevent fatal injuries is greatly diminished once the integrity of the door was breached.

13. Without intact door structure during this rollover event, the remaining restraint components need to tightly couple the occupant to the seat, prevent slack from entering



Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 8

the lap portion and keep the webbing on the stronger bony areas of the body like the pelvis and shoulder.

14. The compressible seat bottom design and location of the seat belt anchorages contributed to the intolerable seat belt loads being applied above Ms. Bernard's pelvis and on the upper portion of her neck, just below her jaw.

15. The technology to provide a restraint system capable of protecting an occupant from this fatal injury in a crash of this magnitude was readily available to Mitsubishi when this vehicle was designed and manufactured. Ford and Volvo both used advanced roll sensors and deployable devices to keep occupants inside and off the roof rails of their sport utility vehicles of this model year.

16. Had Ms. Bernard been provided a properly designed and manufactured occupant restraint, she would not have been exposed to the fatal injury mechanisms described by Mr. Lewis as occurring during her ejection. Her risk of serious or fatal injury mechanisms inside the vehicle would have been greatly reduced as described in the technical literature for decades.

## BASIS FOR FINDINGS

Partial inspection notes of the subject 2003 Mitsubishi Montero Sport on March 29, 2006:

- Vehicle is a dark-blue-colored Mitsubishi Montero Sport ES four-door sport utility vehicle. The stock number of Weil Wrecker is No. 4045W.

- There are multiple kinks at the upper driver's side D-pillar stiffeners which may be indicative of the stiffener ending approximately six inches forward from the rear-most portion of the roof rail. Note that this is also the most significant lateral intrusion point for the driver's side roof which did move in laterally above the left side occupant's head during the crash. The driver's position is the most intact with lateral motion of the roof estimated to be less than six inches.

- The front seats are individual bucket seats with a center console raised with a storage bin armrest lid. Vehicle transmission is automatic with the shifter on the floor. That shifter is currently in park. Starting at the driver's location I see the driver's seat belt is fastened into the buckle and is lying across the seat with slack. The webbing is bunched at the B-pillar and the seat itself appears to be leaning outboard toward the apparent exit point for the driver. The driver's foot well is intact and steering wheel appears in plane.


Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 9



Figure 8: Driver's seat deformed outboard

- The roof liner above the driver shows multiple stains and cavities that I will further inspect as I get inside the vehicle. The roof rail has definitely come down and in toward where the driver's head would be positioned. Note that she was not a very tall driver which would have helped her had she remained in the vehicle properly restrained.

- Right front seating position was reportedly unoccupied. The seat belt is stowed on the B-pillar and appears to have retracted some since there is not slack after the B-pillar and D-ring collapsed downward into the occupant's space. The seat itself is in good shape with the adjustable head restraint bent down from the collapsing roof structure. Glove box door is open and the foot well appears intact.

Results of Fit Check

Paul Lewis, Jr. performed a fit check of a surrogate for Ms. Bernard in both the subject vehicle and an exemplar. His photographs and measurements clearly demonstrate that the subject shoulder belt is bunched in the D-ring in a location consistent with the belt length needed in an undamaged exemplar seating and restraint system.

The floor anchor to latchplate distance for the surrogate was approximately 38 inches in the exemplar vehicle. The heavy abrasions found on the subject belt indicate that tremendous slack was introduced into the lap belt during the Bernard crash. This shows the necessity for lap anchors to the seat and a method of limiting webbing pass-through to the lap, given the open door. Some methods used by manufacturers prior to the manufacture of this vehicle include integrated restraints, in which all seat belt anchors were mounted to the seat. DaimlerChrysler, Ford and General Motors all employed such designs.

Cinching latchplates would have eliminated the pass-through slack and were used by many automotive and commercial aviation restraint manufacturers at that time.


Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 10

### Discussion:

The ability of a restraint system to protect an occupant in a crash depends on a number of factors, including:

- Crash severity,
- Crash direction,
- Occupant anthropomorphic dimensions,
- Specific restraint system design, and
- Any intrusion of the vehicle or other objects into the occupant's survivable volume.

The restraint system in the subject 2003 Mitsubishi was defectively designed and unreasonably dangerous to occupants such as Ms. Bernard. The system relied upon the door structure in a manner that made the seat belt the clear mechanism for her fatal injuries instead of the life-saving and injury-reducing device it should be.

We have received little data relating to the design specifications for the subject seat belt restraint. Legal documents produced by Takata state that the subject restraint system webbing elongation was 5 – 7 % at some unspecified load, but they do not indicate the force deflection characteristics of the total system. They also failed to clearly specify whether the load-limiting characteristics mentioned for earlier models of the platform restraint system carried over. Such information may have been included in documents referenced by Takata, but they were not produced for my review.

The subject crash occurred at high speed and thus had to dissipate a significant amount of kinetic energy during the crash. Conversely, the apparent accelerations were low when compared to a high-speed crash into another vehicle or a fixed object since this crash scrubbed off speed during the rolls through a relatively soft median. Acceleration is a time-dependent vector, and thus the longer it takes for a crash event to be completed, the lower the accelerations, given the same initial velocity.

Some level of occupant submarining occurred during this crash, as evidenced by the seat belt interaction with Ms. Bernard's body. The trauma pattern caused by the lap belt clearly occurred above the relatively strong pelvis, and the shoulder belt apparently loaded her neck, just below her jaw line. The submarining was induced by a number of factors, including the door opening, compression of the outboard seat bolster, outboard lap anchorage location off the seat, no control of the lap belt length as Ms. Bernard bounced around the vehicle, and no deployable containment device during the rollover crash events.

There were several options available to Mitsubishi including moving the lap belt anchors to the seat and/or incorporating a seat bottom ramp.[4] By moving the lap belt anchors to the seat, Mitsubishi could improve lap belt angles and make the lap belt geometry independent of seat position, thereby keeping the lap belt at the same angle, regardless of fore-aft seat position and

---

[4] Lundell, B., et al., *Safety Performance of a Rear Seat Belt System with Optimized Seat Cushion Design*, Volvo Car Corp., Society of Automotive Engineers paper number 810796, June 1981.


Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 11

offering the benefits of optimized geometry to the full range of occupant sizes.[5] Additionally, by mounting the lap belt anchors to the seat, the overall length of the webbing is reduced as well as the distance from occupant to belt anchor. This reduced distance to the lap belt anchor reduces the rotational radius for the lap belt. While this would aid in coupling an occupant to the seat in a frontal crash, there would also be additional benefits in other crash modes. This includes decreased occupant excursions in rollovers.[6]

Common mechanisms for serious injury in a rollover include both ejection and impact with collapsing or intruding structures. Ford and Volvo employed rollover sensing and deployable curtain restraints prior to the manufacture of this Mitsubishi Montero Sport to more closely couple the vehicle occupant to the seat and eliminate or reduce the ejection portal. These deployable structures also act to keep the head off rigid structures during the rollover.

### Conclusions:

I conclude the following with a reasonable degree of scientific certainty:

1. Ms. Bernard was the driver of the subject Mitsubishi Montero Sport when it was involved in the off-road, multiple-roll crash event.

2. She was properly wearing the subject seat belt restraint at the onset of the crash.

3. The available restraint system included a seat belt, but it also required the integrity of the vehicle structure to keep her within the relatively safe confines of the vehicle.

4. The driver's door opened during the vehicle rollover, providing an ejection portal and significantly increasing her body loading against the seat belt.

5. Other feasible technologies would have increased the restraint performance, given the door opening during the roll events, including:

    - Roll-sensing pretensioner
    - Deployable side curtain airbag
    - Lap anchors mounted to the seat
    - Cinching latchplates
    - Seat integrated belt restraint system

---

[5] Meyer, S., Davis, M., Chng, D., Horbst, B. and Forrest, S., (2000) *Three-point Restraint System Design Considerations for Reducing Vertical Occupant Excursion in Rollover Environments*. SAE International paper number 2000-01-0605.

[6] Meyer, S., Davis, M., Chng, D., Horbst, B. and Forrest, S., (2000) *Three-point Restraint System Design Considerations for Reducing Vertical Occupant Excursion in Rollover Environments*. SAE International paper number 2000-01-0605.


Forensic Safety Group

Michael G. Strickland, Esquire
January 16, 2007
Page 12

6. Had the door remained closed throughout the crash events, Ms. Bernard would not have been ejected from the seat belt or vehicle during the subject crash. Thus the likelihood of fatal injury would have been greatly reduced. Further, had Mitsubishi employed state-of-the-art rollover sensing and deployable restraint components as used by competing manufacturers in multipurpose passenger vehicles like the Ford Explorer and Volvo XC-90, the mechanism for serious head impacts would have been further reduced.

Thank you again for the opportunity to assist you. Please call us if you have any additional questions or if more information becomes available for our review.

Sincerely,

Kenneth A. Brown
President

KAB/ms

Attachments:

- Kenneth A. Brown Professional Resume
- Deposition testimony history – 4 years
- Trial testimony history – 4 years
- Supplemental bibliography

Forensic Safety Group