IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CASE NO. 2:06-CV-00308-WHA ) |
| MITSUBISHI MOTORS NORTH AMERICA, INC.; et al., | ) ) ) |
| Defendants. | ) |

**MITSUBISHI MOTORS NORTH AMERICA, INC. AND TAKATA CORPORATION'S MOTION FOR LEAVE TO EXTEND THE FILING DEADLINE REGARDING DISPOSITIVE MOTIONS CONCERNING ISSUES CURRENTLY STAYED PER THE COURT'S ORDER**

COME NOW, the Defendants, Mitsubishi Motors North America, Inc. (MMNA) and Takata Corporation (collectively as "Defendants"), and moves this Honorable Court for Leave to Extend the Filing Deadline Regarding Dispositive Motions Concerning Issues Currently Stayed Per the Court's Order. Defendants' Motion for Leave is due to be granted for the following reasons:

1. This is a products liability case involving a 2003 Mitsubishi Montero Sport involved in a single-vehicle rollover accident which occurred on March 7, 2004. (See Pl. Compl. at ¶ 13, Ex. A). In her Complaint, Plaintiff asserted allegations against Defendants under the Alabama Extended Manufacturers Liability Doctrine (AEMLD) regarding defect allegations pertaining to design, manufacture, marketing, sale and/or distribution, advertising and promotion and failure to warn; negligence and/or wantonness; and allegations under the Wrongful Death Act. (See Pl. Compl. at Count

One, Count Two, Count Three and Count Six, attached as Ex. A).  As such, this case involves complex and technical areas of automotive design and manufacture regarding the 2003 Mitsubishi Montero Sport and its component parts thereof.  Therefore, this case involves expert disclosures, expert reports and expert testimony under Fed. R. Civ. P. 26 and  FRE 702.

3. On January 16, 2007, Plaintiff provided Plaintiff's Rule 26(2)(a)(b) Expert Disclosures ("Plaintiff's Expert Disclosures") which listed the following experts: 1) Kenneth A. Brown (Seatbelt/Restraint System); 2) Paul Lewis, Jr., M.S. (Kinematics/Biomechanics); and 3) Rudy Limpert, Ph.D. (Mechanical Engineer/Braking/Reconstruction). (See Pl's Expert Disc. attached hereto as Ex. B).

4. On February 26, 2007, this Honorable Court in its Order (Doc. #69) stayed expert discovery based on the parties' positions of the current status of the law in the State of Alabama regarding the Licensure Act (Ala. Code § 34-11-1(7)) and the Alabama Supreme Court's broad interpretation of same in Board of Water and Sewer Commissioners of City of Mobile v. James Hunter ("Hunter"), No. 1050067, __ So.2d __, 2006 WL 2089914 (Ala. July 28, 2006).

5. As the Court[1] is aware and based on the recently entered Order staying expert discovery, the depositions of the individuals listed in Plaintiff's Expert Disclosures have not taken place based on the current status of the law in the State of Alabama regarding the Licensure Act (Ala. Code § 34-11-1(7)) and the Alabama Supreme Court's broad interpretation of same in Board of Water and Sewer Commissioners of City of Mobile v. James Hunter ("Hunter"), No. 1050067, __ So.2d __, 2006 WL 2089914 (Ala. July 28, 2006).  However, in the interest of fully complying with the Court's previously

entered Rule 16 Uniform Scheduling Order setting the deadline for all dispositive motions, Defendants timely filed its Motion for Partial Summary Judgment on March 1, 2007, addressing issues that <u>can</u> be addressed by the Court at this time although expert discovery has currently been stayed.

6. Defendants respectfully seek leave from the Court to extend the filing deadline for dispositive motions regarding issues or areas that may arise when the stay on expert discovery is lifted consistent with the Court's recent Order (Doc. # 69) and seek leave from the Court to file a supplemental motion for summary judgment if necessary.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Defendants, Mitsubishi Motors North America, Inc. and Takata Corporation, respectfully request this Honorable Court to grant its Motion for Leave to Extend the Filing Deadline Regarding Dispositive Motions Concerning Issues Currently Stayed Per the Court's Order.

Respectfully submitted this 1st day of March, 2007.

        /s/ J. Brannon Maner
D. Alan Thomas (ASB-8351-T77D)
Gregory L. Schuck (ASB-6885-C62G)
J. Brannon Maner (ASB-4616-S71M)
Attorneys for Defendants,
Mitsubishi Motors North America, Inc. and
Takata Corporation

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

---

[1] Defendants refer the Court to its previously issued Order (Doc. #69) dated February 26, 2007 staying all expert discovery in the present case.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of to all attorneys of record.

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

                                              **/s/ J. Brannon Maner**
                                                    Of Counsel