IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-00308-WHA<br>)<br>)<br>)<br>)<br>) |

### MITSUBISHI MOTORS NORTH AMERICA, INC. AND TAKATA CORPORATION'S MOTION FOR LEAVE TO EXTEND THE FILING DEADLINE REGARDING DISPOSITIVE MOTIONS CONCERNING ISSUES CURRENTLY STAYED PER THE COURT'S ORDER

COME NOW, the Defendants, Mitsubishi Motors North America, Inc. (MMNA) and Takata Corporation (collectively as "Defendants"), and moves this Honorable Court for Leave to Extend the Filing Deadline Regarding Dispositive Motions Concerning Issues Currently Stayed Per the Court's Order. Defendants' Motion for Leave is due to be granted for the following reasons:

1.  This is a products liability case involving a 2003 Mitsubishi Montero Sport involved in a single-vehicle rollover accident which occurred on March 7, 2004. (See Pl. Compl. at ¶ 13, Ex. A). In her Complaint, Plaintiff asserted allegations against Defendants under the Alabama Extended Manufacturers Liability Doctrine (AEMLD) regarding defect allegations pertaining to design, manufacture, marketing, sale and/or distribution, advertising and promotion and failure to warn; negligence and/or wantonness; and allegations under the Wrongful Death Act. (See Pl. Compl. at Count

**MOTION GRANTED**

SO ORDERED
THIS 5th DAY OF March 20 07

_____
UNITED STATES DISTRICT JUDGE