IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTOR NORTH AMERICA, INC.; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 2:06-CV-00308-WHA |

EXHIBIT A

**AFFIDAVIT OF** _____,

being duly sworn and personally appearing before the undersigned attesting officer, duly authorized by law to administer oaths, deposes and says that the within statements are true and correct:

1. I have read the Protective Order attached hereto and I understand its terms and meanings.

2. I agree that my signature below submits me to the jurisdiction of the United States District Court for the Middle District of Alabama, in which the action of **TRENESA THOMAS, as the Administrator for the estate of DORA PARKER BERNARD, now deceased, v. MITSUBISHI MOTOR NORTH AMERICA, INC.; et al.,** Civil Action

No. 2:06-CV-0308-WHA is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

**FURTHER AFFIANT SAYETH NOT.**

_____

Sworn and subscribed to before me this
_____ day of _____, 200____.

_____
NOTARY PUBLIC

My Commission Expires: _____

(SEAL)