# HUIE, FERNAMBUCQ & STEWART, LLP

ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Eugene D. Martenson<br>Stanley A. Cash<br>James R. Shaw<br>Robert M. Girardeau<br>John S. Civils, Jr.<br>Frank E. Lankford, Jr.<br>M. Keith Gann<br>Charles H. Clark, Jr.<br>John D. Herndon<br>J. Allen Sydnor, Jr.<br>D. Alan Thomas<br>William G. Gantt<br>T. Kelly May<br>Christopher S. Rodgers<br>Walter J. Price, III<br>H. Lanier Brown, II | Gregory L. Schuck<br>Philip R. Collins<br>Thomas E. Bazemore, III<br>R. Gordon Sproule, Jr.*<br>Martha Leach Thompson<br>Paul F. Malek**<br>H. Cannon Lawley<br>Anna-Katherine G. Bowman<br>Jane G. Hall<br>C. Jeffery Ash<br>Jennifer D. Segers<br>Michelle K. Pieroni<br>Bradley J. McGiboney<br>David L. Brown, Jr.<br>J. Patrick Strubel<br>Gerald C. Brooks, Jr.*** | THREE PROTECTIVE CENTER<br>2801 HIGHWAY 280 SOUTH<br>SUITE 200<br>BIRMINGHAM, ALABAMA 35223-2484<br>TELEPHONE (205) 251-1193<br>FACSIMILE (205) 251-1256<br>WWW.HFSLLP.COM | Charles J. Fleming, Jr.<br>S.A. Bradley Baker, III<br>Jason M. Kirschberg<br>M. Jeremy Dotson<br>Joseph R. Duncan, Jr.<br>David M. Fleming<br>Jeffrey N. Windham<br>James R. Lawrence, III<br>John I. Southerland<br>Douglas R. Kendrick<br>Jacob W. Crawford<br>J. Brannon Maner<br>Gordon J. Brady, III<br>R. Cade Parian<br>Michael T. Scivley<br>Lucas C. Montgomery | Also Member<br>*Georgia Bar<br>**Kentucky Bar<br>***Mississippi Bar<br><br>Thomas B. Huie<br>1915-1990<br>William B. Fernambucq<br>1922-1997<br>Charles A. Stewart, Jr.<br>1923-1983 |

March 20, 2007

Blaine C. Stevens, Esq.
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

  Re: *T. Thomas vs. Mitsubishi Motors North America, Inc., et al.*

Dear Blaine:

  Consistent with our conversation on March 14, 2007, please let this confirm that Mitsubishi Motors Corporation ("MMC") intends to file a Motion to Intervene in the very near future. Based on our discussions, you do not have any concerns with MMC intervening and do not intend to oppose such. If for any reason I am mistaken, please contact me at your earliest convenience.

            Very truly yours,

            HUIE, FERNAMBUCQ & STEWART, L.L.P.

            By: *[signature]*
               J. Brannon Maner

JBM
Enclosure
cc: D. Alan Thomas, Esq.
   Gregory L. Schuck, Esq.


DEFENDANT'S EXHIBIT E