IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, as the Administrator  ) <br> for the estate of DORA PARKER BERNARD,) <br>                                                                        ) <br>                          Plaintiff,              ) <br> vs.                                                               ) <br>                                                                        ) <br> MITSUBISHI MOTOR NORTH AMERICA, ) <br> INC., *et al.*,                                            ) <br>                                                                        ) <br>                          Defendants.        ) | CIVIL ACTION NO.   2:06cv308-WHA |

## ORDER

This case is before the court on a Motion to Intervene filed by Mitsubishi Motors Corporation on March 28, 2007 (Doc. #77).  It is unclear what role Mitsubishi Motors Corporation intends to have as a Defendant in this case if the Motion to Intervene is granted.  It appears to the court that Mitsubishi Motors Corporation is seeking to intervene to respond to discovery requests, and to intervene to defend against the claims which are pending in this case, with those claims being considered to have been brought against Mitsubishi Motors Corporation, as well as the other defendants.  The court finds, however, that clarification on these points from Mitsubishi Motors Corporation, and the parties in the case, would be helpful.

Accordingly, it is hereby ORDERED that this case is set for a telephone conference on Wednesday, April 4, 2007 at 9:00 a.m. to clarify the role that Mitsubishi Motors Corporation seeks to have as an intervening Defendant in this case.  Counsel for Mitsubishi Motors Corporation is to initiate the telephone call.

Done this 29th  day of  , 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE