IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENESA THOMAS , as the Administrator  )
for the estate of DORA PARKER BERNARD,)
)
          Plaintiff,         )
vs.         )   CIVIL ACTION NO.   2:06cv308-WHA
)
MITSUBISHI MOTOR NORTH AMERICA, )
INC., *et al.* ,         )
)
          Defendants.      )

## **ORDER**

This case is before the court on a Motion to Intervene filed by Mitsubishi Motors Corporation on March 28, 2007 (Doc. #77).   By agreement of the parties, it is hereby

ORDERED that the Motion is GRANTED, and that Mitsubishi Motors Corporation is allowed to intervene as a Defendant for all purposes. All claims currently pending in this case are to be considered as having been brought against Mitsubishi Motors Corporation, as well as the other defendants.

The stay which is in effect in this case also applies to Defendant Mitsubishi Motors Corporation.

Done this 4th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE