IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TRENESA THOMAS** as the Administrator for the estate of **DORA PARKER BERNARD**, now deceased, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) CASE NO.: 2:06CV308-WHA-DRB ) |
| **MITSUBISHI MOTOR NORTH AMERICA, INC.;** et al., | ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**PLEASE TAKE NOTICE** of service by Plaintiff of the following discovery documents mailed to opposing counsel in the above styled case:

1. Notice of Taking 30(b)(5) and (6) Deposition *Duces tecum* of Corporate Representative of Mitsubishi Motors Corporation.

**RESPECTFULLY** submitted this 5th day of April, 2007.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
*Attorney for Plaintiff*

**OF COUNSEL:**
STRICKLAND & KENDALL, LLC
Post Office Box 99
420 S. Lawrence Street
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was mailed, postage prepaid to the following on the 5th day of April, 2007.

D. Alan Thomas
Gregory L. Schuck
J. Brannon Maner
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484

                /s/ Blaine C. Stevens
                OF COUNSEL