IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS as the Administrator for the estate of DORA PARKER BERNARD, now deceased,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06-CV-00308-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR LEAVE TO EXTEND THE FILING DEADLINE REGARDING *DAUBERT* MOTIONS CONCERNING ISSUES CURRENTLY STAYED PER THE COURT'S ORDER

COME NOW, the Defendants, Mitsubishi Motors North America, Inc. (MMNA), Takata Corporation (Takata), and Mitsubishi Motors Corporation (MMC or collectively as "Defendants"), and move this Honorable Court for Leave to Extend the Filing Deadline Regarding Daubert Motions Concerning Issues Currently Stayed Per the Court's Order. Defendants' Motion for Leave is due to be granted for the following reasons:

1. This is a products liability case involving a 2003 Mitsubishi Montero Sport involved in a single-vehicle rollover accident which occurred on March 7, 2004. (See Pl. Compl. at ¶ 13, Ex. A). In her Complaint, Plaintiff asserted allegations against Defendants under the Alabama Extended Manufacturers Liability Doctrine (AEMLD) regarding defect allegations pertaining to design, manufacture, marketing, sale and/or distribution, advertising and promotion and failure to warn; negligence and/or wantonness; and allegations under the Wrongful Death Act. (See Pl. Compl. at Count

One, Count Two, Count Three and Count Six, attached as Ex. A). As such, this case involves complex and technical areas of automotive design and manufacture regarding the 2003 Mitsubishi Montero Sport and its component parts thereof. Therefore, this case involves expert disclosures, expert reports and expert testimony under Fed. R. Civ. P. 26 and FRE 702.

2. On January 16, 2007, Plaintiff provided Plaintiff's Rule 26(2)(a)(b) Expert Disclosures ("Plaintiff's Expert Disclosures") which listed the following experts: 1) Kenneth A. Brown (Seatbelt/Restraint System); 2) Paul Lewis, Jr., M.S. (Kinematics/Biomechanics); and 3) Rudy Limpert, Ph.D. (Mechanical Engineer/Braking/Reconstruction). (See Pl's Expert Disc. attached hereto as Ex. B).

3. On February 26, 2007, this Honorable Court in its Order (Doc. #69) stayed expert discovery based on the parties' positions of the current status of the law in the State of Alabama regarding the Licensure Act (Ala. Code § 34-11-1(7)) and the Alabama Supreme Court's broad interpretation of same in Board of Water and Sewer Commissioners of City of Mobile v. James Hunter ("Hunter"), No. 1050067, __ So.2d __, 2006 WL 2089914 (Ala. July 28, 2006).

4. As the Court[1] is aware and based on the Order staying expert discovery, the depositions of the individuals listed in Plaintiff's Expert Disclosures have not taken place based on the current status of the law in the State of Alabama regarding the Licensure Act (Ala. Code § 34-11-1(7)) and the Alabama Supreme Court's broad interpretation of same in Board of Water and Sewer Commissioners of City of Mobile v. James Hunter ("Hunter"), No. 1050067, __ So.2d __, 2006 WL 2089914 (Ala. July 28,

---

[1] Defendants refer the Court to its previously issued Order (Doc. #69) dated February 26, 2007 staying all expert discovery in the present case.

2

2006). In the interest of fully complying with the Court's previously entered Rule 16 Uniform Scheduling Order setting the deadline for discovery deadlines and pretrial motions, Defendants timely file this Motion for Leave to Extend the Filing Deadline Regarding <u>Daubert</u> Motions.

5. A similar motion was granted by this Honorable Court on March 5, 2007, extending the deadline regarding dispositive motions. (<u>See</u> Motion, Doc. #72; Order, Doc. #74). Furthermore, Plaintiff does <u>not</u> oppose the present motion.

6. Defendants respectfully seek leave from the Court to extend the filing deadline for <u>Daubert</u> motions regarding issues or areas that may arise when the stay on expert discovery is lifted consistent with the Court's Order, Document 69.

## **CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, the Defendants, Mitsubishi Motors North America, Inc., Takata Corporation, and Mitsubishi Motors Corporation respectfully request this Honorable Court to grant its Motion for Leave to Extend the Filing Deadline Regarding <u>Daubert</u> Motions Concerning Issues Currently Stayed Per the Court's Order.

Respectfully submitted this 16th day of April, 2007.

          /s/ **J. Brannon Maner**
D. Alan Thomas (ASB-8351-T77D)
Gregory L. Schuck (ASB-6885-C62G)
J. Brannon Maner (ASB-4616-S71M)
Attorneys for Defendants,
Mitsubishi Motors North America, Inc.,
Takata Corporation, and
Mitsubishi Motors Corporation

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

**All Attorneys of Record:**

Michael G. Strickland, Esq.
mgs@jurytrial.us
Blaine C. Stevens, Esq.
bcelone@aol.com
Attorneys for Plaintiff
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

                                                                                        /s/ J. Brannon Maner
                                                                                               Of Counsel