IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TRENESA THOMAS** as the Administrator for the estate of **DORA PARKER BERNARD**, now deceased,<br><br>    **Plaintiff,**<br><br>v.<br><br>**MITSUBISHI MOTORS NORTH AMERICA, INC.; et al.,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:06-CV-00308-WHA<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Defendants' Motion for Leave to Extend the Filing Deadline Regarding <u>Daubert</u> Motions Concerning Issues Currently Stayed Per the Court's Order, it is hereby ORDERED that the Motion is GRANTED. Based on the Court's Order (Doc. #69) entered February 26, 2007, expert discovery has been stayed in the present case. The parties are to proceed with non-expert discovery consistent with the Court's Order (Doc. #69) entered February 26, 2007.

Done this 17th day of April, 2007.

                                              /s/ W. Harold Albritton
                                              Honorable W. Harold Albritton
                                              Senior United States District Judge