**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TRENESA THOMAS as the** | ) | |
| **Administrator for the estate of** | ) | |
| **DORA PARKER BERNARD,** | ) | |
| **now deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-CV-00308-WHA** |
| | ) | |
| **MITSUBISHI MOTOR NORTH** | ) | |
| **AMERICA, INC.; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Defendants, MITSUBISHI MOTORS CORPORATION, MITSUBISHI MOTORS NORTH AMERICA, INC. and TAKATA CORPORATION, collectively, and Plaintiff, TRENESA THOMAS, as the Administrator for the Estate of DORA PARKER BERNARD, by and through their undersigned counsel of record, and jointly move and stipulate that this case and all claims pending herein be dismissed with prejudice and each party to bear its own respective costs of Court and fees and with Plaintiff to satisfy any valid outstanding liens, subrogation claims or other third-party claims which are or may be applicable to the settlement proceeds.

DATED this 30th day of  May, 2007.

{01127457.1/1159-0089}

**/s/ J. Brannon Maner**
D. Alan Thomas, Esq.
Gregory L. Schuck, Esq.
J. Brannon Maner, Esq.
Attorneys for Defendant,
MITSUBISHI MOTORS CORPORATION,
MITSUBISHI MOTORS NORTH AMERICA,
    INC., and
TAKATA CORPORATION

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone:  (205) 251-1193
Telecopier: (205) 251-1256

**/s/ Michael G. Strickland**
Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Attorneys for Plaintiff

**OF COUNSEL:**
STRICKLAND & KENDALL, L.L.C.
420 South Lawrence Street
P.O. Box 99
Montgomery, Alabama 36101-0099

{01127457.1/1159-0089}

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TRENESA THOMAS as the** | ) | |
| **Administrator for the estate of** | ) | |
| **DORA PARKER BERNARD,** | ) | |
| **now deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-CV-00308-WHA** |
| | ) | |
| **MITSUBISHI MOTOR NORTH** | ) | |
| **AMERICA, INC.; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice filed by the

Plaintiff and the Defendants, and for good cause shown, it is hereby:

**ORDERED, ADJUDGED and DECREED** that this case and claims pending herein be

DISMISSED WITH PREJUDICE.  Plaintiff shall satisfy any valid outstanding lien, subrogation

interest or third-party claims which are or may be applicable to the settlement proceeds.  Costs

taxed as paid.

DONE and ORDERED this _____ day of _____, 2007.


_____
United States District Judge