IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRENESA THOMAS, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06-cv-308-WHA |
| ) | |
| MITSUBISHI MOTOR NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. #88), filed on May 30, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice. The parties are to bear their own costs and fees, and Plaintiff is to satisfy any valid outstanding liens, subrogation claims or other third-party claims which are or may be applicable to the settlement proceeds.

DONE this 30th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE